1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ESTEBAN PEREZ, FELIPE GALINDO, and DELFINO LOPEZ,

              Plaintiffs,

    -against-

               Case No. 1:17-cv-07837 (RJS)


50 FOOD CORP. (D/B/A SILO CAFE) and ANDREW SUNG
(A.K.A. HWAN SEUNG SUNG),

              Defendants.


------------------------------------------------X
                      Bee Reporting Depo Center
                      89-00 Sutphin Boulevard
                      Jamaica, New York 11435

                      May 22, 2018
                      3:57 P.M.


           DEPOSITION of MINCHUL

KIM, a Witness on behalf of the Defendant

herein, 50 FOOD CORP. (D/B/A SILO CAFE), taken

by the attorney for the Plaintiff, through a

Korean Interpreter, pursuant to Notice, and

held before Kathleen Anderson, a Notary Public

of the State of New York, at the above stated

time and place.



2

1

2       A P P E A R A N C E S :

3

            CATHOLIC MIGRATION SERVICES
4               Attorneys for Plaintiff(s)
                47-01 Queens Boulevard, Suite 201
5               Sunnyside New York 11104

6       BY:  MAGDALENA BARBOSA, ESQ.

7

8

9

10      VARACALLI & HAMRA, LLP
            Attorney for Defendant(s)
11          32 Broadway, Suite 1818
            New York New York 10004

12      BY:  DOUGLAS VARACALLI, ESQ.

13

14

15

16

        ALSO PRESENT:
17
            GIRA HONG, Korean Interpreter
18

19

20

21

22

23

24

25

3

1

2          IT IS HEREBY STIPULATED AND AGREED by and

3     between the attorneys for the respective

4     parties hereto, that the sealing, filing and

5     certification of the transcript of the within

6     examination before trial will be and the same

7     hereby are waived.

8

9          IT IS FURTHER STIPULATED AND AGREED that

10    all objections, except as to the form of the

11    question, will be reserved to the time of

12    trial;

13

14         IT IS FURTHER STIPULATED AND AGREED that

15    the within examination may be signed before any

16    Notary Public with the same force and effect as

17    if signed and sworn to before this Court.

18

19

20

21

22

23

24

25

4

1

2    G I R A    H O N G,

3         The Interpreter herein, having been

4    previously sworn by Kathleen Anderson, a Notary

5    Public in and for the State of New York, to

6    interpret the questions from English into

7    Korean, and the answers from Korean into

8    English, interpreted as follows:

9    M I N C H U L    K I M,

10         The witness herein, having been first

11   duly sworn by Kathleen Anderson, a Notary

12   Public in and for the State of New York, was

13   examined, and testified as follows:

14   DIRECT EXAMINATION

15   BY MAGDALENA BARBOSA, ESQ.:

16        Q    What is your name?

17        A    Minchul Kim.

18        Q    What is your address?

19        A    ███████████, ██████, ████████

20   ████████.

21        Q    Throughout your employment at 50 Food

22   Corp, how often would you see Andrew Sung?

23        A    For the first, up to two years or so

24   that I started working there, I always saw him

25   working with me in the store.  Then it started

                              M. KIM

1

2     getting busy and he started trusting me more

3     and more.  He would come to the store like once

4     or twice a week.

5          Q    So currently you see Mr. Sung once or

6     twice a week?

7          A    Actually it's maybe more like once a

8     week or once every other week.

9          Q    And when you see him, is it because

10    he's visiting the store?

11         A    Yes.

12         Q    And when he visited Silo Café, would

13    he spend the entire day there?

14         A    Just very briefly.

15         Q    When you say very briefly, less than

16    an hour, a couple of hours, what do you mean?

17         A    Used to be about two or up to three

18    hours, but nowadays I see him like maybe when

19    he comes, does not stay more than an hour.

20         Q    When he would come to visit the café,

21    what would he do?

22         A    He want to make sure that everything

23    is stocked well and this place are nice and

24    organized and occasionally he checks mail, that

25    is more or less what I saw him do.

1                          M. KIM

2        Q     Would he meet with you and ask you

3    questions?

4        A     Normally he doesn't initiate any

5    conversation with me.  It is actually I who

6    would talk to him to address some questions.

7        Q     What types of questions would you ask

8    him?

9        A     In case of a recent incident, it's

10   very tough to hire people, actually I had to do

11   -- I had to work in the sandwich station for

12   nearly a month.  Yeah, so I told him that we

13   had to hire extra help, even if it's more cost

14   for us.

15       Q     So you would talk to him about hiring

16   practices, that's one topic you would talk to

17   him about; right?  Would you ever discuss with

18   him problems you had individually with

19   employees?

20       A     Yes.  Yeah.  I mentioned before I

21   speak rather softly and not aggressively, so

22   for those incidences where I got into an

23   argument with an employee, in addition,

24   including the Felix, it would appear to someone

25   as if I was the employee hired by the person

```
                              M. KIM
 1
 2      I'm arguing with.  So actually was not capable
 3      of controlling the employees there.  So that
 4      was very stressful for me.  So those are the
 5      things I talked to Mr. Sung about.
 6           Q    Would Mr. Sung instruct you to do
 7      things differently when engaging with problem
 8      employees?
 9           A    Yes.  He did give me tips how to
10      handle, but when I tried to address these
11      serious issues, I become very fragile, I become
12      like very -- my heart becomes very vulnerable
13      towards them.
14           Q    Besides Mr. Sung's weekly or biweekly
15      visits, would you ever speak with Mr. Sung over
16      the phone?
17           A    Yes.
18           Q    How often would you speak with Mr.
19      Sung over the phone?
20           A    Maybe two to three times a week.
21           Q    What kind of things would you
22      typically discuss during these phone calls?
23           A    The more important reason to talk
24      with him over the phone would be when I have to
25      spend large amount of money, for example, if I
```

8

M. KIM

1

2    need to repair a refrigerator and it was, say,

3    about less than a hundred dollar, I would not

4    need his authorization, but if it was a lot

5    higher than that, like 500 or more, I would

6    need to get his permission.

7         Q    Have you ever fired an employee?

8         A    Yeah, I do think I have.  One or two

9    times.

10        Q    Did you discuss this before, did you

11   discuss this with Mr. Sung before actually

12   firing the employees?

13        A    In those circumstances I had

14   conferred with Mr. Sung many days before I

15   would actually fire anyone because I would

16   speak to Mr. Sung, I would tell him if the

17   situation doesn't get corrected by a certain

18   employee, you would decide to --  you would

19   just fire that person.

20        Q    Did he authorize you to fire these

21   people?

22        A    Yes.

23        Q    And you needed to speak with him

24   first before you actually fired these

25   employees?

1                         M. KIM

2          A    Yes.

3          Q    When was the last time Mr. Sung

4     visited Silo Café?

5          A    I think it was last Monday.

6          Q    How long was he there for?

7          A    I'm not too sure, maybe about three

8     hours.

9          Q    Did the both of you speak during this

10    visit?

11         A    Yes.

12         Q    What did you discuss?

13         A    Because of the slow business we were

14    very concerned.  So we discussed about how we

15    going to keep our menu or if we should modify

16    it.  And I complained to Mr. Sung that we need

17    to hire another help, but because we are not

18    able to, it's becoming very tiring and

19    stressful for me.  And I was very worried about

20    one thing and that is I am scheduled to go to

21    Korea in July and I had planned on training

22    somebody before I leave and that wasn't going

23    to be very feasible, so I was upset --   I'm

24    sorry, I was stressed out and expressed that to

25    Mr. Sung.

1                           M. KIM

2          Q     Do you need Mr. Sung's authorization

3    to hire an additional employee?

4          A     Well, that is not really the case.

5    As I mentioned this too, before, that he -- if

6    I was going to hire someone who is -- whose pay

7    would be comparable to who we are currently

8    using in the same capacity, I would not need

9    Mr. Sung's authorization, but if I am asked to

10   pay a lot more than the current worker in the

11   same capacity, I will need to get an

12   authorization from Mr. Sung.

13         Q     It sounds to me like you're

14   describing a situation where presently you need

15   more help at the café; is that right?

16         A     Yes.

17         Q     So why don't you hire somebody?

18         A     As I told you, it's hard to find new

19   help.  And then it's often the case that a

20   newly hire would come to work one day and then

21   just not show up the next day.

22         Q     During Mr. Sung's visits to Silo

23   Café, have you ever observed him speaking

24   directly with any of the employees?

25         A     Other than myself?

1                       M. KIM

2        Q     Yes.

3        A     My answer would be no, because even

4   to myself he wouldn't really say anything, he

5   would just maybe smile at me.   That's it.

6        Q     So you're telling me when Mr. Sung

7   comes to visit, he just smiles at you, he

8   doesn't actually talk to you about business

9   issues?

10       A     That is correct.   As I said, he is

11  not at all a talkative man.

12       Q     So you don't have conversations when

13  he visits you?

14       A     What I'm saying is that we do have

15  conversations, but it's never he who comes to

16  me to start a conversation.   It's only when I

17  have an issue or something to address to him,

18  then we would have a conversation.

19       Q     And is it your testimony that you

20  have never seen Mr. Sung interact at all with

21  any other individuals at Silo Café other than

22  yourself?

23       A     Nearly none.   Nearly none because it

24  could be that he would come in to say hi, he

25  comes in and say hi, but he would leave and no

12

M. KIM

1
2     one would know that he had left.

3         Q     We discussed earlier the Silo Café

4     that's located on East 32 Street, is that café,

5     more or less, the same size as the Silo Café

6     where you work?

7         A     I say similar or maybe a bit larger,

8     tiny bit.

9         Q     Who is currently the manager of that

10    Silo Café?

11        A     Danny.

12        Q     Do you know what Danny's last name

13    is?

14        A     I don't know.

15        Q     Is Danny just a name he goes by at

16    work or does he have another name?

17        A     We have -- there's really no

18    interactions between the two stores, two Silo

19    Cafés, so I don't know about that.

20        Q     Okay.  Thank you.  But do you know if

21    Danny has another name?

22        A     No, I don't know.

23        Q     Have you known any of the other

24    managers at the Silo Café at 32 Street?

25        A     I don't, I real don't.  As far as I

M. KIM

2      understand, there have been so many turnovers,

3      at least five managers have changed.

4          Q    So you're saying that during your

5      employment with Silo Café, you have met around

6      five people that have managed the Silo Café at

7      East 32 Street?

8          A    Yes.

9          Q    Did Mr. Sung ever directly manage the

10     Silo Café at East 32 Street?

11         A    I don't know that.

12         Q    Are you aware of whether Mr. Sung has

13     any family members that work at the Silo Café

14     at East 32 Street?

15         A    I don't know.

16         Q    You indicated earlier that perhaps

17     you visited the location at East 32 Street

18     maybe around ten times; is that right?

19         A    Yes.

20         Q    Have you ever worked at that

21     location?

22         A    No.

23         Q    Have you ever filled in for anybody

24     at that location?

25         A    No.

14

1                           M. KIM

2          Q    Have you ever observed any documents

3     used at that location?

4          A    No.

5          Q    Does that Silo Café have a similar

6     setup, does it have a buffet with different

7     food stations?

8          A    Yeah, I believe so.

9          Q    Do you know whether the Silo Café at

10    East 32 Street uses the same vendors as the

11    Silo Café at 805 Third Avenue?

12         A    I assume there were quite a few that

13    we are using mutually, but there are quite a

14    lot that they are using independent of what we

15    are using at 85 Street, I mean 305, my store.

16         Q    You mentioned earlier in the day that

17    you met Mr. Sung through someone who you go to

18    church with; is that right?

19         A    Yes.

20         Q    And remind me of that person's name

21    again?

22         A    Kang, K A N G, M Y O, last name N A

23    H.

24         Q    And it was Mr. Nah who introduced you

25    to Mr. Sung?

M. KIM

1

2          (Witness nods.)

3     Q    Prior to that introduction, had you

4     ever spoken with Mr. Sung?

5     A    No.

6     Q    Prior to that introduction did you

7     know anything about Mr. Sung?

8     A    None.

9     Q    Besides the Silo Café where you work

10    and the Silo Café located at East 32 Street, do

11    you know how else Mr. Sung spends his time,

12    what he does for work?

13    A    He doesn't mention anything regarding

14    that kind of thing, so I wouldn't know.  I

15    really don't know anything about that for sure.

16    Q    Okay.  Do you know whether he is

17    involved in any other businesses in New York

18    City?

19    A    I don't know.

20    Q    Have you ever heard discussions or

21    rumors about him owning any other business in

22    New York City like a deli or restaurant?

23    A    No.

24    Q    You testified earlier that you had a

25    discussion with Mr. Sung about this lawsuit in

16

M. KIM

1

2    or about October of 2017; is that right?

3         A    Yes, when I received the paper about

4    the lawsuit.

5         Q    After that discussion in October of

6    2017, when was the next time that you guys

7    discussed this lawsuit?

8         A    My answer is no, and I do want to say

9    that it was the first time in October 2017 upon

10   receiving these -- the litigation papers, he

11   said, Mr. Sung said not to be concerned about

12   this matter and since then, he mentioned

13   nothing more about this lawsuit.  You see my

14   address here, I provided my address because Mr.

15   Sung said he would need it, and other than

16   that, I know nothing more about the lawsuit.

17        Q    But you did have a discussion with

18   him regarding your notice to appear at this

19   deposition; right?

20        A    Then I learned when I received,

21   learned about attending deposition, when I was

22   served with this in person, prior to then Mr.

23   Sung mentioned nothing about me going to a

24   deposition.

25        Q    After you received the notice to

M. KIM

1

2    appear for this deposition, did you speak to

3    Mr. Sung about this deposition and in general

4    about this lawsuit?

5        A    Yes, I did ask him what I'm supposed

6    to do and he said, you will go to deposition

7    but just tell the truth, whatever you know.

8        Q    Did you speak with anyone else about

9    appearing at the deposition today?

10       A    My family knows and the cashier who's

11   actually working now, waiting for me to return

12   to the store and Felix knows.  Even though I

13   didn't mention it, he managed to find out.

14       Q    Okay.  Did you have a conversation

15   with Mr. Varacalli about appearing at the

16   deposition today?

17       A    No. As I said, I prepared nothing.  I

18   did work at the Silo Café store for nine years.

19   And I was stating the truth as I saw and

20   experienced.

21       Q    Okay.  Are you aware that there was a

22   settlement conference in this matter several

23   weeks ago?

24       A    Yes, I did because Felix did not show

25   up for work.

                                M. KIM

1

2        Q     Besides that, did anyone -- did

3    anyone speak to you about the settlement

4    conference?

5        A     No one did, and I don't speak

6    Spanish.  It appears that Felix spoke to other

7    Spanish speaking employees.  I'm not sure,

8    could have just well been.

9        Q     Did Mr. Sung have a discussion with

10   you about the settlement conference?

11       A     He did.

12       Q     What did he say?

13       A     (Speaking in English) he said to

14   me --

15       Q     In Korean.

16       A     Mr. Sung said that he's going to

17   stick this out, this lawsuit, because while we

18   may be missing some important documents, we did

19   submit what we did to the best we can.

20       Q     Okay.  Would you say that you have a

21   working knowledge of the requirements under the

22   New York labor law?

23       A     The truth is I really do not.

24       Q     Did anyone ever advise you of any

25   changes to the New York labor law in the last

1                          M. KIM

2      two or three years?

3           A     I do not think so. Are you referring

4      to paid sick days?

5           Q     Right now I am not.  I'm referring to

6      requirements employers have regarding wages and

7      hours under the New York labor law?

8           A     Yeah.  I did mention that notice has

9      been was posted in the store.

10          Q     About the minimum wage and overtime,

11     is that what you're talking about?

12          A     Yes.  In fact, I had visited the

13     labor department website and had it printed

14     out.

15               MS. BARBOSA:  Okay.  Thank you.

16          Mark this as Plaintiff's Exhibit 8.

17               (Whereupon, the above mentioned

18          document was marked as Plaintiff's

19          Exhibit 8 for identification, this date

20          by the Reporter.)

21          Q     Please take a look at what has been

22     marked as Plaintiff's Exhibit number 8.  It's

23     also identified by bates stamp P000007.  Do you

24     recognize this document?

25               (Witness peruses document.)

20

M. KIM

1

2      A     Yes.

3      Q     What is this?

4      A     This was given to certain employees

5  at their request and I had to write certain

6  dollar amount at their request.

7      Q     Is this your signature at the bottom?

8      A     Yes.

9      Q     And would it be correct to say that

10  you signed this on May 19, 2016?

11      A     Yes.

12      Q     Who typed up this letter?

13      A     I did sign.

14      Q     And what was the purpose of this

15  letter?

16      A     I was told that this had to be

17  submitted to the hospital for deductibles.  For

18  less deductibles that they were looking for.

19      Q     Did you refer to any documents in the

20  office at Silo Café in order to write this

21  letter?

22      A     This is only when needed

23  occasionally, not monthly, so I would merely

24  change, alter the name and the amount for each

25  occasion.

21

M. KIM

2    Q    Thank for your that information, but

3    you didn't respond my question.

4         My question was, did you refer to any

5    documents in the office at Silo Café, any

6    employment documents in order to write this

7    letter for Mr. Lopez?

8    A    Actually it was written, prepared

9    based on whatever he wanted me to write.  You

10   can see that this is the template right here,

11   the only sentence, and I had only changed the

12   name each given time.

13   Q    Is the information in this letter

14   accurate?

15   A    Well, in fact it is not accurate,

16   because he was not to get, he did not get

17   $350.00.  But he wanted me to write $350.00.

18   Q    So that amount is not accurate?

19   A    No.

20   Q    Is there anything else in the letter

21   that's inaccurate?

22   A    Yeah, 2015, yeah.  I just wrote that

23   as he wanted it, because I knew that the

24   hospital would know the accurate year that

25   applies for his needs.

1                    M. KIM

2         Q    Was it your understanding that Mr.

3    Lopez was paid a weekly salary?

4         A    Yes.

5         Q    So Mr. Lopez understood that he

6    received a set weekly salary on a weekly basis;

7    is that right?

8         A    Yes.

9         Q    Do you have any idea what the

10   correct, his correct salary would have been if

11   you had referred to the correct documentation

12   in the café?

13        A    I would use to get this information

14   entirely correct, I would have to refer to the

15   period which he was paid and I would be able to

16   obtain the correct information about him.

17   Again, this is the amount was based on what he

18   wanted me to write.

19        MS. BARBOSA:  Mark this as

20        Plaintiff's Exhibit 9.

21        (Whereupon, the sick leave policy

22        was marked as Plaintiff's Exhibit 9 for

23        identification, this date by the

24        Reporter.)

25        Q    Please take a look at Plaintiff's

23

M. KIM

1

2      Exhibit 9, also identified as bates stamp

3      P000004.  Do you recognize this document?

4                (Witness peruses document.)

5          A    Yes.

6          Q    What is it?

7          A    It's regarding paid sick/leave

8      policy.

9          Q    Okay.  Can you identify whose

10     signature is at the bottom, it has employee

11     name?

12         A    By Felix Galindo.

13         Q    Do you know who gave Mr. Galindo this

14     document to sign?

15         A    I did.

16         Q    And why did you give him this

17     document to sign?

18         A    First of all, Mr. Sung said it has to

19     be maintained in the premises and that it

20     should be given to each employee because

21     employee should be made aware of these

22     policies.

23         Q    So Mr. Sung gave you -- instructed

24     you to give this document to the employees at

25     Silo Café; is that right?

24

1                              M. KIM

2            A    Yes.

3            Q    Very good.   Do you have any reason to

4     believe the Plaintiff, Esteban Perez, may not

5     be considered somebody who is credible, who is

6     truthful?

7            A    Not with Esteban, no.

8            Q    So you consider him to be a truthful

9     person?

10           A    In my opinion, I did not experience

11    dishonesty from that guy.

12           Q    Okay.   What about Delfino Lopez, is

13    there any reason why Delfino Lopez would not be

14    considered as someone who is credible?

15           A    With Delfino spoke nearly none, he

16    did not speak much at all.   My initial

17    impression of him was not that good at all.

18           Q    Why is that?

19           A    Because he was always frowning, not

20    saying anything.   And even when he spoke, he

21    would not speak kindly.   But with him he was

22    always on time, coming to work, nearly never

23    late and he worked hard.

24           Q    There's no reason that you can think

25    of that Delfino Lopez would not be a truthful

1                              M. KIM

2    person; is that right?

3         A    Yes, I don't think badly of him at

4    all.

5         Q    We were discussing Silo Café's sick

6    leave policy when we were discussing

7    Plaintiff's Exhibit 9, do you recall when Mr.

8    Sung asked you to distribute this sick leave

9    policy to the employees?

10        A    I don't know.  I don't remember,

11   excuse me.

12        Q    The date of Mr. Galindo's signature

13   on Plaintiff's Exhibit number 9 looks to me

14   like July 6, 2016, is that the date that you

15   see as well?

16        A    I don't have independent

17   recollection.

18        Q    Okay.  Do you recall whether there

19   was a sick leave policy prior to 2016?

20        A    So I don't really recall the date,

21   but through some occasion I found out about

22   this and it was this finding out, made it our

23   practice to sign and date it and this should be

24   to people, distributed to people.

25        Q    Is it Mr. Sung who told you about

M. KIM

1
2  this need to have this policy?

3      A      Well, when Mr. Sung brought this to

4  me, I thought that that was the reason so, you

5  know, I have been maintaining it the way I

6  have.

7      Q      Is it Mr. Sung who instructed you to

8  maintain this policy at Silo Café?

9      A      I guess that's what he meant for me

10  to do when he handed this to me, to keep it in

11  the business.

12      Q      Thank you.  Besides sick days, does

13  50 Food Corp provide any other benefits to its

14  employees?

15          THE INTERPRETER:  Besides what?

16      Q      Sick days, does 50 Food Corp provide

17  any other benefits to its employees?

18      A      The way we understood the sick day

19  would be -- we thought that if one employee has

20  not used up his sick day, by the end of the

21  year, we would have to reimburse him, the

22  employee.  And -- but prior to this occasion we

23  used to make it practice to pay at least half

24  day during the holidays was slowing down in

25  business, it became unreasonable to pay the

                              M. KIM

1
2    holidays and for the sick day, especially

3    because the way our business is located, where

4    other business is located, so starting at

5    certain time to which I do not recall, Mr. Sung

6    stopped paying holidays.

7         Q    Was it Mr. Sung's decision to stop

8    paying holidays?

9         A    Yes.  Because the slow down of

10   business was the big reason.

11             MS. BARBOSA:  Okay, thank you.  I'm

12        just going to go off the record for a

13        moment.

14             (Whereupon, an off the record

15        discussion was held.)

16             (Whereupon, a short recess was

17        taken, time noted:  4:45-5:04 PM.)

18        Q    I'm going to redirect everyone's

19   attention to Plaintiff's Exhibit number 5.

20   Plaintiff's Exhibit number 5 is this document

21   with Felix Galindo's name on it, the payment

22   report 2013 is in the top left corner.

23             (Witness peruses document.)

24        Q    I just want to get a little bit more

25   information about the process in filling out

M. KIM

1
2  these payment reports.

3        The first column entitled, week

4  ending, so is that Monday through Friday

5  typically the start time and the end time?

6     A   Yes.

7     Q   And then you would actually pay out

8  the wages and ask the employees to sign the

9  payment report on the following Wednesday, is

10  that right, Wednesday or Friday?

11     A   The recipients' signatures are

12  requested upon handing over the wage.

13     Q   That I understand.  I just want to

14  make sure I understand that the payment report

15  is for Monday through Friday; is that right?

16     A   Yes.

17     Q   So if we were to look at a calendar

18  of January 2, 2013, I assume January 2 would be

19  a Monday?

20     A   Yes.

21     Q   Is that right?

22     A   Yes.

23     Q   I want to go back to have a better

24  understanding of how you calculated regular

25  hours in these payment reports.

M. KIM

1

2       If an employee, in 2013, I understand

3  that employees worked five days a week, nine

4  and a half hours per day; is that right?  So I

5  think that's 47 and a half hours a week; is

6  that right?

7       A    Yes.

8       Q    So if an employee worked nine and a

9  half hours per day, Monday through Friday, and

10  they worked those exact hours that week, what

11  number would you enter to designate regular

12  hours in this payment report?

13       A    In this case an employee worked for

14  three days, but only two days, excuse me, three

15  days from January 2, January 3, January 4.  So

16  it would then be forty hours under the regular

17  hours column.

18       Q    If it was forty hours under the

19  regular hours column, why was the number 24

20  entered in this payment report?

21       A    It would be forty hours, but in this

22  particular document, the work was for three

23  days only.

24       Q    Okay.  So is it for this particular

25  week, you entered 24 because the worker worked

M. KIM

1

2      eight hours each day and you were trying to

3      illustrate that the employee worked eight hours

4.     for three days, so that's 24 hours?

5          A     Correct.  Correct.  Again, this

6      particular employee worked three days only,

7      eight hours a day.

8          Q     So do you understand regular hours to

9      be a certain amount of hours worked per day?

10         A     Yeah, I'm referring to someone

11     working eight hours a day.  And in case a

12     person, an individual worked more than eight

13     hours a day, he or she will be paid on the

14     overtime rate.

15         Q     Okay.  So your understanding of the

16     way overtime works is that an employee gets

17     overtime if they work more than eight hours a

18     day?

19         A     Yes, that was my understanding.

20         Q     Okay.  The plaintiffs in this case,

21     did you understand that they received a set

22     weekly salary or a specific hourly rate during

23     their employment?

24         A     I don't know what they were expecting

25     their payment should be.  So how -- what they

M. KIM

1
2      thought, what the employees thought they should

3      be getting on weekly basis, a specific amount

4      or would it be based on the total amount of

5      time they worked taking into overtime rate, I

6      really don't know how they regarded their

7      payment should be.  All I could do was to enter

8      accurate information as to how many days work

9      and how many hours they actually worked and if

10     any overtime rate applied, this was explained

11     to them, explained to each employee when I

12     handed over and they can see for themselves how

13     their wage was exactly calculated.

14          Q    You indicated earlier that you hired

15     the Plaintiff, Esteban Perez; is that right?

16          A    Yes.

17          Q    And when you hired him, what did you

18     tell him about what his salary would be?

19          A    So initially I remember explaining to

20     him what he can expect to receive weekly basis.

21     For an example, in this case it's $399.79, so

22     for the purpose of simplication (sic), I would

23     tell him $400 weekly is what he's expected to

24     earn, but when I hand over the payment report

25     to each employee, I would explain how his --

M. KIM

2   their total weekly wage has been calculated, of

3   course, based on the hours they work, if any

4   overtime applied or taking into consideration

5   any deductions for breaks or what else should

6   be, whatever should be there so that employee

7   could see exactly what and how he was paid.

8      Q   Are you telling me that each time you

9   asked an employee to sign this payment report,

10   that you would have a discussion with them

11   explaining to them how their salary was

12   calculated?

13      A   I did not.  Only couple of times I

14   did.  But not every single time.  Because there

15   were no complaints or questions about it.  It

16   was self-explanatory.

17      Q   Okay.  Just to confirm and make sure

18   I understand correctly, when you hired Mr.

19   Perez and you were explaining to him what his

20   salary would be, you told him that he should

21   expect to receive a weekly salary, I believe

22   you said $400; is that right?

23      A   I don't know how to best explain what

24   I told him.  In case of what Mr. What?

25      Q   Mr. Perez?

M. KIM

1

2      A    Mr. Perez, normally any new hired

3   employee, general, were really mainly

4   interested in knowing what they will be earning

5   weekly.  So this is generally what I say to new

6   hire people, that at the café we have everybody

7   working eight hours a day, but if he work nine

8   and a half hours a day, one and a half hour

9   will be calculated based on overtime rate and

10  working five days like that, they can expect

11  certain amount of money and I mentioned that

12  amount based on the hourly rate we had agreed

13  upon.  And I definitely did explain to each

14  recipient, especially for the new hire, when I

15  presented the payment report, the content of

16  each calculation.

17          MS. BARBOSA:  I don't have any

18      further questions.

19          (Continued on the next page.)

20

21

22

23

24

25

34

1                        M. KIM

2           MR. VARACALLI:  Just one thing from

3      my end, the defendant corporation, 50

4      Food Corp., reserves the right to review

5      answers and make corrections.  That's

6      all.

7           (Whereupon, the Examination Before

8      Trial of this witness was concluded at

9      5:18 P.M.).

10                    *        *        *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

35

1

2                    A C K N O W L E D G E M E N T

3

4       STATE OF NEW YORK )

5                      SS:

6       COUNTY OF            )

7

8            I, MINCHUL KIM, hereby certify that I have

9       read the transcript of my testimony taken under

10      oath in my deposition of May 22, 2018;  that

11      the transcript is a true, complete and correct

12      record of what was asked, answered and said

13      during this deposition, and that the answers on

14      the record as given by me are true and correct.

15

16                          _____
                                 MINCHUL KIM

17

18      Subscribed and sworn to

19      before me this _____ day
        of _____, 2018.

20

21

22      _____
              NOTARY PUBLIC

23

24

25

36

1

2                           I N D E X

3      WITNESS                    BY                PAGE

4      MINCHUL KIM            Ms. Barbosa            5

5

6                          E X H I B I T S

7      PLAINTIFF'S          DESCRIPTION            PAGE

8          8                Letter                 19

9          9                Sick leave policy      22

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

37

1

2                       C E R T I F I C A T E

3

4        I, KATHLEEN ANDERSON, a Notary Public of

5    the State of New York, do hereby certify

6        That the testimony in the within

7    proceeding was held before me at the aforesaid

8    time and place

9        That said witness was duly sworn before

10   the commencement of the testimony, and that the

11   testimony was taken stenographically by me,

12   then transcribed under my supervision, and that

13   the within transcript is a true record of the

14   testimony of said witness.

15       I further certify that I am not related to

16   any of the parties to this action by blood or

17   marriage, that I am not interested directly or

18   indirectly in the matter in controversy, nor am

19   I in the employ of any of the counsel.

20       IN WITNESS WHEREOF, I have hereunto set my

21   hand this 14th day of June, 2018.

22

23       *Kathleen Anderson*

24   _____
                  KATHLEEN ANDERSON

25

# LAWYER'S NOTES

| PAGE | LINE | NOTES... |
|------|------|----------|
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |

*Bee* Reporting Agency, Inc.
COURT REPORTERS

**A**

A.K.A 1:9
able 9:18 22:15
accurate 21:14,15,18,24 31:8
action 37:16
addition 6:23
additional 10:3
address 4:18 6:6 7:10 11:17 16:14
    16:14
advise 18:24
aforesaid 37:7
against- 1:6
aggressively 6:21
ago 17:23
agreed 3:2,9,14 33:12
alter 20:24
amount 7:25 20:6,24 21:18 22:17
    30:9 31:3,4 33:11,12
Anderson 1:21 4:4,11 37:4,24
Andrew 1:8 4:22
answer 11:3 16:8
answered 35:12
answers 4:7 34:5 35:13
anybody 13:23
appear 6:24 16:18 17:2
appearing 17:9,15
appears 18:6
applied 31:10 32:4
applies 21:25
arguing 7:2
argument 6:23
asked 10:9 25:8 32:9 35:12
assume 14:12 28:18
attending 16:21
attention 27:19
attorney 1:19 2:10
attorneys 2:4 3:3
authorization 8:4 10:2,9,12
authorize 8:20
Avenue 14:11
aware 13:12 17:21 23:21

**B**

B 36:6
back 28:23
badly 25:3
Barbosa 2:6 4:15 19:15 22:19
    27:11 33:17 36:4
based 21:9 22:17 31:4 32:3 33:9,12
basis 22:6 31:3,20
bates 19:23 23:2
Bayside 4:19
becoming 9:18
Bee 1:12
behalf 1:17
believe 14:8 24:4 32:21
benefits 26:13,17
best 18:19 32:23

better 28:23
big 27:10
bit 12:7,8 27:24
biweekly 7:14
blood 37:16
bottom 20:7 23:10
Boulevard 1:12 2:4
breaks 32:5
briefly 5:14,15
Broadway 2:11
brought 26:3
buffet 14:6
business 9:13 11:8 15:21 26:11,25
    27:3,4,10
businesses 15:17
busy 5:2

**C**

C 2:2 4:9 35:2 37:2,2
CAFE 1:8,18
café 5:12,20 9:4 10:15,23 11:21
    12:3,4,5,10,24 13:5,6,10,13 14:5
    14:9,11 15:9,10 17:18 20:20 21:5
    22:12 23:25 26:8 33:6
Café's 25:5
Cafés 12:19
calculated 28:24 31:13 32:2,12
    33:9
calculation 33:16
calendar 28:17
calls 7:22
capable 7:2
capacity 10:8,11
case 1:7 6:9 10:4,19 29:13 30:11,20
    31:21 32:24
cashier 17:10
CATHOLIC 2:3
Center 1:12
certain 8:17 20:4,5 27:5 30:9 33:11
certification 3:5
certify 35:8 37:5,15
change 20:24
changed 13:3 21:11
changes 18:25
checks 5:24
church 14:18
circumstances 8:13
City 15:18,22
column 28:3 29:17,19
come 5:3,20 10:20 11:24
comes 5:19 11:7,15,25
coming 24:22
commencement 37:10
comparable 10:7
complained 9:16
complaints 32:15
complete 35:11
concerned 9:14 16:11

concluded 34:8
conference 17:22 18:4,10
conferred 8:14
confirm 32:17
consider 24:8
consideration 32:4
considered 24:5,14
content 33:15
Continued 33:19
controlling 7:3
controversy 37:18
conversation 6:5 11:16,18 17:14
conversations 11:12,15
corner 27:22
Corp 1:8,18 4:22 26:13,16 34:4
corporation 34:3
correct 11:10 20:9 22:10,10,11,14
    22:16 30:5,5 35:11,14
corrected 8:17
corrections 34:5
correctly 32:18
cost 6:13
counsel 37:19
COUNTY 35:6
couple 5:16 32:13
course 32:3
Court 1:2 3:17
credible 24:5,14
current 10:10
currently 5:5 10:7 12:9

**D**

D 35:2 36:2
D/B/A 1:8,18
Danny 12:11,15,21
Danny's 12:12
date 19:19 22:23 25:12,14,20,23
day 5:13 10:20,21 14:16 26:18,20
    26:24 27:2 29:4,9 30:2,7,9,11,13
    30:18 33:7,8 35:19 37:21
days 8:14 19:4 26:12,16 29:3,14,14
    29:15,23 30:4,6 31:8 33:10
decide 8:18
decision 27:7
deductibles 20:17,18
deductions 32:5
defendant 1:17 34:3
Defendant(s) 2:10
Defendants 1:10
definitely 33:13
Delfino 1:4 24:12,13,15,25
deli 15:22
department 19:13
Depo 1:16
deposition 1:16 16:19,21,24 17:2,3
    17:6,9,16 35:10,13
describing 10:14
DESCRIPTION 36:7

designate 29:11
different 14:6
differently 7:7
DIRECT 4:14
directly 10:24 13:9 37:17
discuss 6:17 7:22 8:10,11 9:12
discussed 9:14 12:3 16:7
discussing 25:5,6
discussion 15:25 16:5,17 18:9
    27:15 32:10
discussions 15:20
dishonesty 24:11
distribute 25:8
distributed 25:24
DISTRICT 1:2,2
document 19:18,24,25 23:3,4,14,17
    23:24 27:20,23 29:22
documentation 22:11
documents 14:2 18:18 20:19 21:5,6
dollar 8:3 20:6
DOUGLAS 2:12
duly 4:11 37:9

E

E 2:2,2 35:2,2,2 36:2,6 37:2,2
earlier 12:3 13:16 14:16 15:24
    31:14
earn 31:24
earning 33:4
East 12:4 13:7,10,14,17 14:10
    15:10
effect 3:16
eight 30:2,3,7,11,12,17 33:7
employ 37:19
employee 6:23,25 8:7,18 10:3
    23:10,20,21 26:19,22 29:2,8,13
    30:3,6,16 31:11,25 32:6,9 33:3
employees 6:19 7:3,8 8:12,25 10:24
    18:7 20:4 23:24 25:9 26:14,17
    28:8 29:3 31:2
employers 19:6
employment 4:21 13:5 21:6 30:23
engaging 7:7
English 4:6,8 18:13
enter 29:11 31:7
entered 29:20,25
entire 5:13
entirely 22:14
entitled 28:3
especially 27:2 33:14
ESQ 2:6,12 4:15
Esteban 1:4 24:4,7 31:15
everybody 33:6
everyone's 27:18
exact 29:10
exactly 31:13 32:7
examination 3:6,15 4:14 34:7
examined 4:13

example 7:25 31:21
excuse 25:11 29:14
Exhibit 19:16,19,22 22:20,22 23:2
    25:7,13 27:19,20
expect 31:20 32:21 33:10
expected 31:23
expecting 30:24
experience 24:10
experienced 17:20
explain 31:25 32:23 33:13
explained 31:10,11
explaining 31:19 32:11,19
expressed 9:24
extra 6:13

F

F 37:2
fact 19:12 21:15
family 13:13 17:10
far 12:25
feasible 9:23
FELIPE 1:4
Felix 6:24 17:12,24 18:6 23:12
    27:21
filing 3:4
filled 13:23
filling 27:25
find 10:18 17:13
finding 25:22
fire 8:15,19,20
fired 8:7,24
firing 8:12
first 4:10,23 8:24 16:9 23:18 28:3
five 13:3,6 29:3 33:10
floor 4:19
following 28:9
follows 4:8,13
food 1:8,18 4:21 14:7 26:13,16
    34:4
force 3:16
form 3:10
forty 29:16,18,21
found 25:21
fragile 7:11
Friday 28:4,10,15 29:9
frowning 24:19
further 3:9,14 33:18 37:15

G

G 4:2,2 14:22 35:2
Galindo 1:4 23:12,13
Galindo's 25:12 27:21
general 17:3 33:3
generally 33:5
getting 5:2 31:3
GIRA 2:17
give 7:9 23:16,24
given 20:4 21:12 23:20 35:14

go 9:20 14:17 17:6 27:12 28:23
goes 12:15
going 9:15,22 10:6 16:23 18:16
    27:12,18
good 24:3,17
guess 26:9
guy 24:11
guys 16:6

H

H 4:2,9 14:23 36:6
half 26:23 29:4,5,9 33:8,8
HAMRA 2:10
hand 31:24 37:21
handed 26:10 31:12
handing 28:12
handle 7:10
hard 10:18 24:23
heard 15:20
heart 7:12
held 1:21 27:15 37:7
help 6:13 9:17 10:15,19
hereto 3:4
hereunto 37:20
hi 11:24,25
higher 8:5
hire 6:10,13 9:17 10:3,6,17,20 33:6
    33:14
hired 6:25 31:14,17 32:18 33:2
hiring 6:15
holidays 26:24 27:2,6,8
HONG 2:17
hospital 20:17 21:24
hour 5:16,19 33:8
hourly 30:22 33:12
hours 5:16,18 9:8 19:7 28:25 29:4
    29:5,9,10,12,16,17,18,19,21 30:2
    30:3,4,7,8,9,11,13,17 31:9 32:3
    33:7,8
hundred 8:3
HWAN 1:9

I

idea 22:9
identification 19:19 22:23
identified 19:23 23:2
identify 23:9
illustrate 30:3
important 7:23 18:18
impression 24:17
inaccurate 21:21
incidences 6:22
incident 6:9
including 6:24
independent 14:14 25:16
indicated 13:16 31:14
indirectly 37:18
individual 30:12

individually 6:18
individuals 11:21
information 21:2,13 22:13,16
  27:25 31:8
initial 24:16
initially 31:19
initiate 6:4
instruct 7:6
instructed 23:23 26:7
interact 11:20
interactions 12:18
interested 33:4 37:17
interpret 4:6
interpreted 4:8
Interpreter 1:20 2:17 4:3 26:15
introduced 14:24
introduction 15:3,6
involved 15:17
issue 11:17
issues 7:11 11:9

**J**

Jamaica 1:13
January 28:18,18 29:15,15,15
July 9:21 25:14
June 37:21

**K**

K 4:9 14:22 35:2
Kang 14:22
Kathleen 1:21 4:4,11 37:4,24
keep 9:15 26:10
Kim 1:17 4:17 5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1 33:1
  34:1 35:8,16 36:4
kind 7:21 15:14
kindly 24:21
knew 21:23
know 12:2,12,14,19,20,22 13:11,15
  14:9 15:7,11,14,15,16,19 16:16
  17:7 21:24 23:13 25:10 26:5
  30:24 31:6 32:23
knowing 33:4
knowledge 18:21
known 12:23
knows 17:10,12
Korea 9:21
Korean 1:20 2:17 4:7,7 18:15

**L**

L 4:9 35:2
labor 18:22,25 19:7,13
large 7:25
larger 12:7
late 24:23

law 18:22,25 19:7
lawsuit 15:25 16:4,7,13,16 17:4
  18:17
learned 16:20,21
leave 9:22 11:25 22:21 25:6,8,19
  36:9
left 12:2 27:22
letter 20:12,15,21 21:7,13,20 36:8
litigation 16:10
little 27:24
LLP 2:10
located 12:4 15:10 27:3,4
location 13:17,21,24 14:3
long 9:6
look 19:21 22:25 28:17
looking 20:18
looks 25:13
Lopez 1:4 21:7 22:3,5 24:12,13,25
lot 8:4 10:10 14:14

**M**

M 4:9,9 5:1 6:1 7:1 8:1 9:1 10:1
  11:1 12:1 13:1 14:1,22 15:1 16:1
  17:1 18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1 33:1 34:1
  35:2
MAGDALENA 2:6 4:15
mail 5:24
maintain 26:8
maintained 23:19
maintaining 26:5
man 11:11
manage 13:9
managed 13:6 17:13
manager 12:9
managers 12:24 13:3
Mark 19:16 22:19
marked 19:18,22 22:22
marriage 37:17
matter 16:12 17:22 37:18
mean 5:16 14:15
meant 26:9
meet 6:2
members 13:13
mention 15:13 17:13 19:8
mentioned 6:20 10:5 14:16 16:12
  16:23 19:17 33:11
menu 9:15
merely 20:23
met 13:5 14:17
MIGRATION 2:3
Minchul 1:16 4:17 35:8,16 36:4
minimum 19:10
missing 18:18
modify 9:15
moment 27:13
Monday 9:5 28:4,15,19 29:9

money 7:25 33:11
month 6:12
monthly 20:23
mutually 14:13

**N**

N 2:2 4:2,9 14:22,22 35:2,2 36:2
Nah 14:24
name 4:16 12:12,15,16,21 14:20,22
  20:24 21:12 23:11 27:21
nearly 6:12 11:23,23 24:15,22
need 8:2,4,6 9:16 10:2,8,11,14
  16:15 26:2
needed 8:23 20:22
needs 21:25
never 11:15,20 24:22
new 1:2,13,22 2:5,11,11 4:5,12,20
  10:18 15:17,22 18:22,25 19:7
  33:2,5,14 35:4 37:5
newly 10:20
nice 5:23
nine 17:18 29:3,8 33:7
nods 15:2
normally 6:4 33:2
Notary 1:21 3:16 4:4,11 35:22 37:4
  37:17
noted 27:17
notice 1:20 16:18,25 19:8
nowadays 5:18
number 19:22 25:13 27:19,20
  29:11,19

**O**

O 4:2 14:22 35:2
oath 35:10
objections 3:10
observed 10:23 14:2
obtain 22:16
occasion 20:25 25:21 26:22
occasionally 5:24 20:23
October 16:2,5,9
office 20:20 21:5
Okay 12:20 15:16 17:14,21 18:20
  19:15 23:9 24:12 25:18 27:11
  29:24 30:15,20 32:17
once 5:3,5,7,8
opinion 24:10
order 20:20 21:6
organized 5:24
overtime 19:10 30:14,16,17 31:5
  31:10 32:4 33:9
owning 15:21

**P**

P 2:2,2
P.M 1:14 34:9
P000004 23:3
P000007 19:23
page 33:19 36:3,7

paid 19:4 22:3,15 23:7 30:13 32:7
paper 16:3
papers 16:10
particular 29:22,24 30:6
parties 3:4 37:16
pay 10:6,10 26:23,25 28:7
paying 27:6,8
payment 27:21 28:2,9,14,25 29:12
  29:20 30:25 31:7,24 32:9 33:15
people 6:10 8:21 13:6 25:24,24
  33:6
Perez 1:4 24:4 31:15 32:19,25 33:2
period 22:15
permission 8:6
person 6:25 8:19 16:22 24:9 25:2
  30:12
person's 14:20
peruses 19:25 23:4 27:23
phone 7:16,19,22,24
place 1:23 5:23 37:8
Plaintiff 1:19 24:4 31:15
Plaintiff's 19:16,18,22 22:20,22,25
  25:7,13 27:19,20 36:7
Plaintiff(s) 2:4
plaintiffs 1:5 30:20
planned 9:21
Please 19:21 22:25
PM 27:17
policies 23:22
policy 22:21 23:8 25:6,9,19 26:2,8
  36:9
posted 19:9
practice 25:23 26:23
practices 6:16
premises 23:19
prepared 17:17 21:8
PRESENT 2:16
presented 33:15
presently 10:14
previously 4:4
printed 19:13
prior 15:3,6 16:22 25:19 26:22
problem 7:7
problems 6:18
proceeding 37:7
process 27:25
provide 26:13,16
provided 16:14
Public 1:21 3:16 4:5,12 35:22 37:4
purpose 20:14 31:22
pursuant 1:20

Q

Queens 2:4
question 3:11 21:3,4
questions 4:6 6:3,6,7 32:15 33:18
quite 14:12,13

R

R 2:2 4:2 37:2
rate 30:14,22 31:5,10 33:9,12
read 35:9
real 12:25
really 10:4 11:4 12:17 15:15 18:23
  25:20 31:6 33:3
reason 7:23 24:3,13,24 26:4 27:10
recall 25:7,18,20 27:5
receive 31:20 32:21
received 16:3,20,25 22:6 30:21
receiving 16:10
recess 27:16
recipient 33:14
recipients' 28:11
recognize 19:24 23:3
recollection 25:17
record 27:12,14 35:12,14 37:13
redirect 27:18
refer 20:19 21:4 22:14
referred 22:11
referring 19:3,5 30:10
refrigerator 8:2
regarded 31:6
regarding 15:13 16:18 19:6 23:7
regular 28:24 29:11,16,19 30:8
reimburse 26:21
related 37:15
remember 25:10 31:19
remind 14:20
repair 8:2
report 27:22 28:9,14 29:12,20
  31:24 32:9 33:15
Reporter 19:20 22:24
Reporting 1:12
reports 28:2,25
request 20:5,6
requested 28:12
requirements 18:21 19:6
reserved 3:11
reserves 34:4
respective 3:3
respond 21:3
restaurant 15:22
return 17:11
review 34:4
right 6:17 10:15 13:18 14:18 16:2
  16:19 19:5 21:10 22:7 23:25 25:2
  28:10,15,21 29:4,6 31:15 32:22
  34:4
RJS 1:7
rumors 15:21

S

S 2:2 36:6
salary 22:3,6,10 30:22 31:18 32:11
  32:20,21
sandwich 6:11

saw 4:24 5:25 17:19
saying 11:14 13:4 24:20
scheduled 9:20
sealing 3:4
see 4:22 5:5,9,18 16:13 21:10 25:15
  31:12 32:7
seen 11:20
self-explanatory 32:16
sentence 21:11
serious 7:11
served 16:22
SERVICES 2:3
set 22:6 30:21 37:20
settlement 17:22 18:3,10
setup 14:6
SEUNG 1:9
short 27:16
show 10:21 17:24
sic 31:22
sick 19:4 22:21 25:5,8,19 26:12,16
  26:18,20 27:2 36:9
sick/leave 23:7
sign 20:13 23:14,17 25:23 28:8
  32:9
signature 20:7 23:10 25:12
signatures 28:11
signed 3:15,17 20:10
Silo 1:8,18 5:12 9:4 10:22 11:21
  12:3,5,10,18,24 13:5,6,10,13
  14:5,9,11 15:9,10 17:18 20:20
  21:5 23:25 25:5 26:8
similar 12:7 14:5
simplication 31:22
single 32:14
situation 8:17 10:14
size 12:5
slow 9:13 27:9
slowing 26:24
smile 11:5
smiles 11:7
softly 6:21
somebody 9:22 10:17 24:5
sorry 9:24
sounds 10:13
SOUTHERN 1:2
Spanish 18:6,7
speak 6:21 7:15,18 8:16,23 9:9
  17:2,8 18:3,5 24:16,21
speaking 10:23 18:7,13
specific 30:22 31:3
spend 5:13 7:25
spends 15:11
spoke 18:6 24:15,20
spoken 15:4
SS 35:5
stamp 19:23 23:2
start 11:16 28:5
started 4:24,25 5:2

starting 27:4
State 1:22 4:5,12 35:4 37:5
stated 1:22
STATES 1:2
stating 17:19
station 6:11
stations 14:7
stay 5:19
stenographically 37:11
stick 18:17
STIPULATED 3:2,9,14
stocked 5:23
stop 27:7
stopped 27:6
store 4:25 5:3,10 14:15 17:12,18 19:9
stores 12:18
Street 4:19 12:4,24 13:7,10,14,17 14:10,15 15:10
stressed 9:24
stressful 7:4 9:19
submit 18:19
submitted 20:17
Subscribed 35:18
Suite 2:4,11
Sung 1:8,9 4:22 5:5 7:5,6,15,19 8:11,14,16 9:3,16,25 10:12 11:6 11:20 13:9,12 14:17,25 15:4,7,11 15:25 16:11,15,23 17:3 18:9,16 23:18,23 25:8,25 26:3,7 27:5
Sung's 7:14 10:2,9,22 27:7
Sunnyside 2:5
supervision 37:12
supposed 17:5
sure 5:22 9:7 15:15 18:7 28:14 32:17
Sutphin 1:12
sworn 3:17 4:4,11 35:18 37:9

T

T 35:2 36:6 37:2,2
take 19:21 22:25
taken 1:18 27:17 35:9 37:11
talk 6:6,15,16 7:23 11:8
talkative 11:11
talked 7:5
talking 19:11
tell 8:16 17:7 31:18,23
telling 11:6 32:8
template 21:10
ten 13:18
testified 4:13 15:24
testimony 11:19 35:9 37:6,10,11,14
thank 12:20 19:15 21:2 26:12 27:11
thing 9:20 15:14 34:2
things 7:5,7,21
think 8:8 9:5 19:3 24:24 25:3 29:5

Third 14:11
thought 26:4,19 31:2,2
three 5:17 7:20 9:7 19:2 29:14,14 29:22 30:4,6
time 1:23 3:11 9:3 15:11 16:6,9 21:12 24:22 27:5,17 28:5,5 31:5 32:8,14 37:8
times 7:20 8:9 13:18 32:13
tiny 12:8
tips 7:9
tiring 9:18
today 17:9,16
told 6:12 10:18 20:16 25:25 32:20 32:24
top 27:22
topic 6:16
total 31:4 32:2
tough 6:10
training 9:21
transcribed 37:12
transcript 3:5 35:9,11 37:13
trial 3:6,12 34:8
tried 7:10
true 35:11,14 37:13
trusting 5:2
truth 17:7,19 18:23
truthful 24:6,8,25
trying 30:2
turnovers 13:2
twice 5:4,6
two 4:23 5:17 7:20 8:8 12:18,18 19:2 29:14
typed 20:12
types 6:7
typically 7:22 28:5

U

U 4:9
understand 13:2 28:13,14 29:2 30:8,21 32:18
understanding 22:2 28:24 30:15 30:19
understood 22:5 26:18
UNITED 1:2
unreasonable 26:25
upset 9:23
use 22:13
uses 14:10

V

Varacalli 2:10,12 17:15 34:2
vendors 14:10
visit 5:20 9:10 11:7
visited 5:12 9:4 13:17 19:12
visiting 5:10
visits 7:15 10:22 11:13
vulnerable 7:12

W

W 35:2
wage 19:10 28:12 31:13 32:2
wages 19:6 28:8
waiting 17:11
waived 3:7
want 5:22 16:8 27:24 28:13,23
wanted 21:9,17,23 22:18
wasn't 9:22
way 26:5,18 27:3 30:16
website 19:13
Wednesday 28:9,10
week 5:4,6,8,8 7:20 28:3 29:3,5,10 29:25
weekly 7:14 22:3,6,6 30:22 31:3,20 31:23 32:2,21 33:5
weeks 17:23
WHEREOF 37:20
witness 1:17 4:10 15:2 19:25 23:4 27:23 34:8 36:3 37:9,14,20
work 6:11 10:20 12:6,16 13:13 15:9,12 17:18,25 24:22 29:22 30:17 31:8 32:3 33:7
worked 13:20 24:23 29:3,8,10,13 29:25 30:3,6,9,12 31:5,9
worker 10:10 29:25
working 9:24,25 17:11 18:21 30:11 33:7,10
works 30:16
worried 9:19
wouldn't 11:4 15:14
write 20:5,20 21:6,9,17 22:18
written 21:8
wrote 21:22

X

X 1:3,11 36:2,6

Y

Y 14:22
yeah 6:12,20 8:8 14:8 19:8 21:22 21:22 30:10
year 21:24 26:21
years 4:23 17:18 19:2
York 1:2,13,22 2:5,11,11 4:5,12,20 15:17,22 18:22,25 19:7 35:4 37:5

Z

0

1

1:17-cv-07837 1:7
10004 2:11
11104 2:5
11364 4:20
11435 1:13
14th 37:21

```
1818 2:11
19 20:10 36:8
                  2
2 4:19 28:18,18 29:15
201 2:4
2013 27:22 28:18 29:2
2015 21:22
2016 20:10 25:14,19
2017 16:2,6,9
2018 1:14 35:10,19 37:21
219 4:19
22 1:14 35:10 36:9
24 29:19,25 30:4
                  3
3 29:15
3:57 1:14
305 14:15
32 2:11 12:4,24 13:7,10,14,17
   14:10 15:10
350.00 21:17,17
399.79 31:21
                  4
4 29:15
4:45-5:04 27:17
400 31:23 32:22
47 29:5
47-01 2:4
                  5
5 27:19,20 36:4
5:18 34:9
50 1:8,18 4:21 26:13,16 34:3
500 8:5
                  6
6 25:14
61-34 4:19
                  7
                  8
8 19:16,19,22 36:8
805 14:11
85 14:15
89-00 1:12
                  9
9 22:20,22 23:2 25:7,13 36:9
```