UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ESTEBAN PEREZ, FELIPE GALINDO, and DELFINO LOPEZ,
                                    Plaintiffs,

        -against-            Case No.
                            1:17-cv-07837 (RJS)

50 FOOD CORP. (D/B/A SILO CAFE) and ANDREW SUNG
(A.K.A. HWAN SEUNG SUNG),
                                    Defendants.
------------------------------------------------X

                89-00 Sutphin Boulevard
                Jamaica, New York
                May 29, 2018
                9:56 a.m.


     EXAMINATION BEFORE TRIAL of ANDREW H. SUNG,
a Defendant herein, taken by the attorneys for
the Plaintiffs pursuant to Court Order, held at
the above time and place before Chaya Ezagui, a
Stenotype Reporter and Notary Public within and
for the State of New York.

                                                    1

---

1
2                  FEDERAL STIPULATIONS
3       IT IS HEREBY STIPULATED AND AGREED by and
between the parties hereto, through their
4   respective Counsel, that the certification,
sealing and filing of the within examination will
5   be and the same are hereby waived;
6       IT IS FURTHER STIPULATED AND AGREED that
all objections, except as to the form of the
7   question, will be reserved to the time of the
trial;
8
        IT IS FURTHER STIPULATED AND AGREED that
9   the within examination may be signed before any
Notary Public with the same force and effect as
10  if signed and sworn to before this Court.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    3

---

1
2   A P P E A R A N C E S:
3
4   CATHOLIC MIGRATION SERVICES
        Attorneys for the Plaintiffs
5       47-01 Queens Boulevard, Suite 201
        Sunnyside, New York 11104
6
    BY:  MAGDALENA BARBOSA, ESQ.
7        MICHELLE VASQUEZ
8
9   VARACALLI & HAMRA, LLP
        Attorneys for the Defendants
10      32 Broadway, Suite 1818
        New York, New York 10004
11
    BY:  DOUGLAS VARACALLI, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    2

---

1
2       A N D R E W  H.  S U N G, the witness herein,
3   having first been duly sworn by Chaya Ezagui, a
4   Notary Public in and for the State of New York,
5   was examined and testified as follows:
    EXAMINATION BY MAGDALENA BARBOSA, ESQ.:
6
7       Q.   What is your name, please?
8       A.   Andrew H. Sung.
9       Q.   Where do you currently reside?
10      A.   ████████████████████████████ York
11      ████.
12      Q.   Good morning, Mr. Sung.
13      A.   Good morning.
14      Q.   So as you can see the deposition is
15  being recorded by a court reporter.  She can
16  only record verbal responses, so I'm just going to
17  ask you to be mindful to give verbal responses to
18  my questions today.  So could you tell me, have
19  you ever been deposed before?
20      A.   No, first time.
21      Q.   This is your first time, okay.  Have you
22  ever testified before in a court proceeding?
23      A.   No.
24      Q.   Besides this lawsuit, have you ever
25  participated in a lawsuit before as either a
                                                    4

A. H. SUNG

```
 1   plaintiff or a defendant?
 2       A.   No.
 3       Q.   I should also just say, you know, if you
 4   don't understand any of my questions, please let
 5   me know and I'll try to rephrase it.  Also, if
 6   you need to take a break, let me know and we'll
 7   happily take a break for a few minutes.  Do you
 8   understand that today you should be answering
 9   truthfully, that you're under oath?
10       A.   Yes.
11       Q.   Yes.  Is there anything that prevents
12   you from testifying truthfully today?  For
13   example, are you under any type of medication --
14       A.   No.
15       Q.   -- that might --
16       A.   I'm fine.
17       Q.   Okay, very good.  Let's see.  Before we
18   get started, do you have any questions for me?
19       A.   No.
20       Q.   Could you tell me what you did, if
21   anything, to prepare for today's deposition?
22       A.   No, I just came.
23       Q.   Did you have the opportunity to review
24   any documents?
25
```

5

A. H. SUNG

```
 1       A.   Any documents?
 2       Q.   Related to this lawsuit.
 3       A.   I just saw this.  This is, you know,
 4   just timesheet.
 5       Q.   Just timesheets, okay.  Did you have,
 6   without telling me what you discussed, did you
 7   have the opportunity to have a conversation with
 8   your lawyer, Mr. Varacalli, before this
 9   deposition?
10       A.   No, we just came up here.
11       Q.   Okay, very good.  Have you ever gone by
12   any other names besides Andrew Sung?
13       A.   Before I got the citizenship, my name
14   was Hwan Sung, that's Korean.
15       Q.   Can you spell that for me?
16       A.   H-W-A-N S-U-N-G.
17       Q.   Do you go by Andrew Sung --
18       A.   Uh-huh.
19       Q.   -- at 50 Food Corp. and your other
20   businesses?
21       A.   I got another one in 30 -- Silo Cafe
22   Corp. in 32nd Street.
23       Q.   In both businesses, are you known by the
24   staff members as Andrew Sung?
25
```

6

A. H. SUNG

```
 1       A.   Yeah.
 2       Q.   Can you tell me what your date of birth
 3   is?
 4       A.   October 4, 1956.
 5       Q.   Where were you born, Mr. Sung?
 6       A.   South Korea.
 7       Q.   How long have you been in the United
 8   States?
 9       A.   I think it's about 36 years now almost.
10   Almost 36 years.
11       Q.   Have you lived in the United States
12   since --
13       A.   Yeah.
14       Q.   Okay, very good.  Can you tell me a
15   little bit about your educational background?
16       A.   I graduated college in Seoul.
17       Q.   In Seoul?
18       A.   Yeah.
19       Q.   Besides college, did you receive any
20   higher education besides college in Seoul?
21       A.   No, just college.
22       Q.   Have you ever been arrested either here
23   in the United States or elsewhere?
24       A.   No.
25
```

7

A. H. SUNG

```
 1       Q.   When you arrived to the United States,
 2   what type of work were you involved in?
 3       A.   My first job, I was working at wholesale
 4   merchandise shop in New York City.
 5       Q.   Okay.
 6       A.   That was first job.
 7       Q.   What did you do there?
 8       A.   Just like floor salesperson.
 9       Q.   Okay.
10       A.   Yeah.
11       Q.   How long did you do that type of work
12   for?
13       A.   That's about six months.
14       Q.   What did you do afterwards?
15       A.   After that, I start with landscape
16   business.
17       Q.   Okay.
18       A.   You know, with my brothers and family.
19       Q.   How long did you --
20       A.   It is about --
21       Q.   -- were involved in that business?
22       A.   -- about 25 years.
23       Q.   Were you the owner of that business?
24       A.   Yeah, with my brothers, co-owners, yeah.
25
```

8

2 (Pages 5 to 8)

A. H. SUNG

1
2  Q.  With one brother or?
3  A.  I have three brothers.
4  Q.  With three brothers?
5  A.  Yeah.
6  Q.  What was the name of that business?
7  A.  W-O-O-I-L, Landscaping Inc.
8  Q.  Did you say, W-O-I-L?
9  A.  W-O-O-I-L.
10  Q.  W-O-O-I-L.
11  A.  Yeah.
12  Q.  Is that business still in operation --
13  A.  No.
14  Q.  -- right now?
15  A.  No, it closed about ten years ago.  More
16  than ten years ago.
17  Q.  How many employees did you have?
18  A.  There's about sometimes ten, sometimes
19  five.  It's all different.
20  Q.  When did that business dissolve?
21  A.  Which means?
22  Q.  When did it stop?
23  A.  Oh, when did it stop.  I think it's
24  about 2002.
25  Q.  2002?

9

A. H. SUNG

1
2  A.  Yeah.
3  Q.  What was your primary responsibility in
4  that business?
5  A.  I'm working as a landscape architect.
6  Q.  Oh, okay.
7  A.  At the business, you know, yeah.
8  Q.  Do you have a background in landscape
9  architecture?
10  A.  The landscape business, my family begins
11  in Korea.
12  Q.  Oh, okay.
13  A.  So I learn from the child about the
14  business.
15  Q.  Were you in charge at all regarding any
16  human resources, in managing the company
17  employees?
18  A.  Yes.
19  Q.  Were you involved in the payroll?
20  A.  I know how much we pay, but I have a
21  bookkeeper, she handled that.
22  Q.  Were you in charge of hiring the
23  employees?
24  A.  Yeah, yeah.
25  Q.  Did you determine what the pay rates of

10

A. H. SUNG

1
2  the employees would be?
3  A.  Yes, I did.
4  Q.  Was that business located here in New
5  York State?
6  A.  Yes, in Long Island.
7  Q.  In Long Island, okay.  So it sounds like
8  you were involved in that business for several
9  years, right?
10  A.  Yeah.
11  Q.  Were you involved in any other
12  businesses --
13  A.  No.
14  Q.  -- while -- no?  So you were just
15  involved in that business?
16  A.  Yes.
17  Q.  Can you remind me again how many years
18  that was?
19  A.  Almost about 20 years.
20  Q.  Told me it dissolved in two thousand --
21  A.  2002.  I don't remember exact year now,
22  but more than ten years ago.
23  Q.  So when the company dissolved in 2002,
24  what did you do?  Were you involved in another
25  business?

11

A. H. SUNG

1
2  A.  After that, I just worked for my
3  brothers for something, but sometimes I don't
4  work few years, you know.
5  Q.  Okay.
6  A.  Yeah.
7  Q.  So besides 50 Food Corp., the Silo Cafe
8  that is the focus of this litigation, have you
9  owned any other businesses?
10  A.  Previously?
11  Q.  Yes.
12  A.  I do some -- I did own some bookstore
13  couple, about three years.
14  Q.  Three years ago you owned a bookstore?
15  A.  No, no, not three years ago.
16  Q.  Oh.
17  A.  After I closed the landscaping business,
18  I start some the bookstore business.
19  Q.  Okay.
20  A.  That is about three to five years.
21  Q.  Where was this bookstore?
22  A.  That is Long Island.
23  Q.  In Long Island.  What is the bookstore
24  called?
25  A.  That is some discount bookstore.  It's

12

A. H. SUNG

```
 1                    A. H. SUNG
 2    the Book Club Outlet.
 3        Q.  Okay.  So it's not a store, it's not a
 4    storefront?
 5        A.  No, it's a store.
 6        Q.  Where was the store located?
 7        A.  Long Island.
 8        Q.  Okay, Long Island.  Where in Long
 9    Island?
10        A.  Carle Place.
11        Q.  Carle Place.  What was the name of the
12    business?
13        A.  Book Club Outlet.
14        Q.  Oh, Book Club Outlet.  Got it.
15        A.  Yeah.
16        Q.  Is this business still in operation?
17        A.  No, it's closed.  Business failed and we
18    closed out.
19        Q.  I'm sorry, say that again.
20        A.  The business failed.
21        Q.  Oh, the business failed.
22        A.  So we don't make money.  So we just
23    closed down after about three, four years.
24        Q.  Do you recall what years that business
25    was in operation?
```
13

```
 1                    A. H. SUNG
 2        A.  That is starting about 1997.
 3        Q.  Okay,
 4        A.  Till 2002, something like that.
 5        Q.  Did the business have employees?
 6        A.  Yeah.
 7        Q.  How many employees on average?
 8        A.  About two employee for as a cashier.
 9        Q.  Two employees?
10        A.  Yeah.
11        Q.  Were you the sole owner of that
12    business?
13        A.  No, with my brother.
14        Q.  With your brother?
15        A.  Yeah.
16        Q.  Were you responsible for the hiring of
17    the employees and the payroll or was someone
18    else --
19        A.  As the owner, I hired the employee, I
20    decide how much we pay.
21        Q.  So besides 50 Food Corp. and besides
22    this book company that you just described, have
23    there been any other businesses --
24        A.  No.
25        Q.  -- that you have owned or managed?
```
14

```
 1                    A. H. SUNG
 2        A.  No.
 3        Q.  So no other businesses besides the 50
 4    Food Corp. at 805 Third Avenue and this book
 5    club?
 6        A.  No.
 7        Q.  You owned no other?
 8        A.  No.
 9        Q.  Although you may not individually own
10    any additional companies, are you involved in the
11    management of any other companies besides the
12    deli located at 805 Third Avenue and the book
13    club that you just described?
14        A.  I work for my -- some other companies
15    for owned by my wife.
16        Q.  Okay.
17        A.  Okay.  So just, you know.
18        Q.  What is your wife's name?
19        A.  Yun Sung.
20        Q.  Can you spell that please?
21        A.  Y-U-N S-U-N-G.
22        Q.  So you have helped your wife --
23        A.  Just --
24        Q.  -- with some of the businesses that she
25    owns?
```
15

```
 1                    A. H. SUNG
 2        A.  Just consulting, yeah.
 3        Q.  I'm sorry, just what?  Oh, consulting.
 4    Just consulting with her?
 5        A.  Yeah.
 6        Q.  Does your wife currently own any
 7    businesses right now that you have been involved
 8    with?
 9        THE WITNESS:  Do I need answer for this
10    because --
11        MR. VARACALLI:  Yes.
12        THE WITNESS:  -- because I don't think
13    this is involving any --
14        MR. VARACALLI:  Yes, you have to answer.
15        A.  Yeah.
16        Q.  Can you tell me a little bit about those
17    businesses?
18        A.  The business is Korean restaurant
19    business.
20        Q.  What is the name of this restaurant?
21        A.  Gaon Nuri.
22        Q.  Can you spell that for me, please.
23        A.  G-A-O-N N-U-R-I.
24        Q.  G-A-
25        A.  O-N.
```
16

A. H. SUNG

1
2   Q.   That's one word?
3   A.   Yeah.
4   Q.   And the next word is, N-U-R-I.
5   A.   Yeah.
6   Q.   And this is a Korean restaurant that
7   your wife owns?
8   A.   Yeah.
9   Q.   Where is this restaurant located?
10  A.   32nd Street, Broadway.
11  Q.   When did your wife start this
12  restaurant?
13  A.   2012.
14  Q.   Does she own it by herself or are there
15  other co-owners of the restaurant?
16  A.   Herself.
17  Q.   Excuse me?
18  A.   By herself.
19  Q.   By herself, okay.  How many employees
20  does this restaurant currently have?
21  A.   I don't remember that.
22  Q.   What is your involvement in the
23  restaurant?
24  A.   Just help for the menus and, you know.
25  Actually, I just go there and look, you know,

17

A. H. SUNG

1
2   Q.   32nd Street.
3   A.   Uh-huh.
4   Q.   What kind of work was she involved with
5   at the Silo Deli on 32nd Street?
6   A.   Like a manager.
7   Q.   Like a manager?
8   A.   Yeah.
9   Q.   Did you provide some training and
10  assistance to her in her responsibilities as a
11  manager at the Silo Cafe?
12  A.   We hired a manager in that store and
13  that was manager, you know, operates the store.
14  But she just went there, you know, just for -- as
15  an owner.
16  Q.   As an owner?
17  A.   Yeah.
18  Q.   During her time at the Silo Cafe, was
19  she involved in hiring employees, and tracking
20  their hours and setting their pay?
21  A.   Yeah, I think most of the kind of work
22  handled by the manager.  Of course, she
23  supervised, you know, how they doing.  So she
24  knows about that I believe.
25  Q.   So is she the sole manager at Gaon Nuri,

19

A. H. SUNG

1
2   things like that, as her husband, you know.
3   Q.   What's your wife's background in the
4   restaurant business?
5   A.   She don't experience any restaurant --
6   actually, she worked for Silo Cafe on 32nd
7   Street.  I sold another one.  Actually, she
8   worked -- she involving that deli business
9   located in 32nd Street.
10  Q.   Okay.
11  A.   And that is her background.  Actually,
12  she was nurse in Korea.
13  Q.   Okay.
14  A.   But when she moved to the United States,
15  she don't work until my son went to the college.
16  Q.   What year was that that your wife began
17  to work?
18  A.   I think it's about 2006.
19  Q.   2006?
20  A.   Yeah.
21  Q.   So in 2006, she became involved in the
22  Silo Cafe, the other Silo Cafe.
23  A.   Right.
24  Q.   That's located at --
25  A.   32nd.

18

A. H. SUNG

1
2   the Korean restaurant currently?
3   A.   No, we have manager there.
4   Q.   You have managers there?
5   A.   She has a manager there.
6   Q.   Oh, okay.
7   A.   Yeah.
8   Q.   How often would you say in a typical
9   week, if you could average, do you spend time
10  consulting with your wife regarding the business
11  at Gaon Nuri?
12  A.   It barely depends on maybe about I'd say
13  one day per week.
14  Q.   One day per week?
15  A.   Yeah, not whole hours even.  Just stop
16  by and I have dinner with my friend and look how
17  they, you know, doing and then just consulting
18  her on what was wrong, what was right, what was
19  good, you know, kind of.
20  Q.   When you say you go there and you look
21  around to see how things are doing --
22  A.   Yeah.
23  Q.   -- do you review any business records --
24  A.   No.
25  Q.   -- with your wife?

20

5 (Pages 17 to 20)

A. H. SUNG

1
2   A.   No, I didn't.
3   Q.   Do you ever discuss issues involving
4   payroll at the restaurant?
5   A.   No, payroll is handled by, I think it's
6   either manager or accountant, I believe, yeah.
7   Q.   Are you involved at all in decisions
8   regarding pay of the employees or the hours that
9   the employees of the restaurant work?
10   A.   That is handled by the manager.
11   Q.   At any time, perhaps at the beginning,
12   at the opening of the restaurant --
13   A.   No.
14   Q.   -- did you --
15   A.   I didn't.
16   Q.   Okay.  So you indicated that your wife
17   owns this Korean restaurant.  Does she own any
18   other --
19   A.   No.
20   Q.   -- restaurants?
21   A.   No.
22   Q.   Is she involved in any other businesses
23   besides --
24   A.   The Silo Cafe in 32nd Street.
25   Q.   Is she still involved --

21

A. H. SUNG

1
2   A.   Yeah, yeah.
3   Q.   -- at the Silo Cafe at 32nd Street?
4   A.   Yeah.
5   Q.   Who owns that Cafe at 32nd Street?
6   A.   Mine.
7   Q.   So you own that --
8   A.   Yeah.
9   Q.   -- cafe at 32nd Street?
10   A.   Yeah.
11   Q.   So when did you open the Silo Cafe at
12   32nd Street?
13   A.   2006.
14   Q.   What is your wife's position right now
15   at the Silo Cafe at 32nd Street?
16   A.   It's very hard to say the position, but
17   she just went there spending time, you know.
18   Q.   So could you describe to me a little bit
19   more about her involvement at the Silo Cafe at
20   32nd Street?
21   A.   I think just owner's wife.
22   Q.   Well, could you tell me a little bit
23   about what her work entails as an owner's wife?
24   A.   Because we have -- I have a manager in
25   Silo Cafe.

22

A. H. SUNG

1
2   Q.   Okay.
3   A.   Both locations I have manager.
4   Q.   Okay.
5   A.   But I think she just went there, you
6   know, for as supervising things, you know, and
7   just spending her time because otherwise, you
8   know, like that.
9   Q.   So when you say supervising, is she
10   supervising some of the employees at the Silo
11   Cafe at 32nd Street?
12   A.   No, just supervising for employees by
13   the manager.
14   Q.   So supervising the employees and the
15   manager; is that right?
16   A.   Yeah.
17   Q.   So far we have discussed your
18   involvement in the landscaping business, the book
19   business.
20   A.   Right.
21   Q.   The two Silo Cafe, 50 Food Corp. and the
22   Silo Cafe located at 32nd Street, and the Korean
23   restaurant on 32nd Street, that's owned by your
24   wife.
25   A.   Right.

23

A. H. SUNG

1
2   Q.   Besides those businesses, are you
3   involved in any other --
4   A.   No.
5   Q.   -- business that you may either own or
6   that you consult with?
7   A.   No.
8   Q.   Do you know what type of corporation 50
9   Food Corp. is?
10   A.   Just corporate -- I think it's just C
11   corporation, C corporation.
12   Q.   A C corporation?
13   A.   Yeah.
14   Q.   What year was it incorporated, 50 Food
15   Corp.?
16   A.   2008.
17   Q.   2008?
18   A.   Yeah.
19   Q.   So 50 Food Corp. was opened after the
20   Silo Cafe at 32nd Street?
21   A.   Yeah.
22   Q.   Did you incorporate the 50 Food Corp.
23   business?
24   A.   Uh-huh.
25   Q.   Was 50 Food Corp. always located at 805

24

6  (Pages 21 to 24)

A. H. SUNG

1  
2  Third Avenue?
3  　　A.　Yeah.
4  　　Q.　That's been the only location?
5  　　A.　Yeah.
6  　　Q.　Besides yourself, have there ever been
7  any other corporate officers of 50 Food Corp.?
8  　　A.　No.
9  　　Q.　The Silo Cafe at 32nd Street, I
10  understand that that business also goes by the
11  name Silo Cafe; is that right?
12  　　A.　Uh-huh.
13  　　Q.　What was the corporate entity name?
14  　　A.　Silo Cafe Corp.
15  　　Q.　Have there ever been any other corporate
16  owners of that business?
17  　　A.　No.
18  　　Q.　So you are the sole owner and the sole
19  shareholder --
20  　　A.　Yes.
21  　　Q.　-- of both the Silo Cafe at 805 Third
22  Avenue --
23  　　A.　That's correct.
24  　　Q.　-- and the Silo Cafe at 32nd Street?
25  　　A.　That's correct.

25

A. H. SUNG

1  　　Q.　Besides your wife, who you described
2  earlier as supervising at the Silo Cafe at 32nd
3  Street, are there any other family members or
4  business partners that have been involved --
5  　　A.　No.
6  　　Q.　-- in either one of the Silo Cafes?
7  　　A.　No.
8  　　Q.　The Silo Cafe that's located at 805
9  Third Avenue, is that property rented?
10  　　A.　Yeah.
11  　　Q.　Do you know when the lease was signed?
12  　　A.　I think it's 2007.
13  　　Q.　Did you sign the lease?
14  　　A.　Yeah.
15  　　Q.　Does 50 Food Corp. have a bookkeeper or
16  an accountant?
17  　　A.　We have accountant.
18  　　Q.　You have an accountant?
19  　　A.　Yes.
20  　　Q.　Who is the accountant?
21  　　A.　Sung Woo Hong.  S-U-N-G W-O-O, last name
22  Hong, H-O-N-G.
23  　　Q.　So I'm just going to repeat that.  The
24  first name is Sung, S-U-N-G.  Second name is Woo,

26

A. H. SUNG

1  W-O-O.  And the last name is Hong, H-O-N-G.
2  　　A.　That's correct.
3  　　Q.　Does this person have an office in New
4  York City?
5  　　A.　Yeah.  Actually, Queens.
6  　　Q.　In Queens?
7  　　A.　Uh-huh.
8  　　Q.　Is this person the bookkeeper of only 50
9  Food Corp. or does he also work as a bookkeeper
10  for any of the other businesses that your family
11  is involved in?
12  　　A.　He did all the businesses too.
13  　　Q.　Your other businesses as well, okay.
14  Has Mr. Hong been the bookkeeper --
15  　　A.　Not bookkeeper, it's accountant.
16  　　Q.　Oh, excuse me, accountant.  Has he been
17  the accountant of 50 Food Corp. since 50 Food
18  Corp. opened?
19  　　A.　Yeah.
20  　　Q.　Can you tell me a little bit about what
21  work you give Mr. Hong as the accountant?  Is he
22  in charge of your taxes or your payroll?  Can you
23  tell me a little bit about the work he does?
24  　　A.　He does all kind of accounting work,

27

A. H. SUNG

1  payroll, taxes, everything.
2  　　Q.　What kind of work does he do for your
3  payroll?
4  　　A.　He calculated the payroll taxes.
5  　　Q.　Excuse me?
6  　　A.　He calculated the payroll taxes.  He
7  reported the 941 every, you know, quarter
8  and he reported what the amount is, whatever.
9  Whatever accounting work, he does everything.
10  　　Q.　Does he do the taxes as well?
11  　　A.　Uh-huh.
12  　　Q.　So you indicated that Mr. Hong is
13  involved in determining what payroll taxes -- to
14  calculate the payroll taxes?
15  　　A.　Yes.
16  　　Q.　Is that right?
17  　　A.　Yes.
18  　　Q.　Who communicates with Mr. Hong?
19  　　A.　Me.
20  　　Q.　You communicate with him?
21  　　A.　I communicate with him, yeah.
22  　　Q.　How often do you speak with him
23  regarding the payroll or any other business that
24  he has regarding 50 Food Corp.?

28

7　(Pages 25 to 28)

A. H. SUNG

```
 1                    A. H. SUNG
 2       A.  Maybe about one to two times a month.
 3       Q.  When you speak with him one to two times
 4   a month, are you speaking with him on issues
 5   specifically regarding the payroll?
 6       A.  Sometimes payroll, sometimes question
 7   about, you know, taxes, whatever, corporation
 8   taxes, whatever, you know.  Tax questions I have,
 9   I call him.
10       Q.  So you're the only one who has
11   communications with Mr. Hong?
12       A.  Sometimes my manager call because when
13   he made the payroll, he have to know how much for
14   the taxes.  Because for my manager, he made the
15   payroll for every week.
16       Q.  The manager that you're referring to is
17   Minchul Kim.
18       A.  Yeah.
19       Q.  First name, M-I-N-C-H-U-L.  Last name,
20   K-I-M, correct?
21       A.  That's correct.
22       Q.  How many employees does 50 Food Corp.
23   right now have?
24       A.  I think it's about ten.  I don't know.
25   I don't remember exact number.
                                                29
```

A. H. SUNG

```
 1                    A. H. SUNG
 2       Q.  Ten employees?
 3       A.  Maybe ten, a little more.
 4       Q.  Around ten?
 5       A.  Yeah, around ten.
 6       Q.  Are most of these employees paid by
 7   check?
 8       A.  Most of them paid by cash.
 9       Q.  Most of them are paid by cash?
10       A.  Only about four people paid by check.  I
11   don't know. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13   ▓▓▓▓ They don't even have a bank account.
14       Q.  So I assume when you're speaking with
15   Mr. Hong regarding payroll taxes, you're only
16   speaking with him about payroll taxes for the
17   four individuals, estimated four individuals, who
18   are paid by check; is that right?
19       A.  About the payroll.
20       Q.  About the payroll?
21       A.  Yeah.
22       Q.  How many bank accounts does 50 Food
23   Corp. have?
24       A.  Just one.
25       Q.  What bank is your bank account located?
                                                30
```

A. H. SUNG

```
 1                    A. H. SUNG
 2       A.  Citibank.
 3       Q.  What individuals have authority to
 4   access that bank account?
 5       A.  Minchul and me.
 6       Q.  Minchul Kim, the manager, right?
 7       A.  Uh-huh.
 8       Q.  The equipment at 50 Food Corp. -- when I
 9   say equipment, I suppose I'm referring to the
10   buffet structure in the Cafe.
11       A.  You mean the cooking equipment?
12       Q.  The cooking equipment, that's correct.
13   The cooking equipment in the kitchen and also the
14   piece of furniture that's used for the buffet in
15   the cafe, is that all equipment that's owned by
16   50 Food Corp. or do you rent that equipment?
17       A.  Most of them is we owned.
18       Q.  Most of it you owned?
19       A.  Yeah.
20       Q.  What insurance policies, if any, does 50
21   Food Corp. have?
22       A.  We have a liability, business liability,
23   and Workers' Compensation and disability
24   insurance.
25       Q.  So I believe you testified earlier that
                                                31
```

A. H. SUNG

```
 1                    A. H. SUNG
 2   50 Food Corp. at 805 Third Avenue opened for
 3   business in 2008; is that right?
 4       A.  That's correct.
 5       Q.  Do you recall when in 2008, 50 Food
 6   Corp. was opened for business?
 7       A.  Business open is I think in August 2008,
 8   August.
 9       Q.  August 2008?
10       A.  I don't remember the exact date.
11       Q.  That's okay.
12       A.  But August in 2008.
13       Q.  When you first opened the doors in
14   August of 2008, do you recall how many employees
15   50 Food Corp. had?
16       A.  I think it's about ten.
17       Q.  About ten?
18       A.  Yeah, same.
19       Q.  Did those ten employees include a
20   manager, or were these just general employees who
21   helped with the cooking and the preparing of
22   food?
23       A.  I think it's not including manager.
24   With the manager about 11, 12, something.
25       Q.  Okay.
                                                32
```

8  (Pages 29 to 32)

A. H. SUNG

1
2     A.   But there's always changing, you know,
3     it's not fixed.
4     Q.   Did you hire a manager at the inception
5     of the business in --
6     A.   Yeah.
7     Q.   -- August 2008?
8     A.   Uh-huh.
9     Q.   Who was the manager you hired?
10    A.   I don't remember his name, but he just
11    worked for about six weeks or two months and then
12    he left the job.
13    Q.   Where did you find this individual?  Was
14    it a man?
15    A.   He is a man, yeah.
16    Q.   But you cannot remember his name?
17    A.   No.
18    Q.   Where did you find this manager or this
19    individual to work as a manager?
20    A.   I think someone was introduced to me
21    because when I hiring the manager.
22    Q.   So someone introduced you to this
23    person?
24    A.   Yeah because we got people who supplied
25    for the food to the Silo Cafe at 32nd Street.

33

A. H. SUNG

1
2     I'm talking about the salesmen of the vendor,
3     they know all the people.  So we asked him to
4     introduce some manager and several vendors says
5     person, introduce us, but for purpose of the
6     person for the interview and I pick one of them.
7     Q.   I actually think we might have the name
8     of a manager in your discovery responses.  Do you
9     recall looking up the name of the previous
10    manager and giving it to Mr. Varacalli?
11    A.   No, I don't even remember previous
12    manager's name.
13    Q.   Okay.  Let me take a look.  I think I
14    recall that, but I might be mistaken.  Let me
15    take a look.  Okay, I may be mistaken.  Is the
16    individual Mr. Wonmo Hwang?
17    A.   No --
18    Q.   He's the chef?
19    A.   He's the chef.  He is still working
20    there.
21    Q.   So do you recall who introduced you to
22    this manager?  You said it was a vendor --
23    A.   One of the vendors, yeah.
24    Q.   Okay, got it.  And the individual who
25    you had hired as a manager at the beginning in

34

A. H. SUNG

1
2     August of 2008, did that person appear to have
3     experience --
4     A.   Yeah.
5     Q.   -- managing a business?
6     A.   Yes.
7     Q.   Could you describe what instructions you
8     provided to this individual about, you know, how
9     you wanted the business to be run with regards to
10    the payroll?
11    A.   Payroll I just gave him total budget of
12    the payroll.
13    Q.   Okay.
14    A.   You can spend how much, you know.  That
15    I remember, but I don't remember the amount.
16    But, you know, he hired -- he interviewed all the
17    employees, you know, he decide how much he paying
18    at that point.
19    Q.   So the first person you hired was the
20    manager?
21    A.   Right.
22    Q.   And then he hired everyone else?
23    A.   No, he hired all the employee, but no
24    one is there what he hired.
25    Q.   I guess my question is when you started

35

A. H. SUNG

1
2     the business in August of 2008, did you hire the
3     first set of employees?
4     A.   No, no, no, he hired.
5     Q.   So the manager --
6     A.   I hired the manager.  He hired all the
7     employee.
8     Q.   Oh, okay.
9     A.   Yeah.
10    Q.   Was it very soon after you opened the
11    business that you hired the manager and he then
12    hired everyone else?
13    A.   Because I hired him about months before
14    the opening.
15    Q.   Got it.
16    A.   Yeah.
17    Q.   So you recall that he hired maybe like
18    the ten individuals after --
19    A.   That's correct.
20    Q.   -- you hired him?
21    A.   Correct.
22    Q.   Got it.  Besides advising him what the
23    total budget was, you know, for the business so
24    that he could prepare the payroll --
25    A.   Right, right.

36

A. H. SUNG

1
2    Q.   -- did you provide him with any other
3    instructions?
4    A.   Of course, as an owner, I have to give
5    him all the instructions how you can handle
6    business, how you can do the service, lot of
7    things.
8    Q.   Did you provide him any instructions
9    about, for example, what the hourly rate should
10   be for the workers?
11   A.   Yeah, yeah, I think so.  I remember
12   that.
13   Q.   So you told him this is -- X is the --
14   A.   But most of the --
15   Q.   Let me just finish my question before
16   you respond.
17   A.   Okay.
18   Q.   So you provided him with information
19   like this amount would be a good amount for the
20   hourly rate for the employees or this is the
21   amount that you should pay the employees?
22   A.   No, I didn't decide myself that.  That
23   is decided by the manager.  Whenever he
24   interviews some employee, he can check what his
25   experience and he decides how much he want to

37

A. H. SUNG

1
2    Q.   And he had experience as a manager?
3    A.   Right.
4    Q.   But do you recall reviewing with him,
5    okay, listen, the minimum wage in New York State
6    is this amount?
7    A.   Uh-huh.
8    Q.   So you did have a discussion with him --
9    A.   Yes.
10   Q.   -- about hourly rates?
11   A.   Maybe, yes, I think so.
12   Q.   Did you ever provide him with any
13   recommendation about how to track hours of
14   employees?
15   A.   Yeah, I think as a manager, of course,
16   he need to track for the hours.
17   Q.   Okay.
18   A.   For all the employee, he did it.
19   Q.   So I understand that this individual
20   whose name we don't know had, you know, some
21   experience in business and --
22   A.   Yes.
23   Q.   -- had a background in perhaps payroll
24   and hiring employees, and in general managing a
25   business; is that right?

39

A. H. SUNG

1
2    pay.  And then he bring all the report to me, I
3    say this is okay, you know, I just accept it.
4    Q.   So you approved of the rates?
5    A.   I approved, yes.  That's a right
6    description.
7    Q.   Did you provide him with any guidance of
8    what an industry standard hourly rate would be --
9    A.   Yeah.
10   Q.   -- for positions?
11   A.   Yeah, I told him what is minimum wage
12   and what you have to pay.  He knows all the rules
13   of the labor things because he's experienced
14   manager.
15   Q.   Okay.
16   A.   Actually, he knows better than me at
17   that point.  Because that 2008, I just starting
18   this kind of business.
19   Q.   Uh-huh.
20   A.   I don't know that much about the labor
21   law, but he knows everything what, you know, for
22   the rules.
23   Q.   So I understand that the manager knew a
24   lot of this information.
25   A.   Right.

38

A. H. SUNG

1
2    A.   That's right, yeah.
3    Q.   But I guess my question is as I'm asking
4    you to remember, you know, the time in August
5    2008, I know a lot of years have passed since
6    then, but I'm asking you to remember, you know,
7    in your initial conversations with this manager,
8    what, if any, conversations you had about, you
9    know, what is best practice for him.  You, as the
10   owner, telling him, you know, what he should do
11   with respect --
12   A.   Yeah.
13   Q.   -- of tracking hours.  Can you tell me
14   about that?
15   A.   Yeah, he -- I told him -- of course, I
16   think I told him he need to track all the time
17   record.
18   Q.   Okay.
19   A.   But, you know, and then how much hours
20   they worked for the week, you know.
21   Q.   Okay.
22   A.   And you have to keep the record for
23   that.  So I think he did it.
24   Q.   Did you ever provide him with or
25   recommend that he use a particular document to

40

10  (Pages 37 to 40)

A. H. SUNG

1    track those hours?
2    A.    He -- we made kind of form that is
3    inside form in record for each employee how many
4    hours per week and how much -- we have that one.
5    I think we still have that one.
6    Q.    Are you referring to the document that's
7    entitled payment report?
8    A.    Yeah.
9    Q.    When you say we created it, is that a
10   document that you created and instructed him to
11   use at the business?
12   A.    I think he created and I saw that, and
13   that's I approved to using that.
14   Q.    Okay.
15   A.    For the inside record.
16   Q.    So what you're telling me --
17   A.    Yeah.
18   Q.    -- is that this manager created that
19   document?
20   A.    Yeah.
21   Q.    And he showed it to you and you said
22   okay, yes --
23   A.    Yeah.
24   Q.    -- I approve of this. This is a good

41

A. H. SUNG

1    way to track the hours?
2    A.    Right.
3    Q.    So you indicated that this manager whose
4    name you didn't know, you were recommended -- he
5    was recommended to you by a vendor?
6    A.    Uh-huh.
7    Q.    Is that right?
8    A.    Yes.
9    Q.    Could you think of anybody who might be
10   able to, you know, recall that individual's name?
11   A.    I don't think so. It's almost ten years
12   ago now.
13   Q.    When you hired him, did you have him
14   fill out any forms? Did he give you his ID for
15   tax purposes? Did you take any of that
16   information since he was an employee of the
17   business?
18   A.    I don't remember that.
19   Q.    Do you have the habit of keeping
20   employment records of your employees at 50 Food
21   Corp. and of the other businesses that you've
22   been involved with over the years?
23   A.    Yeah, sometimes I just go there check
24   what we have it, you know.

42

A. H. SUNG

1    Q.    In your experience, not just in your
2    involvement in 50 Food Corp., in your business
3    experience, when you hire an individual to work
4    for your business, is there any type of
5    identifying documents that you ask the individual
6    to show you?
7    A.    That is handled by the manager. I don't
8    involve that.
9    Q.    Do you recall when you hired this
10   particular manager, whose name we don't remember,
11   whether you went through the typical procedures
12   of asking him for his ID, filling out paperwork
13   where you would write out his name and his
14   address?
15   A.    I don't remember.
16   Q.    You don't remember. Do you think that
17   you do not have any documents accessible right
18   now --
19   A.    About him?
20   Q.    -- about him?
21   A.    I don't remember that.
22   Q.    Would there be a particular place where
23   you might keep records where it might contain his
24   name and his information?

43

A. H. SUNG

1    A.    I don't think so. We don't keep the
2    record for that long.
3    Q.    You don't think there's anybody who you
4    could inquire with about this particular
5    individual's name?
6    A.    No. Maybe she just went back to Korea,
7    I don't know.
8    Q.    Is the manager that we're referring to a
9    man or a woman?
10   A.    A man.
11   Q.    Was your wife involved with 50 Food
12   Corp. at this time?
13   A.    No.
14   Q.    You indicated earlier that there's a
15   chef at 50 Food Corp.?
16   A.    Uh-huh.
17   Q.    What is the chef's name again?
18   A.    Hwang, H-W-A-N-G, that's last name.
19   W-O-N-M-O.
20   Q.    Wonmo?
21   A.    Wonmo Hwang.
22   Q.    Wonmo Hwang is the chef at 50 Food
23   Corp.?
24   A.    Yeah.

44

11 (Pages 41 to 44)

A. H. SUNG

1
2    Q.   He's been with the business for a very
3    long time?
4         A.   Since the beginning until now.
5         Q.   Is it possible that he could recall the
6    name of the manager?
7         A.   I don't think he would remember.
8         Q.   Do you think he wouldn't remember
9    because you've spoken to him about it?
10        A.   I don't know.
11        Q.   Did you speak with him about -- have you
12   recently spoken to the chef --
13        A.   No.
14        Q.   -- about the manager --
15        A.   No, no.
16        Q.   -- what his name is?
17        A.   I don't know.  I didn't remember.  I
18   didn't even ask.
19        Q.   I guess my question is, you know, we had
20   submitted to you, through your attorney,
21   Mr. Varacalli, a list of questions.  One of the
22   questions touches on the identity of this
23   particular manager.
24             And my question to you right now is that
25   in preparing your responses to these questions,

45

A. H. SUNG

1
2    -- I don't remember exact time, but less than
3    four weeks.
4         Q.   You indicated earlier that this
5    particular manager, the first manager, created a
6    document --
7         A.   Yes.
8         Q.   -- that you approved?
9         A.   That's right.
10        Q.   And you said that the document includes
11   the amount of hours that the employees work?
12        A.   Uh-huh.
13        Q.   Are we referring to the document called
14   payment report that had been produced --
15        A.   Yeah, I think so.
16        Q.   -- in this litigation?
17        A.   It's Excel form.
18        Q.   So I'm going to show you a couple of
19   documents and I would like you to confirm what
20   document you're referring to.
21        A.   Sure, okay.
22             MS. BARBOSA:   So we can mark this as
23   Plaintiff's Exhibit 1.
24             (Whereupon, a document marked D001388
25   was marked Plaintiff's Exhibit 1 for

47

A. H. SUNG

1
2    did you, you know, speak to individuals like the
3    chef who, you know, may have worked with this
4    manager to help you remember the name of this
5    manager in order to respond?
6         A.   I can ask him when I back to the store.
7         Q.   But did you ask him --
8         A.   No.
9         Q.   -- recently?
10        A.   I didn't.
11        Q.   Got it.  So you can ask this chef?
12        A.   Yeah, I can ask.
13        Q.   Okay, very good.  And it's your
14   testimony that you do not have any documents
15   which would include the name of this particular
16   individual?
17        A.   No because he just worked for about six
18   weeks.
19        Q.   Okay, okay.
20        A.   You know.  Not even six weeks.  Maybe
21   about -- because once he left work.
22        Q.   Okay.
23        A.   Because I do my -- I work as a manager
24   myself until Minchul came.  So I worked as a
25   manager about month.  I think he worked less than

46

A. H. SUNG

1
2    identification, as of this date.)
3         Q.   Okay, Mr. Sung, I'm going to ask you to
4    take a look at this packet here that's been
5    marked as Plaintiff's Exhibit 1.  The first page
6    is also identified as D001388.  Would you agree
7    that this document appears to be some type of
8    spreadsheet, or at least a chart, including
9    employee names, their wages and the amount of
10   hours worked per week?
11        A.   Yeah.
12        Q.   Is this the document that you were
13   referring to that the first manager, whose name
14   we cannot remember, created and that you approved
15   of?
16        A.   Yeah, this is document.
17        Q.   This is the document?
18        A.   He made the form, this one I remember.
19        Q.   This particular document looks like it's
20   an electronic format, does not look like a
21   handwritten document; would you agree?
22        A.   Yes.
23        Q.   So do you recall him showing you this
24   version of this document in its electronic
25   format?  Like did he print this out for you --

48

12   (Pages 45 to 48)

A. H. SUNG

1
2   A.   Uh-huh.
3   Q.   Okay.  Was it your understanding that
4   this manager created this document for each week
5   of work for the employees at 50 Food Corp.?
6   A.   Yeah, I think so.
7   Q.   Okay.
8   A.   Yeah, I didn't check every single week,
9   but, you know, I think so.
10   Q.   Were these documents that were created
11   on a weekly basis, were they saved electronically
12   in the computer?
13   A.   Yes.
14   Q.   Do you know if these documents were also
15   saved in paper format?
16   A.   No.
17   Q.   Perhaps in a --
18   A.   No, just in the computer.
19   Q.   Just in the computer?
20   A.   Yeah.
21   Q.   Do you recall whether this manager also
22   created any other documents that he used during
23   his short period at 50 Food Corp.?
24   A.   Just for this I think.
25   Q.   Just this particular document?

49

A. H. SUNG

1
2   A.   Yeah.
3   Q.   So you only recall reviewing and
4   approving this one document?
5   A.   Yeah.
6   Q.   So the manager, the first manager again,
7   whose name we don't remember, you stated that he
8   only worked for about six weeks?
9   A.   I don't exactly remember.
10   Q.   Okay.  So six weeks give or take; is
11   that fair to say?
12   A.   I think it's much less than six weeks.
13   Q.   So can you tell me what happened?  Why
14   did he leave?
15   A.   First of all, I'm not satisfying his job
16   myself.
17   Q.   Okay.
18   A.   Actually, I fire him.  He made a lot of
19   mistake for, you know, at the beginning.
20   Q.   What types of mistakes did he make?
21   A.   You know, because he got orders from,
22   you know, the customers and he forgot, didn't
23   deliver it and we got complaint about that.
24   Q.   Okay.
25   A.   It's not one time, maybe several times

50

A. H. SUNG

1
2   like that.  So I cannot keep him as a manager
3   anymore longer, so.
4   Q.   Besides forgetting orders and customer
5   complaints, were there any other problems that
6   you had with this manager?
7   A.   No, that's the main reason.
8   Q.   Were there any other reasons?
9   A.   No, that was the main reason.
10   Q.   That was the main reason?
11   A.   Yeah.
12   Q.   And you said that you fired him?
13   A.   Yeah.
14   Q.   If 50 Food Corp. started in about August
15   2008, and we think, give or take, this manager
16   worked maybe six weeks, when do you think you
17   fired him?  Would it have been in September?
18   A.   Probably September.
19   Q.   Probably around September?
20   A.   Yeah.
21   Q.   So after he was fired, who took over --
22   A.   I took over.
23   Q.   -- the position of manager?
24   A.   Myself.
25   Q.   You took over yourself?

51

A. H. SUNG

1
2   A.   Yeah.
3   Q.   How long were you the only person
4   managing --
5   A.   I think --
6   Q.   -- the business?
7   A.   About month.
8   Q.   Excuse me?
9   A.   Just about month.
10   Q.   Just about months?
11   A.   One month.
12   Q.   One month?
13   A.   Yeah.
14   Q.   During that one month where there is no
15   other manager and you took over the managerial
16   responsibilities, I assume you were involved in
17   tracking employees' hours?
18   A.   Yes.
19   Q.   Do you recall if during that time you
20   hired any new employees --
21   A.   No.
22   Q.   -- yourself?
23   A.   No.
24   Q.   Do you recall during that period whether
25   you fired --

52

13  (Pages 49 to 52)

A. H. SUNG

```
 1                    A. H. SUNG
 2      A.   No.
 3      Q.   -- any employees?
 4      A.   No.
 5      Q.   During that time, did you track
 6   employees' hours on this document, on the first
 7   page of Plaintiff's Exhibit 1, that you
 8   identified as --
 9      A.   Yeah, I think I used the same form even
10   when I worked there about four weeks.  I used the
11   same form for this.
12      Q.   So you would track when employees
13   started --
14      A.   Actually, you know, our business hour is
15   a fixed hour.
16      Q.   Okay.
17      A.   Always six o'clock open and four o'clock
18   close.  So every week, these guys work the same
19   hour.
20      Q.   Okay.
21      A.   So that's why we get most of guys,
22   unless they absent one day or two, they always
23   receive same amount of the money.
24      Q.   Okay.
25      A.   Because they always work in same hours,
                                            53
```

A. H. SUNG

```
 1                    A. H. SUNG
 2      Q.   Okay.
 3      A.   But if they absent one day, whole day,
 4   we take out those one-day wages.
 5      Q.   How would you calculate what one day of
 6   wages would be?
 7      A.   We go by the -- when we hired, we gave
 8   him how much per hour how much for time.  We
 9   calculate like that.
10      Q.   Okay.
11      A.   So we just take out seven, nine hours,
12   they work for 6:00 to 4:00, okay, 9.30 hours.  So
13   just take nine and a half hours per day.
14      Q.   Okay.
15      A.   If they absent, you know, absent.
16      Q.   So I'm just going to return to the
17   period in 2008, when you were working as the
18   manager of 50 Food Corp.  So were you the only
19   individual who was supervising the work of the
20   employees during that period?
21      A.   Just one month, yeah.
22      Q.   During, yes.
23      A.   Yeah, just one month.
24      Q.   Eventually, you hired a manager; is that
25   right?
                                            55
```

A. H. SUNG

```
 1   6:00 to 4:00.
 2      Q.   Okay.
 3      A.   And minus 30 minutes for lunch breaks.
 4   So it's always same.
 5      Q.   But I assume during that month while you
 6   were the manager, if any individual worked
 7   perhaps less than the set schedule --
 8      A.   Even though --
 9      Q.   Let me just finish the question so we
10   can have a clear record.  I'm sorry to interrupt
11   you.  So my question is during that month that
12   you were acting as the sole manager of 50 Food
13   Corp. would it be fair to say that if any
14   individual worked less than that the set
15   schedule, that you would have modified the
16   document that we referred to as Plaintiff's
17   Exhibit 1?
18      A.   That I don't remember unless I take a
19   look whole thing because that is ten years back.
20      Q.   Sure.
21      A.   But usually, what we did is if employee
22   arrive the job late or at ten, thirty, one hours,
23   we didn't even take out those hour because we
24   always gave him the same amount of money.
25                                            54
```

A. H. SUNG

```
 1                    A. H. SUNG
 2      A.   Yeah, that time when I fired first
 3   employee -- first manager.
 4      Q.   Yes?
 5      A.   I already interview for the Minchul as a
 6   second manager.
 7      Q.   Okay.
 8      A.   But reason he work -- start work one
 9   month late because he has plan to wedding.
10      Q.   Okay.
11      A.   So he cannot work start work right away.
12      Q.   Okay.
13      A.   So after the wedding and then went back
14   from the honeymoon, he start job as a manager.
15      Q.   Got it.  Did you interview any other
16   potential managers besides Minchul Kim?
17      A.   No, only Minchul.  Because Minchul is my
18   church member.  I know him long time at the
19   church.  So that's why I --
20      Q.   So you met Mr. Kim through church?
21      A.   Yes.
22      Q.   What was your understanding of what
23   Mr. Kim's business background was that would make
24   him --
25      A.   Because I heard about him a lot of good
                                            56
```

14  (Pages 53 to 56)

A. H. SUNG

1
2  stories about him at the church.  He was -- I
3  think he worked as a worker at the sandwich shop.
4      Q.   Okay.
5      A.   The name is Lanes (phonetic) Sandwich
6  Shop.  And then people around me, yeah, recommend
7  him in church, he's a good manager, so.
8      Q.   So when Mr. Kim started as a manager at
9  50 Food Corp., I suppose it would be okay to
10 estimate that he began more or less in September
11 of 2008, October 2008?
12     A.   I think it's early October 2008.
13     Q.   Oh, early October of 2008.
14     A.   Yeah, yeah.
15     Q.   Could you tell me a little bit about in
16 those first few days, what type of training you
17 provided him about how to manage the 50 Food
18 Corp. business?
19     A.   I remember I show him just kind of all
20 form, what you need record and how much you need
21 pay by hour, how much, you know, kind of just
22 basic, you know, bookkeeping things, you know.
23     Q.   Did you show him any particular document
24 to use?
25     A.   Yeah, I showed him this form.

57

A. H. SUNG

1
2      Q.   You showed him the document that we've
3  identified as Plaintiff's Exhibit 1, the first
4  page?
5      A.   Yeah.
6      Q.   Did you show him any other documents or
7  encouraged him to use any other documents in
8  managing the business?
9      A.   We got the sales record.  This is the
10 payroll record.
11     Q.   Yes.
12     A.   We have a sales record and we have the
13 vendor, the food vendor record, purchasing
14 record.
15     Q.   Okay.  So you showed him some records
16 related to the vendors --
17     A.   Three.
18     Q.   -- the sales?
19     A.   Yeah.
20     Q.   Got it.  Can you tell me what other
21 instruction or training you provided to him about
22 regarding how to be a manager, how to supervise
23 employees?  Do you recall giving him advice --
24     A.   Of course I did --
25     Q.   Do you recall giving him advice about

58

A. H. SUNG

1
2  that, you know, during the first few weeks?
3      A.   Yes.
4      Q.   What types of conversations did you have
5  with him about this subject?
6      A.   Just basic things how he can operate the
7  business.
8      Q.   Like what?
9      A.   Like how he can handle the customer.
10     Q.   Okay.
11     A.   How you can handle the employee.
12     Q.   Okay.
13     A.   You know, that kind of thing.  And then
14 how you can control the food quality.  That's
15 basically most important things in the business.
16     Q.   Did you instruct him on, you know, how
17 to operate the payroll?
18     A.   Yeah.
19     Q.   At this time, was the accountant
20 involved in assisting with payroll?
21     A.   Yes.
22     Q.   So what was Minchul Kim's involvement in
23 payroll at this time?
24     A.   He calculate, you know -- our payroll
25 day is Wednesday and Friday.  Some employee got

59

A. H. SUNG

1
2  payroll Friday, some employee payroll by the
3  Wednesday.
4      Q.   Okay.
5      A.   So he, you know, counting the money
6  because most of guy, we pay by cash.
7      Q.   Okay.
8      A.   He have to calculate, you know, counting
9  the money.
10     Q.   Okay.
11     A.   And then put in envelope and then he
12 paying, and then he keep the record for how much
13 for the regular hours, how much of overtime and
14 he sign it every week.
15     Q.   Okay.
16     A.   And he gave to the payroll.  And that's
17 what he did.
18     Q.   After Mr. Kim would calculate -- and I
19 assume he would use the document that we
20 identified as Plaintiff's Exhibit 1 to determine,
21 you know, what each individual's hourly rate was,
22 right?
23     A.   Because this is very simple than other
24 restaurant business.  Because this week, just
25 most employee got almost same hours every week,

60

15 (Pages 57 to 60)

A. H. SUNG

1  you know. So he pays one day absent or half day
2  absent, we gave him all, you know -- just for
3  every 40 hours plus seven point half hours, most
4  weeks it's the same amount of hours they worked.
5     Q. Okay, got it. I guess my question is
6  when Mr. Kim was, you know, calculating how much
7  each employee should receive for that week, I
8  assume he consulted this document that we've
9  identified as Plaintiff's Exhibit 1. And then
10  what, if any, communication did he have with the
11  accountant who you say was also involved in
12  payroll?
13     A. Accountant, actually, he only calculate
14  for employee paying by the check.
15     Q. Oh, okay.
16     A. Who paid the taxes.
17     Q. Okay.
18     A. So even I got the payroll from 50 Food
19  Corp. for myself. So Minchul and one more, about
20  four employees, got the check paid. ~~When you~~
21  ~~know, employee then, three individuals because~~
22  ~~We didn't pay by check, don't they could also~~
23  ~~acquire the cash because they don't have their~~
24  ~~bank account.~~ We have to pay the cash.

61

---

A. H. SUNG

1     A. Yeah.
2     Q. So it sounds like perhaps this
3  accountant was not really involved in the weekly
4  payroll; is that correct?
5     A. No.
6     Q. He was just involved in knowing how
7  much --
8     A. He --
9     Q. Let me just finish my question so we
10  could have a clear record. So is it correct to
11  say that this accountant was not involved in
12  preparing the weekly payroll even for the
13  individuals who were paid by check? He wasn't
14  involved in cutting the checks? He wasn't
15  involved in calculating --
16     A. No, the payroll, we made the payroll
17  ourselves.
18     Q. Got it.
19     A. Minchul made the --
20     Q. Okay.
21     A. Because he knows how much tax we have to
22  cut it out. So he only did quarterly tax report
23  to the government IRS and state for, you know,
24  payroll taxes.

63

---

A. H. SUNG

1     So we only report our accountant to once
2  a year when we do the corporate tax return so we
3  paid this amount of money as a cash pay for the
4  employee for the payroll.
5     Q. So if I understand correctly, it sounds
6  like the accountant would only be in charge of
7  cutting the checks for the few individuals,
8  perhaps around four --
9     A. Right.
10     Q. -- who were paid by check?
11     A. Yeah, but once a year, he knows how much
12  payroll we pay.
13     Q. Payroll taxes you paid?
14     A. No, no, no. How much -- because we have
15  -- the payroll is expense of the company, right?
16  So he have to know about how much cash payroll we
17  maded. (sic)
18     Q. Got it.
19     A. So we report to our accountant to that
20  amount.
21     Q. Who would cut the checks for the
22  individual who were paid by check?
23     A. Minchul.
24     Q. Minchul?

62

---

A. H. SUNG

1     Q. So the accountant was only responsible
2  for reporting the quarterly taxes?
3     A. That's correct.
4     Q. So Minchul Kim was in charge of
5  calculating how much money --
6     A. No, he didn't even calculate because he
7  -- we know how much every week we have to cut it
8  because at the beginning of the year, that's
9  accountant tell us how much for taxes we had for
10  the manager then chef and other one.
11     Q. Can you explain that to me? You're
12  telling me the accountant told you how much what?
13     A. How much with the tax we have to deduct.
14     Q. Oh, okay. So at the beginning of the
15  year he would tell you for the individuals who
16  are paid by check, here's the amount that you
17  need to withhold from their weekly salary?
18     A. That's correct.
19     Q. Did Minchul Kim ever keep records of,
20  you know, the amount that was withheld for the
21  individuals who were paid by check?
22     A. No, because he only have this one. But
23  accountant knows about how much the tax that
24  needs to be deducted.

64

16 (Pages 61 to 64)

A. H. SUNG

1
2    Q.  I guess my question is are there any
3    documents that show the weekly amounts that were
4    withheld for the individuals who were paid by the
5    books?
6    A.  Accountant Mr. Hong has it.
7    Q.  Mr. Hong has it, okay.  During Mr. Kim's
8    first few weeks or perhaps first few months of
9    the business, were you more involved in the
10   business than you are now -- or let me withdraw
11   that question.
12        Could you describe to me, let's say, the
13   first three months that Mr. Kim was the manager
14   at Silo Cafe, can you tell me a little bit about
15   what your involvement was at Silo Cafe?
16   A.  I think I busy more than now at that
17   point, you know, but I don't go there every day.
18   Q.  Okay.
19   A.  Maybe I go there about at that point
20   maybe once a week or twice a week, you know.  It
21   would depend on I guess.
22   Q.  So when Mr. Kim was hired to run the
23   business to be your manager, you would only visit
24   the 805 Third Avenue location only once or twice
25   a week?

65

A. H. SUNG

1
2    A.  Uh-huh.
3    Q.  Can you tell me a little bit about the
4    purpose of your visits and what you did in those
5    visits?  And again, we're talking about the first
6    few months after Mr. Kim was hired.
7    A.  I just watching how they doing, if
8    they're doing good, if something wrong.  I most
9    check that.
10   Q.  When you say you were watching, were you
11   actually watching the employees work --
12   A.  Yeah, yeah.
13   Q.  -- and the business being conducted?
14   A.  How they handled the customers and that
15   kind of thing.
16   Q.  Did you also review any records?
17   A.  Yeah, yes.
18   Q.  What types of records did you review?
19   A.  How much they paid the payroll, total
20   amount of payroll, how much he using, what was
21   the sales amount, kind of things.  Of course I
22   look at it.
23   Q.  When you say payroll document, are you
24   referring to this document? (Indicating)
25   A.  Yeah.

66

A. H. SUNG

1
2    Q.  Do you recall reviewing any other type
3    of document referring to --
4    A.  No.
5    Q.  -- payroll or hours worked?
6    A.  No.
7    Q.  Of any employees?
8    A.  Just this.
9    Q.  Do you know if at that time, again,
10   we're just speaking about, you know, maybe first
11   two or three months when Mr. Minchul Kim started
12   as the manager, do you recall seeing that he was
13   using any other type of document either to track
14   the employees' hours or to document the pay that
15   employees received on a weekly basis?
16   A.  I don't remember.
17   Q.  So right now it would be correct to say
18   that you only recall perhaps reviewing just this
19   one document?
20   A.  Actually, I just look at the total
21   amount.  I don't even look at this part.
22   Important thing is how much he using for the
23   payroll.
24   Q.  Sounds like you were most concerned to
25   know --

67

A. H. SUNG

1
2    A.  Total amount.
3    Q.  You were most concerned about the
4    payroll amount --
5    A.  Yeah.
6    Q.  -- the total amount on a weekly basis?
7    A.  That's correct.
8    Q.  To clarify my specific question, in the
9    first few months of Mr. Kim's employment, you
10   recall just reviewing this one document?
11   A.  Yes.
12   Q.  So no other employment records that you
13   recall reviewing?
14   A.  No.
15   Q.  So did there come a time that you
16   started visiting the business less after the
17   first few months of Mr. Kim's employment?
18   A.  What's mean?
19   Q.  So I think you testified earlier that
20   you maybe would visit the business more in that
21   time when Mr. Kim was first hired then perhaps
22   you visit now?
23   A.  Uh-huh.
24   Q.  When did that change?  When did you
25   become -- when did you start visiting less, the

68

A. H. SUNG

1  business?
2
3      A.  Okay.  So maybe I visit few than the
4  beginning, you know.  Sometimes when I have -- I
5  go -- sometimes I go every day.  Sometimes I
6  didn't even go one month, you know.
7      Q.  Yes.
8      A.  So like that.
9      Q.  So I understand that maybe your visits
10 are sporadic --
11     A.  That's correct.
12     Q.  -- when I say sporadic, I mean that
13 there's not a set visiting schedule --
14     A.  No.
15     Q.  -- you weren't there every day?
16     A.  There's no fixed schedule.
17     Q.  Why don't you tell me a little bit about
18 your communications with Mr. Kim.  You know, how
19 often -- you may not visit the store, but how
20 often would you say you communicate with Mr. Kim
21 in general about 50 Food Corp., how it's doing?
22 I assume as the owner you have an interest in
23 this; is that right?
24     A.  At least once a week.
25     Q.  Once a week.  And if you don't visit the

69

A. H. SUNG

1
2  store in person, are you speaking with Mr. Kim
3  over the phone?
4      A.  Over the phone.
5      Q.  Can you tell me a little bit about, you
6  know, the most important things that you want to
7  speak with Mr. Kim about when you speak with him
8  once a week?
9      A.  Uh-huh.
10     Q.  What do you speak about?
11     A.  How's the sales, everything is okay kind
12 of thing, very simple.
13     Q.  Can you recall ever discussing with
14 Mr. Kim maybe pay rates, maybe if he wanted to
15 give somebody a raise?
16     A.  Yeah, sometimes he call me --
17     Q.  Yes.
18     A.  -- he want to raise somebody --
19     Q.  Yes.
20     A.  -- to, you know, 50 cents per hour and
21 then he need to approve with me.  So I approve
22 it.
23     Q.  Okay.
24     A.  That is he always call me when he raise
25 the payroll.

70

A. H. SUNG

1
2      Q.  So both you and Mr. Kim had an
3  understanding that you would need to approve any
4  raises that were provided to employees; is that
5  right?
6      A.  Yeah.
7      Q.  Did Mr. Kim understand that you needed
8  to approve any raises in pay rates because you
9  had told him at the outset that --
10     A.  Yeah, he needed my approval for the
11 payroll raise.
12     Q.  What other types of things would he need
13 your approval for?
14     A.  When he firing and hiring.
15     Q.  Okay.
16     A.  He need another guy, he call me he need
17 -- he wants hire another extra person and it's
18 okay or not.  So he need my approval for that.
19     Q.  Okay.
20     A.  So sometimes he want to fire the people,
21 he asked me, you know, and we discuss about that
22 too, yeah.
23     Q.  How often do you recall maybe having
24 discussions about either hiring or firing or pay
25 raises?

71

A. H. SUNG

1
2      A.  Maybe about two, three times a year.
3      Q.  Okay.
4      A.  Less, yeah, it's all depending.
5      Q.  You probably know this, but we deposed
6  Mr. Kim last week.
7      A.  Yeah.
8      Q.  During his deposition, he recounted some
9  struggles that he had as a manager in managing
10 employees.
11     A.  Yes.  I heard that a lot of times.
12     Q.  Do you recall having conversations with
13 Mr. Kim about the challenges he had as a manager
14 in supervising employees?
15     A.  Always when I'm have a meeting with him.
16     Q.  Yes?
17     A.  When I visit the store, I always told
18 him because I heard about he has a skill as a
19 manager from other people's that, you know -- but
20 he's better on his people, but he's not really
21 strong for handle the people, the workers.
22     Q.  Yes.
23     A.  So I always give him some consult how he
24 can handle the peoples, your employee.
25     Q.  So you would give him some advice --

72

18  (Pages 69 to 72)

A. H. SUNG

1
2      A.   Yeah.
3      Q.   -- as to how to handle the employees?
4      A.   Yeah.
5      Q.   Can you think of any particular instance
6  or any particular type of interaction?
7      A.   Just one guy, like especially the Felix,
8  his attitude is so bad.
9      Q.   Let me just stop you for one second.
10 Are you referring to Plaintiff Felix Galindo?
11     A.   He worked from the beginning until now.
12 But his attitude, he not listen the manager's
13 order.  His attitude to customer is very bad.
14     Q.   Okay.
15     A.   And happened last week -- I think it's
16 about two weeks ago when I visit, he used the
17 cell phone on front of the customer and then
18 making sandwich.  So I ask him, I ask Minchul, he
19 is always doing like that, and he say yes.  So
20 why you don't stop him to not using the hand
21 phone in front of customer?
22     Q.   Yes.
23     A.   But he cannot control him.
24     Q.   Okay.
25     A.   So there's a lot of problem there.

73

A. H. SUNG

1
2  sandwiches, I think you said -- I think you
3  testified that that's something that happened
4  recently that you observed; is that right?
5      A.   Yeah, but I ask him, he already did it,
6  he did it --
7      Q.   Oh, okay.
8      A.   He said he always do that.
9      Q.   Did you provide any advice or guidance
10 to Mr. Kim about how to deal with this problem?
11     A.   Yes, I did.  If he did it one more time,
12 prepare the warning paper, the warning notice and
13 then get the signed from Felix.
14     Q.   Okay.
15     A.   And if he did one more time, just fire
16 him.
17     Q.   Were there any -- did you say to
18 Mr. Kim, oh, look, here's an example of a warning
19 notice or this is what a warning notice should
20 look like?
21     A.   Yeah, I told him you can find it in the
22 Google.
23     Q.   Got it.  Besides phone conversations
24 with Mr. Kim and your visits to 805 Third Avenue
25 where you would review paperwork, would you

75

A. H. SUNG

1
2      Q.   So in that particular incident that you
3  just described involving the plaintiff,
4  Mr. Galindo, using his cell phone while
5  working --
6      A.   Not only that.  Especially Mr. Felix --
7  because he work -- he start work actually Silo
8  Cafe 32nd Street, you know.  And then he did a
9  lot of bad things there.  That's I moved him to
10 the Silo 2, the 50 Street.
11     Because when Felix worked at the Silo
12 32nd, one girl went to the bathroom and Felix
13 went to the boiler room that is like next door of
14 the bathroom.  He punched a hole through the wall
15 and he watching.
16     Q.   Okay.
17     A.   You know.  And then we, next day, I move
18 him to the 50 Street because this girl doesn't
19 want to work with him.
20     Q.   Okay.
21     A.   You know.  So he -- but that kind of
22 work, he's very uncontrollable employee for
23 Minchul.  So that's it.
24     Q.   So this incident that you described with
25 Mr. Galindo using the phone while he was making

74

A. H. SUNG

1
2  interact with anyone else either in person or
3  over the phone related to the business at 50 Food
4  Corp.?  I suppose I'm thinking of maybe the chef
5  or any of the employees.
6      A.   Yeah, I always have meeting with the
7  chef.
8      Q.   Okay.
9      A.   You know, I check the food quality
10 always, you know, whenever I visit there.
11     Q.   Okay.
12     A.   I must tell them what you need to
13 improve, what you need to fix it, you know.
14     Q.   During your visits to the cafe, would
15 you interact at all with any of the employees?
16     A.   I just watching during the business hour
17 and then my most concern is how they handle the
18 customer.
19     Q.   Okay.
20     A.   You know and then how they make the
21 food.
22     Q.   How would you determine how they were
23 interacting with customers and how they did the
24 food?
25     A.   For the customer service --

76

19  (Pages 73 to 76)

A. H. SUNG

1
2    Q.  Okay.
3    A.  -- I just check they smiling in front of
4 the customer or how they reacting for the
5 customer questions kind of things.  And sometimes
6 the Felix has fighting -- fight with the employee
7 next with him front of customer.  So I even
8 called the police.  So those two guys went to the
9 police with the manager, but in that point,
10 police say if we report it, the Felix can be
11 arrested.
12    Q.  Okay.
13    A.  So manager call me do I need the report?
14 So I said don't do it because I don't want the
15 Felix arrested.
16    Q.  I'm sorry, you don't want Felix what?
17    A.  Arrested.
18    Q.  You did not want Felix arrested?
19    A.  Yeah.
20    Q.  Why didn't you want Felix arrested?
21    A.  Because I don't want.  Because it can
22 happen.  But we got warning paper for him for
23 both those cases.  So he got first notice
24 already.
25    Q.  When did he receive his first warning

77

A. H. SUNG

1 notice?
2    A.  That's about, I believe it's about three
3 months ago.  Not quite long ago.
4    Q.  Okay.
5    A.  He had grabbed the knife when he
6 fighting with the other employee front of
7 customer.  That's why I ask him to call the
8 police.
9    Q.  When you say -- You advised Minchul Kim
10 to call the police?
11    A.  Yes.
12    Q.  Were you there during that time?
13    A.  No, he called me.
14    Q.  So besides the incident that you just
15 described with Mr. Galindo and the knife, were
16 there any -- you know, during your years visiting
17 50 Food Corp. and observing how the employees
18 would interact with customers, can you recall
19 other instances where you were not happy with a
20 particular employee --
21    A.  No.
22    Q.  -- and how they were interacting with
23 customers?
24    A.  No.

78

A. H. SUNG

1
2    Q.  So you were always happy with the way
3 employees interacted with customers?
4    A.  Yeah, most of them they were okay,
5 besides Felix, actually, you know.
6    Q.  Do you recall ever speaking to Mr. Kim
7 about how the employees were --
8    A.  Oh, you know, I always talk about that.
9    Q.  Did you ever give him, besides
10 Mr. Galindo, I know you've had a good amount to
11 say about Mr. Galindo, do you recall speaking
12 with Mr. Kim about any other employee and how
13 they were interacting with customers?
14    A.  I don't think so.
15    Q.  You don't think so?
16    A.  I don't remember actually.
17    Q.  You also indicated that when you would
18 visit 50 Food Corp. that you would observe to
19 make sure that the employees were doing their job
20 correctly?
21    A.  Yeah.
22    Q.  And, you know, let's put aside how the
23 employees were interacting with customers.
24    A.  Yeah.
25    Q.  What kind of things were you looking for

79

A. H. SUNG

1 to make sure that the employees were doing their
2 job correctly?
3    A.  Most important thing is how they respond
4 to the customer, how they speak the customer.
5    Q.  Okay.
6    A.  You know, they smile or not smile.
7    Q.  Okay.
8    A.  And the second thing is how they made
9 the sandwiches.
10    Q.  Okay.
11    A.  It's a good nice-colored sandwich or
12 not.  That's all, two things.
13    Q.  Did you ever have any feedback to report
14 to Mr. Kim about --
15    A.  Yeah.
16    Q.  What kind of feedback do you recall?
17    A.  Like those sandwiches, we have to add
18 more ham.
19    Q.  Okay.
20    A.  You know, kind of things.
21    Q.  Got it.
22    A.  We got to use the better quality bread
23 kind of stuff, you know.
24    Q.  You indicated earlier that you, in the

80

20  (Pages 77 to 80)

A. H. SUNG

1   past, have advised Mr. Kim to write up an
2   employee, specifically Mr. Galindo. Can you
3   recall any other conversations you had with
4   Mr. Kim about disciplining any other employee
5   besides Mr. Galindo?
6        A. Yeah.
7        Q. What other individuals can you remember?
8        A. I don't remember name, but whenever I go
9   there someone -- you know, I have to talk about
10  some employee, I call the manager and then he
11  need to improve his work, whatever.
12       Q. So during those instances you would --
13       A. But not many.
14       Q. Okay. It sounds like maybe Mr. Galindo
15  was one of the few employees that you had
16  problems with?
17       A. Yeah.
18       Q. But there were other employees besides
19  Mr. Galindo who you observed --
20       A. Not many with the problems.
21       Q. But is it correct to say that you would
22  have conversations with Mr. Kim regarding other
23  employees in the past whose conduct you were not
24  happy with?

81

A. H. SUNG

1   in the locker, but he didn't listen to my word
2   also. Because I call I think this morning how
3   Felix doing, he not using the phone. He say he
4   still using the phone.
5        Q. So you called Mr. Kim this morning?
6        A. Yeah.
7        Q. To check in on Felix?
8        A. Yeah, he still using phone, but less.
9        Q. Did you tell Mr. Kim anything? Did you
10  give him any instructions about what to do?
11       A. I told him if you saw one more time,
12  give him the warning paper and then fire him.
13       Q. So would you agree that as the owner of
14  50 Food Corp., that you, even though you're not
15  the direct supervisor and you're not there every
16  day, that as the owner, it's your responsibility
17  and you have the authority to instruct Mr. Kim to
18  fire and discipline employees when they're not --
19       A. Yes.
20       Q. -- when they're not behaving correctly?
21       A. That's right. But most of them, we give
22  them two times notice.
23       Q. I'm sorry, could you say that again?
24       A. Before we fire him, we got three times

83

A. H. SUNG

1        A. I don't remember that.
2        Q. You don't remember. So only
3   Mr. Galindo?
4        A. No, I just because he just still working
5   there.
6        Q. So the only employee you remember
7   speaking to Mr. Kim about is Mr. Galindo?
8        A. Yeah, because he's still working there.
9        Q. Yes.
10       A. Because he have problems for recently.
11       Q. Okay.
12       A. Even two weeks ago, he have a problem
13  with me. He used a phone in front of customer.
14  So I tell him you got to put your phone to the
15  locker, but he didn't even put it.
16       Q. Oh, so you told him to put his phone in
17  the locker?
18       A. Yeah, I saw him he used the phone when I
19  visit recently. I saw him. So I go there and
20  you got to stop using the phone front of. He put
21  his cell phone like this and then cut sandwich
22  like that. (Indicating)
23       Q. Oh boy.
24       A. So you got to put it back to your phone

82

A. H. SUNG

1   the warning notice.
2        Q. Is that a policy of the company?
3        A. No, just I just told them. Otherwise,
4   we got the problem. I know that.
5        Q. You told Mr. Kim that?
6        A. Yeah, prepare the warning paper before
7   we fire him.
8        Q. And I guess my question is was this
9   process of having three warnings before you fire
10  somebody, is that a process that you just made up
11  to deal with Mr. Galindo or is that a process or
12  a policy --
13       A. No.
14       Q. -- that you followed in the past as
15  well?
16       A. Policy about my past as well.
17       Q. In the past as well. Is this a policy
18  that has just been in your head and spoken about
19  or is it something that has been --
20       A. No. I consulted with my attorney about
21  how you handle the when we firing.
22       Q. As a result of your conversation with
23  your attorney about how to deal with problem
24  employees --

84

21 (Pages 81 to 84)

A. H. SUNG

```
 1
 2    A.  Yes.
 3    Q.  -- did you ever write down a policy that
 4  was distributed to employees?
 5    A.  No, we just -- first, I didn't even use
 6  any time at all, except Felix.
 7    Q.  Felix is your first?
 8    A.  Felix is the first case using the
 9  warning letter.
10    Q.  First and only case?
11    A.  Yeah.
12    Q.  Prior to this lawsuit, were you familiar
13  with the names of the plaintiffs in this case?
14  Were you familiar with those individuals?
15    A.  Uh-huh.
16    Q.  Delfino Lopez?
17    A.  Yeah.
18    Q.  Felix Galindo?
19    A.  Yes.
20    Q.  And Esteban Perez?
21    A.  Yeah, I know those guys.
22    Q.  You know those guys?
23    A.  Yeah.
24    Q.  How did you know those guys?
25    A.  Delfino worked since the beginning hired
```

85

A. H. SUNG

```
 1
 2    A.  I heard they were good.
 3    Q.  You heard from Mr. Kim that they were
 4  good?
 5    A.  Yeah, from Mr. Kim.
 6    Q.  Do you recall what kinds of things
 7  Mr. Kim would say about Mr. Lopez and Mr. Perez?
 8    A.  I didn't hear any complaint about those
 9  two guys from Mr. Kim.
10    Q.  Did you hear anything at all about them?
11    A.  No.
12    Q.  So can you explain to me just the
13  general operation of Silo Cafe?  I understand
14  that there's a buffet; is that right?
15    A.  Not buffet, a deli.
16    Q.  A deli.  I've been there once and I've
17  seen pictures and I understand that there's like
18  a --
19    A.  Salad bar.
20    Q.  There's a salad bar?
21    A.  Yeah.
22    Q.  Okay.  So customers can come and they
23  can serve themselves salad?
24    A.  Uh-huh.
25    Q.  And I understand that there are also
```

87

A. H. SUNG

```
 1
 2  by the first manager.  Felix, as I told you, he
 3  worked in 32nd Street location.
 4    Q.  Okay.
 5    A.  And he has a problem, right?  He punched
 6  the hole and looking for the girls.
 7    Q.  Yes.
 8    A.  And I moved him.
 9    Q.  You moved him?
10    A.  I moved him to the 50 Street.  And
11  Esteban is hired by Minchul.
12    Q.  Esteban was hired by Minchul Kim?
13    A.  Yeah.
14    Q.  Got it.  Besides, you know, knowing that
15  these individuals were employees of 50 Food Corp.
16  and also I understand that, you know, Felix
17  Galindo perhaps was well known to you because he
18  often had some problems at the business, do you
19  recall ever having any interactions with Delfino
20  Lopez or Esteban Perez personally?
21    A.  No, we just say hello.
22    Q.  Besides greeting them, do you recall
23  interacting with them?
24    A.  No, nothing.
25    Q.  Do you recall --
```

86

A. H. SUNG

```
 1
 2  stations?
 3    A.  Yeah.
 4    Q.  Where you can order a sandwich and other
 5  types of food items?
 6    A.  Yeah.
 7    Q.  Is there an area where customers can sit
 8  and eat?
 9    A.  Yeah.
10    Q.  Do you guys have a delivery service?
11    A.  Yes, we do.
12    Q.  So individuals can call in and have
13  their food delivered?
14    A.  Yes.
15    Q.  So who's in charge of doing the
16  delivery?
17    A.  Minchul.
18    Q.  Minchul?
19    A.  Yeah.
20    Q.  The manager is in charge of doing the
21  delivery?
22    A.  No, no, we have a delivery guy.
23    Q.  Oh, you have a delivery guy.  Is the
24  delivery guy's only job to do delivery or does
25  he do something else?
```

88

A. H. SUNG

1
2    A.   No, if he didn't have the job for
3    delivery, he do some other work at the store.
4    Q.   Who is in charge of doing delivery right
5    now?
6    A.   I don't know.
7    Q.   In the past, do you recall if any of the
8    plaintiffs in this lawsuit were involved in doing
9    delivery?
10    A.   They don't do delivery.
11    Q.   Typically, how many employees are in
12    charge of doing delivery?
13    A.   Just one guy I think.
14    Q.   Just one guy?
15    A.   Yeah, we don't have that much delivery
16    and orders.
17    Q.   If you had to estimate, how much
18    deliveries are done on --
19    A.   I don't know.
20    Q.   More than ten?
21    A.   I don't know.
22    Q.   Less than ten maybe?
23    A.   I don't know.
24    Q.   The individual who does deliveries, that
25    person is typically assigned to a specific area

89

A. H. SUNG

1
2    Because I assume that individual receives tips;
3    is that right?
4    A.   Only thing I know, Minchul handled by
5    the law.  He knows, you know.
6    Q.   So the only thing you know is that
7    Minchul --
8    A.   I don't know the exact number, but we do
9    right about that.
10    Q.   And you're confident that you're doing
11    right by that because you reviewed paperwork or
12    because you discussed this with Mr. Kim
13    specifically, or why are you confident that it's
14    been done correctly?
15    A.   Because the tip the employee, we
16    basically pay some amount plus tip that have to
17    be over the minimum wage.
18    Q.   Okay.
19    A.   That I know that.
20    Q.   You know that?
21    A.   That's right.  If those amount is less
22    than minimum wage, we have to pay.
23    Q.   Got it.
24    A.   I know that.
25    Q.   I guess my question is, I understand

91

A. H. SUNG

1
2    in the deli if he's not doing delivery?
3    A.   I don't know how the Minchul use him.
4    Q.   Do you know how Minchul Kim determines
5    who does the delivery?
6    A.   Yeah, he knows probably.
7    Q.   He knows.  And it's usually just one
8    person?
9    A.   Yeah, I think so.  I don't know he keep
10    delivering the food or not.  I don't know.  I
11    need to check that.
12    Q.   Has there been a delivery service since
13    the beginning --
14    A.   Yeah.
15    Q.   -- of the company?
16    A.   Yeah.
17    Q.   Do you have any knowledge as to how the
18    delivery person is paid?
19    A.   I don't know, but he paid per whatever
20    basic payroll plus tips.
21    Q.   Plus tips?
22    A.   Yeah, but I think it's over minimum
23    wage.
24    Q.   Do you recall whether a tip credit is
25    taken for the individual who does deliveries?

90

A. H. SUNG

1
2    that you understand maybe what the rules are
3    regarding tipped employee, but how are you
4    confident that Mr. Kim knows that?  Is it because
5    you had a discussion?  You instructed him?
6    A.   I instructed him.
7    Q.   So you instructed him to do this when?
8    Do you recall?
9    A.   From the beginning.
10    Q.   From the beginning?
11    A.   Yeah.
12    Q.   So I assume that you had a conversation
13    with him about payroll --
14    A.   Yeah.
15    Q.   -- and about what the obligations are
16    under the law?
17    A.   Right.
18    Q.   As you may know there have been some
19    changes to the labor law in New York State in the
20    last few years?
21    A.   Right.
22    Q.   Are you aware of the changes --
23    A.   Yeah.
24    Q.   -- to the state labor law?
25    A.   Sure.

92

23  (Pages 89 to 92)

A. H. SUNG

1
2    Q.   When there are changes, what, if any,
3    conversations do you have with Mr. Kim about
4    that?
5        A.   When we change it 2015, there's major
6    minimum wage increase $11 to $13.  So that point,
7    we reduced working hour every single employee at
8    40 hours because we can't afford those overtime.
9    So since 2015, or January 1st, no one have the
10   overtime.
11       Q.   Okay.
12       A.   That's the only big change to our
13   company.
14       Q.   So do you recall that particular period
15   in 2015?
16       A.   2015, January 1st, the minimum wage
17   increase.  That's why at that point, I told him
18   just keep them the 40 hours a week.
19       Q.   So you made the decision --
20       A.   Yeah.
21       Q.   -- in 2015, with the change of the
22   laws --
23       A.   Right.
24       Q.   -- to reduce --
25       A.   The working hours.

93

A. H. SUNG

1
2        Q.   2:30?
3        A.   Yeah.
4        Q.   Got it.  My understanding is that the
5    deli is only open Monday through Friday; is that
6    right?
7        A.   Yes.
8        Q.   Has the business always had the hours of
9    7:00 to 2:30 Monday to Friday or has that changed
10   at all throughout the years?
11       A.   No, every day the same.
12       Q.   From the beginning it was 7:00 to 2:30,
13   Monday to Friday?
14       A.   Right.
15       Q.   Is the cafe closed on certain holidays?
16       A.   Yes, every holiday it's closed.
17       Q.   What holiday?  There's so many.  So if
18   could just list for me what holiday --
19       A.   Memorial Day.
20       Q.   Memorial Day, it was closed?  Yesterday,
21   it was closed?
22       A.   Closed.  And 4th of July closed.  And
23   Christmas Day, it was closed.  New Year's Eve,
24   it's closed.  And Martin Luther King Day, closed.
25   President's Day, closed.  I think Columbus Day,

95

A. H. SUNG

1
2        Q.   For the employees?
3        A.   Yeah.
4        Q.   So prior to 2015, it was common for the
5    employees at 50 Food Corp. to work over 40 hours?
6        A.   Yeah.
7        Q.   And in 2015, the change that you
8    implemented was that employees would work only 40
9    hours?
10       A.   40 hours.
11       Q.   Got it.  What days and hours is the cafe
12   open?
13       A.   Six o'clock a.m., 6:00 a.m. and 4:00
14   p.m.  I think right now they closed little
15   earlier since we decided give them only 40 hours
16   per day.
17       Q.   I guess I'm not asking about employee
18   hours right now.  I just want to know if I wanted
19   to go to Silo Cafe and order a sandwich, I know
20   that the deli opens at 6:00 a.m.?
21       A.   You have to come from 7:00 a.m. until
22   2:30.
23       Q.   Okay.  So the actual business hours are
24   7:00 a.m. to --
25       A.   2:30.

94

A. H. SUNG

1
2    it's also closed.  So whatever the office closed,
3    store closed.
4        Q.   So you follow the office schedule.  Are
5    you speaking --
6        A.   Because 90 percent of our guest is
7    office worker.
8        Q.   In the building of 805 Third Avenue?
9        A.   In the surrounding building.
10       Q.   Okay.  Got it.
11       A.   So when they close, we close.
12       Q.   You try to follow the schedule of the
13   businesses in the vicinity of the cafe?
14       A.   Yeah.
15       Q.   Who was in charge of setting the hours
16   that the business would be open?
17       A.   Open hour is always same.
18       Q.   So you were the one, when the business
19   was open, you decided, okay, we're going to have
20   the deli open --
21       A.   Oh, you mean the holiday?
22       Q.   No.  I guess my question is who was in
23   charge, and it sounds like it's been a long
24   practice that the business closes on certain
25   holidays, who made that decision that it was

96

24 (Pages 93 to 96)

A. H. SUNG

1 closed on the holidays?
2
3     A.   I made the final decision.
4     Q.   You made the final decision?
5     A.   Yeah, Minchul always call me do I need
6 open or closed on this day.
7     Q.   So you would be in charge of telling
8 when to close?
9     A.   And I tell him did we close last year,
10 and then check it and then check the office
11 workers in the building if they open or not.  If
12 they open, we open.  So we decide about three,
13 four days prior to holiday.
14     Q.   Would it be correct to say that you have
15 the final word --
16     A.   Yeah.
17     Q.   -- to determine when the business is
18 open or not?
19     A.   Yeah.
20     Q.   Okay.  Very good.  And I think earlier
21 this morning we discussed the quantity of
22 employees --
23     A.   Uh-huh.
24     Q.   -- at Silo Cafe.
25     A.   Uh-huh.

97

A. H. SUNG

1
2     Q.   Is it correct to say that right now
3 there are still 10 to 12 employees?
4     A.   I don't remember exact employee.
5     Q.   Okay.  Does that estimate sound correct,
6 10 to 12?
7     A.   I don't know.  I could call Minchul and
8 how many workers there now.
9     Q.   Okay.
10     A.   But I think it's probably -- oh, here's
11 how many here.  15 is here.  Oh, no, there's two
12 empty here.  14.
13          MR. VARACALLI:  Let the record show the
14     Deponent was referencing Exhibit 1.
15     A.   But I don't know how many are there now.
16     Q.   Do all of the employees work the same
17 hours?
18     A.   Some like this.  Each employee, they
19 work same hours, but some employee, the time is
20 can be little different.
21     Q.   Okay.
22     A.   Some guy work, come from 6:00, go home
23 3:00 or some guy come 7:00 and go home 4:00.  I
24 don't know now how Minchul handle it, but they
25 work hour always fixed.

98

A. H. SUNG

1
2     Q.   So what you're trying to say is that all
3 employees work the same amount of hours per week?
4     A.   That's right.  That's correct.
5     Q.   But the schedule may be a little bit
6 different?
7     A.   Yeah, just a little bit different
8 because some guys clean the store and go home a
9 little late than others.
10     Q.   How is it determined who comes in
11 earlier and who comes in later?
12     A.   Manager makes that decision.
13     Q.   How does the business keep track of
14 employees' hours?  Because I assume that even
15 though there is a set schedule, would it be
16 correct to say that sometimes people don't appear
17 to work on someday, maybe they're sick, maybe
18 they're not coming in?
19     A.   Minchul always check.  And we have a
20 little paper posted on the wall and then they
21 sign it every day when they come every day.
22     Q.   I'm sorry, are you saying that there's a
23 sign-in sheet?
24     A.   Yeah.
25     Q.   On the wall?

99

A. H. SUNG

1
2     A.   Yeah.
3     Q.   Could you describe what that sign-in
4 sheet looks like?
5     A.   I think so.  I think he doing that.  You
6 mean how it looks like?
7     Q.   Yes, yes.  Could you describe to me what
8 it looks like?
9     A.   I just saw one time.  Each employee name
10 here and then I think here's the time when he
11 have to come.  When he come, when he arrive, he
12 just write the arriving time and then he left,
13 the lefting (sic) time, I think.
14     Q.   Is this each employee would sign
15 themselves or would Minchul Kim sign it?
16     A.   No, I think each employee.  I don't
17 know.  I got to check.
18     Q.   Is there a new sheet on the wall each
19 week?
20     A.   Every day I think.
21     Q.   Every day, okay.
22     A.   I saw that paper maybe a few months ago.
23     Q.   Okay.
24     A.   But I believe he keep doing that, but
25 even if he doing same hours a day for each

100

25  (Pages  97  to  100)

A. H. SUNG

1
2  employee. Same hours, same amount of hours, same
3  amount of starting hours and the ending hours,
4  always same.
5      Q.  Okay.
6      A.  But I told him you should do, you know,
7  also keep the record for that.
8      Q.  When did you have that conversation with
9  him about keeping the records for that?
10     A.  That I don't remember. That's long time
11 ago.
12     Q.  So I think what you're describing, and
13 please correct me if I'm wrong, is a document
14 that's posted on the wall at 50 Food Corp. -- and
15 where is it located in 50 Food Corp.? Where is
16 it posted exactly?
17     A.  That is just behind of the wall of where
18 the counter is.
19     Q.  Where the --
20     A.  The employee counter.
21     Q.  What's the employee counter?
22     A.  You mean the counter. Deli store has a
23 counter, right?
24     Q.  Okay.
25     A.  And we have kind of wall.

101

A. H. SUNG

1
2      Q.  So behind the deli counter?
3      A.  There's some wall.
4      Q.  There's a wall, okay.
5      A.  And they keep the paper there.
6      Q.  So what you're describing is a paper
7  that's changed on a daily basis?
8      A.  I think so. I don't know exactly. I
9  can ask him how he do that.
10     Q.  How long have you seen this paper --
11     A.  I don't know. I don't know.
12     Q.  Would you say that it's been around for
13 a while?
14     A.  Yeah.
15     Q.  He's used this for a while?
16     A.  Yeah.
17     Q.  Is this a document that Mr. Kim created?
18     A.  Yeah.
19     Q.  Do you know what happens to the document
20 after, you know, after it's used? Because it
21 sounds like it's changed often; is that right?
22     A.  Uh-huh.
23     Q.  What happens to the ones that are taken
24 down? Do you know?
25     A.  I don't know. I don't know. Maybe --

102

A. H. SUNG

1
2  that I got to ask Minchul how he handled that. I
3  don't know. I didn't even see that.
4      Q.  Do you recall having a recent
5  conversation with Mr. Kim about these
6  documents --
7      A.  No.
8      Q.  -- and asking him where they are?
9      A.  No.
10         MR. VARACALLI: Can we go off the record
11 for one second?
12         MS. BARBOSA: Sure.
13         (At this time, there was a pause in the
14 proceeding.)
15         MS. BARBOSA: Prior to going off the
16 record, Mr. Sung's attorney, Mr. Varacalli,
17 handed me over some documents, a package of
18 documents, entitled Recording Working Hours
19 By Employer. This is the first time I've
20 seen these documents.
21     Q.  So Mr. Sung, I'm going to just give you
22 these documents that were just turned over to me.
23         MS. BARBOSA: I don't have a copy. I
24 guess -- how can we proceed to enter this as
25 Plaintiff's exhibit? Definitely don't want

103

A. H. SUNG

1
2  to make a copy right now. Why don't we just
3  refer to these as Plaintiff's Exhibit 2.
4         (Whereupon, a package of documents
5  entitled Recording Working Hours By Employer
6  was marked Plaintiff's Exhibit 2 for
7  identification, as of this date.)
8      Q.  So Mr. Sung, Plaintiff's Exhibit 2 are a
9  package of documents that were given to me by
10 your attorney. If you could just take a look at
11 them for me. Before we went off the record and
12 before your attorney handed these documents over
13 to me, I believe you were describing some type of
14 document that you said that was posted on the
15 wall and something that was signed by employees.
16     A.  Maybe this one is posted on the wall.
17     Q.  Okay, that's my question.
18     A.  Okay, I going to ask Minchul, make sure
19 that, but I think this one is posted on the wall.
20     Q.  So can you describe to me, in looking at
21 these documents, what these documents are, what
22 they represent and how they're kept at the
23 business?
24     A.  This one is showing that they were
25 working hour. Like Hector was starting 6:30 to

104

26 (Pages 101 to 104)

A. H. SUNG

1    3:00, every day same. And each employee has, you
2    know, a little different time, but every week
3    each guys has the same hours for fixed.
4        Q.   Okay.
5        A.   And then they sign it every Friday what,
6    you know, they check.
7        Q.   Mr. Sung, who created the template of
8    this document? Who created this document?
9        A.   This document created by the Minchul.
10       Q.   By Minchul Kim?
11       A.   Yeah.
12       Q.   When did you become aware of Mr. Kim
13   keeping these records? Again, this record is,
14   it's entitled Recording Working Hours By Employer
15   and it's a spreadsheet and it looks like the top
16   also includes the date range --
17       A.   Uh-huh.
18       Q.   -- for the information.
19       A.   I think he used this one as a template
20   and then he changed the date every week and then
21   he post it on the wall that I talked about. And
22   that one, each employee, he signed it.
23       Q.   So when did you become aware of Mr. Kim
24   keeping these documents? When did you start

105

A. H. SUNG

1        Q.   Okay.
2        A.   But we lost probably previous 2013,
3    maybe we may lost when we got the water problem.
4        Q.   So although these documents, the ones
5    that we're looking at today, go back to 2013,
6    what you're telling me that there may have been
7    earlier documents that may have been lost or
8    damaged --
9        A.   That's what I think.
10       Q.   Got it.
11       A.   I'm not sure about that.
12       Q.   So let me tell you what I'm
13   understanding and you please tell me if I'm
14   correct. So it's my understanding that these
15   documents, this document, is posted on a wall?
16       A.   Uh-huh.
17       Q.   And that the employees sign?
18       A.   Sign.
19       Q.   Are you aware of what the policy is or
20   what the practice is of when the employees sign
21   this document?
22       A.   I think it's every Friday.
23       Q.   Every Friday?
24       A.   Yeah.

107

A. H. SUNG

1    noticing these documents being posted --
2        A.   -- a long time ago.
3        Q.   So not this year?
4        A.   No, a long time. Even here, we go back
5    to 2013, I don't know. Before this, probably he
6    has it, but we got -- we lost some document
7    because we got some water damage at the storm
8    about little less than one year ago. We got
9    drain backflow so we got about this much water go
10   to the office and then into deli. So we rip it
11   out all the wood floor and put new floor there.
12       Q.   Okay so --
13       A.   So that time, we lost a lot of
14   documents.
15       Q.   So it looks like, and please correct me
16   if I'm wrong, but it looks like in just reviewing
17   these documents a few minutes ago, that these
18   documents go back to 2013. Is that your
19   understanding by reviewing these that the
20   earliest year is 2013?
21       A.   Maybe even previous year we have it.
22       Q.   Okay.
23       A.   But I don't know what day we starting
24   for this document.

106

A. H. SUNG

1        Q.   Have you ever seen any of the employees
2    signing this document?
3        A.   No, I didn't see.
4        Q.   Okay.
5        A.   I didn't see, but I see during the week,
6    I saw the paper, you know, I saw this paper
7    posted.
8        Q.   Okay.
9        A.   I think this is a posted what I'm
10   talking about.
11       Q.   Okay. This is the document that's
12   posted on the wall --
13       A.   Yes.
14       Q.   -- that you were referencing earlier?
15       A.   I'm think so.
16       Q.   Do you understand that it's Minchul Kim
17   who would actually enter the fields of the
18   employee's name and the hours worked on Monday,
19   Tuesday, Wednesday, Thursday and Friday? It
20   looks like, for example, the column of Monday has
21   an "in time" and an "out time"; is that correct?
22       A.   Yeah.
23       Q.   And there's an "in time" and an "out
24   time" for each day of the week; is that right?

108

27  (Pages 105 to 108)

A. H. SUNG

1
2    A.   Yeah.
3    Q.   And then the final column of the
4    document --
5    A.   The signing.
6    Q.   -- has the employees' signatures?
7    A.   That's correct.
8    Q.   So looking at the first page of this
9    package that we're referring to as Plaintiff's
10   Exhibit 2, it looks like it's a weekly record
11   from October 2nd to October 6 of 2017; is that
12   correct?
13   A.   Uh-huh.
14   Q.   I guess one question I have, and maybe
15   you know the answer to this and can explain it,
16   it likes look the dates -- the times, they're not
17   handwritten; is that right?
18   A.   Yes.
19   Q.   It looks like it's been generated --
20   A.   That's correct.
21   Q.   -- by a computer?
22   A.   Because every day it's the same hours.
23   Q.   So this would -- so Mr. Kim would
24   actually wouldn't change the in and the out time
25   if there was a different time?

109

A. H. SUNG

1
2    they come same hours, same time, hours and time.
3    A.   Maybe, but, you know, as I told you,
4    Q.   Based on, you know, your knowledge, how
5    would a document look differently if an employee
6    worked outside of their typical schedule?
7    A.   They never were outside of typical
8    schedule, never.
9    Q.   They never worked outside of their
10   typical schedule?
11   A.   No, never.  We have the CCTV record
12   there shows all the -- we have all the records
13   there.
14   Q.   So I understand that employees have a
15   set schedule.  That's pretty standard --
16   A.   They never worked outside of their
17   schedule.
18   Q.   So again, I understand that most
19   businesses have a set schedule, that's typical,
20   right, for most offices, like 9:00 to 5:00?
21   A.   That's correct.
22   Q.   I understand that.  But certainly, and I
23   hoe you would agree as well, that sometimes
24   people, life happens and sometimes people need to
25   come in late or sometimes people need to call in

110

A. H. SUNG

1
2    and miss a day of work?
3    A.   No.
4    Q.   Your employees don't take time off?
5    A.   No.
6    Q.   Don't come in late and miss a day of
7    work?
8    A.   Oh, yeah, I told you before.  Because if
9    they came late --
10   Q.   Yes.
11   A.   -- if they came late --
12   Q.   Okay.
13   A.   Maybe two hours or four hours, six
14   hours --
15   Q.   Okay.
16   A.   -- maybe he took out some, he change it,
17   adjust it.
18   Q.   Okay.
19   A.   But otherwise, if they late about ten
20   minute because for subway problem, five minute,
21   we just keep it -- kept it the same, you know.
22   Q.   So I guess my question is, you know,
23   what is your understanding of what would be the
24   process if somebody did call in one day or if
25   somebody did come in significantly late, not just

111

A. H. SUNG

1
2    a few minutes or not even within an hour or two,
3    but came in pretty late, what is your
4    understanding of how that would be reflected in
5    this document, in the Recording Working Hours by
6    Employer?
7    A.   That is something I have to ask Minchul
8    how he handled it.  He handled it something I
9    think.  Because usually, we are very generous to
10   the employee.  Because even today, the Felix --
11   not today, a few weeks ago, he came very late.
12   So I ask Minchul why he come so late.  And then
13   he call me first because he has some subway
14   problem.  So I check the Google --
15   Q.   I'm sorry, who called you?
16   A.   Minchul.
17   Q.   Minchul called you.
18   A.   I asked Minchul why if Felix supposed to
19   come here the 6:30, why he came the 7:00.
20   Q.   How did you know that he came in late?
21   A.   Because I visit that time.
22   Q.   Okay.
23   A.   I saw them suddenly.  And then he said
24   he called prior, earlier, and he have some subway
25   problem.  And then I check the Google, I going to

112

28  (Pages 109 to 112)

A. H. SUNG

1  check that he's right or not. So I check the
2  Google and subway situation and so he's honest.
3  Q. He's right?
4  A. Yeah.
5  Q. There was a subway problem?
6  A. So we didn't take out those hours, you
7  know.
8  Q. Okay. Did you have -- when did you --
9  where are these documents usually at Silo Cafe?
10 A. In Minchul's office.
11 Q. In Minchul's office. And describe to me
12 where this office is.
13 A. His office is backside of the kitchen.
14 There is a small office.
15 Q. Is this the only office --
16 A. Yes.
17 Q. -- within the premises?
18 A. Uh-huh.
19 Q. Are these documents kept in a particular
20 file cabinet?
21 A. Yes.
22 Q. How did you come to have this stack of
23 documents with you this morning?
24 A. Because when we got sued by these three

113

A. H. SUNG

1  for identification, as of this date.)
2  Q. So if you could take a look at what's
3  been marked as Plaintiff's Exhibit Number 3.
4  When you were referencing the paper that your
5  attorney showed to you, is this the document that
6  you were referring to?
7  A. I don't remember.
8  Q. Can you read what the caption says on
9  the first page? It says Plaintiff's --
10 A. Oh, this one.
11 Q. If you can read that out loud just for
12 the record.
13 A. But I don't remember why I brought this,
14 but I remember my attorney wants see this paper,
15 whatever time record, whatever.
16 Q. So just for the record, Plaintiff's
17 Exhibit Number 3 --
18 A. Oh he's --
19 Q. One moment. This is just for the
20 record.
21 MS. BARBOSA: So just for the record
22 Plaintiff's Exhibit Number 3 is Plaintiff's
23 first request for production of documents
24 and interrogatories. This looks like it was

115

A. H. SUNG

1  employees and then my attorney was faxed his
2  paper, and then I called Minchul I need this one
3  and he brought me.
4  Q. Okay.
5  A. And then I didn't bring back to the
6  Minchul's office because this is past one, you
7  know. So that's why I have it now.
8  Q. Do you recall when you received these
9  documents from Minchul?
10 A. I think it's about almost two months
11 ago.
12 Q. Almost two months ago?
13 A. When he asked me the fax for this paper.
14 Q. Is the paper that you're referring to
15 the Plaintiff's Request For Documents?
16 A. That's correct.
17 Q. So when you received the Plaintiff's
18 Request For Documents -- and we can enter that as
19 an exhibit and you can take a look at it, just
20 give me one moment.
21 MS. BARBOSA: So we can enter this as
22 Plaintiff's Exhibit Number 3.
23 (Whereupon, the Plaintiff's Request For
24 Documents was marked Plaintiff's Exhibit 3

114

A. H. SUNG

1  dated and signed by me on January 18, 2018.
2  Q. So you were saying?
3  A. Now I remember exactly why I have it.
4  Because he asked me, my attorney asked me, any
5  document. He didn't particularly which document.
6  Any document related employee.
7  Q. Okay.
8  A. He want to see.
9  Q. Okay.
10 A. That's why I got this. And then I faxed
11 over maybe about just last page or first page to
12 him.
13 Q. Okay.
14 A. So we used this kind of forms now.
15 THE WITNESS: Do you remember you
16 received this?
17 MR. VARACALLI: I don't.
18 Q. So when you received this document, when
19 your attorney told you I need to see records from
20 the employee --
21 A. Any record any document relate to this
22 issues. That's why I got this. I ask Minchul
23 you have anything.
24 Q. Yes.

116

A. H. SUNG

1
2    A.   You know, so he showed me this one.
3    Q.   Besides this record, this, again, this
4    -- what's been identified as Plaintiff's Exhibit
5    Number 2, Recording Working Hours By Employer,
6    besides this category of documents, did you get
7    other documents --
8    A.   No.
9    Q.   -- from Mr. Kim?
10   A.   No.
11   Q.   You didn't get any other types of
12   document?  This is the only type of document you
13   got from Mr. Kim?
14   A.   No, I got this one.  I got that form.
15   Q.   Okay.
16   A.   And I got whatever pay stub.
17   Q.   Okay, got it.  So there's different
18   categories --
19   A.   Yeah, yeah, yeah.
20   Q.   -- of documents that you received
21   from --
22   A.   Right.
23   Q.   -- Mr. Kim?
24   A.   Yeah.
25   Q.   When you got those documents from

117

A. H. SUNG

1    Mr. Kim, did you get them all at one time?
2
3    A.   No, first thing is I got from the pay
4    stub.
5    Q.   When you say pay stub, are you
6    referencing something that's a payment report?
7    A.   Like a small paper, it's how many
8    regular hours, how many overtime hours.
9    Q.   Okay, let's do this.  Let's go back to
10   Plaintiff's Exhibit Number 1, to this document
11   here.
12   A.   Uh-huh.
13   Q.   So why don't you turn, just turn to the
14   last page.
15   A.   Yeah, this one.  This one is first
16   document I received from the Minchul.
17   Q.   So you're referencing what's in
18   Plaintiff's Exhibit Number 1 that's identified as
19   D000953, it's a payment report from Felix
20   Galindo --
21   A.   Yeah, that one.
22   Q.   -- time period May 5th through May 9th.
23   So when you say pay stub, you're referring to
24   this category of documents entitled payment
25   report.

118

A. H. SUNG

1
2    A.   Yeah.
3    Q.   So the first thing that you got from
4    Mr. Kim was the payment reports?
5    A.   Yeah, I think this one, yes.
6    Q.   Then did you meet with Mr. Kim or speak
7    with him again to get more documents?
8    A.   Yes.
9    Q.   How many times did you get document from
10   him?
11   A.   Maybe two times.
12   Q.   When you received the documents, what
13   did you do with them?
14   A.   Just look at he's doing right or not,
15   you know.
16   Q.   I guess I'm saying when you received
17   these documents in response to Plaintiff's
18   Request, after getting the documents from
19   Mr. Minchul Kim, what did you do then?
20   A.   I just bring them to my office.
21   Q.   You bring them to your office.
22   A.   And I just faxed to attorney's office.
23   Q.   So is it your testimony that when you
24   transmitted all of these documents or when you
25   gave them to your attorney, you included also

119

A. H. SUNG

1    this packet?
2
3    A.   These documents --
4    Q.   So the record is clear, I'm referring to
5    -- when you handed all the documents in response
6    to Plaintiff's Request For Documents, you also
7    included this category of documents what's been
8    identified as Plaintiff's Exhibit Number 2?
9    A.   Yeah.
10   Q.   Okay.
11   A.   But this one is I just faxed.  If I'm
12   not wrong, I remember I faxed this one to him.
13   Q.   Okay.  So you think you faxed?
14   A.   Yeah, I think I faxed it.  If my fax
15   machine has a problem at that point, maybe it
16   doesn't send to, he didn't receive it.  But I
17   remember I fax it.  Not all paper, just one paper
18   because, you know, what kind of form we use.
19   Q.   So you didn't provide all of the papers?
20   A.   No, no.
21   Q.   You just provided one?
22   A.   Yeah, one.
23   Q.   Why did you not produce all of them?
24   A.   Because this date is outside of the what
25   the claim date, right.  This one is previous one

120

30 (Pages 117 to 120)

A. H. SUNG

1  is we lose, but this is from the 2013, so I don't
2  know why. But anyway, it's too much to fax for
3  all documents.
4      Q.  Was there any other category of
5  documents that you only provided a sampling of to
6  your attorney?
7      A.  This one is from the Minchul, this
8  payment record. This one is I faxed to him
9  myself this document. (Indicating)
10      Q.  You're referring to the wage notice?
11      A.  Yeah. And this one is I give him by the
12  hand. (Indicating)
13      Q.  You're referring to the payment reports?
14      A.  Yeah, this one I just gave when he I
15  visit the store, I gave him by hand.
16      Q.  So let's talk about the payment reports.
17  Are you confident that you gave every payment
18  report available to Mr. Varacalli or did you just
19  give a sampling of the documents that were
20  available?
21      A.  Payment reports means this one?
22  (Indicating)
23      Q.  The payment report is the last page.
24      A.  Yeah, I think I gave everything. We got

121

A. H. SUNG

1      A.  Because he asked me to bring.
2      Q.  He asked you to bring, okay, got it.
3  Have you ever had a conversation with Mr. Kim
4  about, you know, how he actually -- you know,
5  what his process is in preparing this document
6  and in having the employees sign it? Do you
7  understand how he does that or have you ever had
8  a conversation with him about that?
9      A.  That I don't remember, but I saw only
10  the paper what he doing.
11      Q.  Okay.
12      A.  But, you know.
13      Q.  Based on your knowledge, do you believe
14  that the information contained in this document
15  in the Recording Working Hours By Employer,
16  Plaintiff's Exhibit Number 2, do you have any
17  reason to believe that this information is
18  inaccurate?
19      A.  I don't think so. Because they always
20  work fixed hours, same time and go home same
21  time. So you know this is very accurate.
22      Q.  So you're confident that the
23  information --
24      A.  Yes.

123

A. H. SUNG

1  from those period, we have the whole thing.
2      Q.  So just correct me if I'm wrong, but my
3  understanding is that you only provided the first
4  page of, again, what's been identified as
5  Plaintiff's Exhibit Number 2, which looks like an
6  attendance record, because you thought that he
7  only needed only one page because the rest of the
8  documents were outside --
9      A.  Yeah.
10      Q.  -- of the period --
11      A.  That's what I thought.
12      Q.  -- referenced in the lawsuit, okay.
13  When did you learn that you actually needed to
14  produce all of these documents?
15      A.  This one?
16      Q.  Yes.
17      A.  When he asked me --
18      Q.  Okay.
19      A.  -- he e-mail a lot about the document.
20  He need documents for relate for the all
21  employees. So I found only this one and this
22  one, this form. That's why.
23      Q.  Why did you bring this stack of
24  documents here today?

122

A. H. SUNG

1      Q.  -- in this category of documents --
2      A.  Right.
3      Q.  -- the attendance records --
4      A.  Yes.
5      Q.  -- includes accurate information --
6      A.  That's correct.
7      Q.  -- of the start times and end times of
8  the employees?
9      A.  Yes.
10      Q.  Are you aware of any other system that
11  Mr. Kim used to track employee hours?
12      A.  No.
13      Q.  What is your understanding of what the
14  practice is at 50 Food Corp. regarding breaks
15  during the day?
16      A.  Oh, breaks. What I believe is they have
17  15-minute break before the lunch hour. They have
18  some coffee and breakfast. And then -- but that,
19  we pay for that.
20      Q.  Okay.
21      A.  But they have 30-minute lunch breaks
22  every day.
23      Q.  Okay.
24      A.  30 minutes. So that's what I know that.

124

31  (Pages 121 to 124)

A. H. SUNG

1
2    Q.   When do employees typically take that
3  30-minute lunch break?
4    A.   Each guy has a little different.
5    Q.   Okay.
6    A.   But usually, the guys, some guys took
7  about from 2:30, some guys got a little earlier.
8    Q.   Okay.
9    A.   Depends on what his position.
10   Q.   Who determines when an employee can take
11 their break?
12   A.   Minchul.
13   Q.   Minchul?
14   A.   Yeah.
15   Q.   Have you ever visited the cafe while
16 employees were on break before?
17   A.   Yeah.
18   Q.   Have you ever visited when the deli was
19 particularly busy?
20   A.   Yeah.
21   Q.   What did you observe about, you know,
22 how employees would take their break if the deli
23 maybe was busy and required some --
24   A.   Busy time, they cannot break.
25   Q.   Okay.

125

A. H. SUNG

1
2    A.   Because the busiest time is 12:30 to two
3  o'clock is busy time.
4    Q.   Okay.
5    A.   So they can take their lunch break
6  before 12:30 or after 2:00.
7    Q.   Okay.  So typically employees will not
8  take a break between 12:30 and 2:00?
9    A.   Probably not because that's busy hours.
10   Q.   Are there any written employment
11 policies at 50 Food Corp.?
12   A.   No, we don't create any special policy
13 because we have small business, don't need it.
14   Q.   So let me clarify.  So when I say
15 policies, I mean like practices of the business
16 or any rules that you may have created or Mr. Kim
17 created?
18   A.   No, we just using common rules, you
19 know, common New York State labor rule.
20   Q.   Okay.
21   A.   That's all.
22   Q.   Do you recall either ever printing out
23 any rules or policies and distributing them to
24 employees?
25   A.   We posting some New York State law.  We

126

A. H. SUNG

1
2  have posting for minimum wage.
3    Q.   Okay.
4    A.   Posting and Workers' Compensation
5  insurance.
6    Q.   Okay.
7    A.   That is by the law.  We must posting.
8  That is we posting I think.
9    Q.   Do you recall ever having policies
10 around sick time or when deductions are made from
11 somebody's salary or anything like that?
12   A.   We follow the New York State sick day
13 pay, whatever that is.  Came in about few years
14 ago, right?
15   Q.   I'm not -- thank you for providing that
16 information.  I guess what I'm particularly
17 interested in is not what policies you follow,
18 but what policies may be written down and may
19 have been distributed to employees over the
20 years?
21   A.   No, we don't.  We just follow the New
22 York State law.
23   Q.   So your understanding is that there's
24 never been any policies or rules --
25   A.   There's no.

127

A. H. SUNG

1
2    Q.   -- that have been written down or
3  printed out that have been distributed to
4  employees?
5    A.   No, there's no company rules.  We only
6  follow the New York State labor law or New York
7  City labor law, whatever.
8    Q.   Would you be surprised to hear that
9  Mr. Kim had identified that there were policies,
10 written policies, that were distributed to
11 employees?
12   A.   I don't think so.
13   Q.   You don't think that he would say that?
14   A.   Okay.
15   Q.   What kind of mail does 50 Food Corp.
16 receive at 805 Third Avenue?
17   A.   What's mean mail?
18   Q.   Mail, like from the U.S. Postal Service?
19   A.   Yeah, we receive it.
20   Q.   So 50 Food Corp. receives mail at 805
21 Third Avenue?
22   A.   Uh-huh.
23   Q.   Who's in charge of opening the mail that
24 you receive?
25   A.   Actually Mr. -- first charging in by the

128

32  (Pages 125 to 128)

A. H. SUNG

1   manager, Minchul.
2       Q.  I'm sorry, say that again.
3       A.  Minchul.
4       Q.  Minchul?
5       A.  He opens the document.
6       Q.  He opens the mail, okay.
7       A.  And then if I need to look at it, he
8   grab it and when I visit, he give it to me.
9       Q.  How would Mr. Kim determine what mail
10  you need to look at?
11      A.  Like bank statement, you know.
12      Q.  Okay.
13      A.  And other, you know.  Like we receive a
14  lot of advertisements, mailings.
15      Q.  Like junk mail?
16      A.  Yeah, he just throw out.  Only he
17  collect for the bank statement, credit card
18  report and my tax report kind of mail.
19      Q.  Okay.
20      A.  First, he look at it and then he gave to
21  me.
22      Q.  So the mail that you would be in charge
23  of would be bank statements?
24      A.  Yeah.

129

A. H. SUNG

1       Q.  Credit card?
2       A.  Credit card report, monthly report.
3       Q.  I'm sorry, say that again.
4       A.  Monthly credit card statement.
5       Q.  These are credit cards that are in the
6   name of 50 Food Corp.?
7       A.  Yeah.
8       Q.  So you would be in charge of bank
9   statements, credit card statements?
10      A.  Yeah.
11      Q.  And anything involving tax documents?
12      A.  Tax documents, I have to hand over to my
13  CPA because that's why he help me.
14      Q.  Got it.
15      A.  Or I just fax to him.
16      Q.  Got it, got it.  What about any bills
17  besides credit card statements --
18      A.  Bills like Con Edison bill?
19      Q.  Yes.
20      A.  Minchul handled it.  He wrote the check
21  out, he send it out, you know.  And each vendor
22  payment, we do every Wednesday we pay the
23  vendors.  He cut a check.
24      Q.  Who's in charge of paying the vendors?

130

A. H. SUNG

1       A.  Minchul.
2       Q.  How many vendors do you have at 50 Food
3   Corp.?
4       A.  Maybe about ten.
5       Q.  Ten vendors?
6       A.  I don't know exact number, but around
7   ten I believe.
8       Q.  Do you use more or less the same vendors
9   at the other Silo Cafe at 32nd Street?
10      A.  I'd say about 60 percent the same or 40
11  percent different.
12      Q.  Who's in charge of paying the vendors at
13  the other Silo Cafe?
14      A.  Manager there.
15      Q.  The manager there.  Who is the manager
16  now?  I don't know if you gave me that person's
17  name.
18      A.  We hired a new manager about few months
19  ago.  I don't really remember the name, but he's
20  there now.
21      Q.  So you hired a new manager just a few
22  months ago?
23      A.  Yeah.
24      Q.  Prior to that manager, who was the

131

A. H. SUNG

1   manager at this Silo Cafe at 32nd Street?
2       A.  Before him?
3       Q.  Yes.
4       A.  Mr. Lee, Jhong Lee.
5       Q.  Is that, J-H-O-N-G --
6       A.  J-H-O-N-G.  Last name Lee, L-E-E.
7       Q.  How long had Mr. Lee been working there?
8       A.  I think he worked there about year.
9       Q.  One year?
10      A.  One year, yeah.
11      Q.  Who pays the rent at 50 Food Corp.?  Is
12  that something you're in charge of as well?
13      A.  The manager writes a check.
14      Q.  The manager cuts a check?
15      A.  Yes.
16      Q.  He delivers the rent to the landlord as
17  well?
18      A.  Yeah.
19      Q.  So I want to go back and look at
20  Plaintiff's Exhibit Number 1 is this document.
21  So I'm going to ask you to turn to the last page
22  again and the last page is the payment report for
23  Felix Galindo.  Again, this document is referenced
24  also by Bates stamp D000953.

132

33 (Pages 129 to 132)

A. H. SUNG

1  So this is a payment report. Do you know who
2  created this document, this template of this
3  document?
4     A.  This template document is we got this
5  template from other, I think other this type of
6  store, they using this long time.
7     Q.  Okay.
8     A.  Understand?  We -- but we used -- some
9  of our vendor recommend, they have about ten this
10 kind of store in the city, they use this form.
11 So they recommend we use this form for it's
12 employee and they just fax us to my office and we
13 just copy, you know, and using this.
14    Q.  So did you start using this payment
15 report at the beginning of Silo Cafe --
16    A.  Yes.
17    Q.  -- when it was first opened?
18    A.  Uh-huh.
19    Q.  So if I understand what you're telling
20 me, and please correct me if I'm wrong, so a
21 vendor who you were friendly with and who gave
22 you some advice to use this document and he's the
23 one who gave you the template, and when I say
24 template, I mean a model document to use; is that

133

A. H. SUNG

1     Q.  So there should be payment reports for
2  every week in which Silo Cafe was opened?
3     A.  Yes.
4     Q.  Are you aware of any of these documents,
5  these payment report documents, being lost or
6  damaged because of the flooding at Silo Cafe?
7     A.  Uh-huh.
8     Q.  When was that flood by the way?
9     A.  That was eight months ago, maybe less
10 than one year ago.  Because I remember we got the
11 insurance money because the damaging, so I can
12 check what day we have the damage.
13    Q.  So what happened?  What was the cause of
14 the flood?
15    A.  No, because we are in basement, you know
16 that right?
17    Q.  Yes.
18    A.  So there is some drain pipe in the
19 basement, our store.
20    Q.  Yes.
21    A.  But we are the lowest level of the
22 entire building.
23    Q.  Yeah.
24    A.  So when of the building's drain, main

135

A. H. SUNG

1  right?
2     A.  Yeah.
3     Q.  Do you remember who this particular
4  individual was?
5     A.  I don't know.
6     Q.  So that vendor gave this template, this
7  model of the document, to you directly?
8     A.  No.
9     Q.  Who did he give it to you?
10    A.  To the first manager.
11    Q.  To the first manager, okay.  Do you
12 recall ever discussing this document, this type
13 of document, with the first manager and having a
14 conversation about when and why to use it?
15    A.  He said -- I remember he said his friend
16 store or other store using this one.  So far
17 there's no problem using this.
18    Q.  Okay.
19    A.  So we better use the same template.  So
20 I say okay using this.  So I look at it, this has
21 everything here, you know.
22    Q.  So did you authorize that manager to use
23 this?
24    A.  Yes.

134

A. H. SUNG

1  drain, it was clogged.
2     Q.  Yes.
3     A.  So all the water from the 38th Floor
4  down --
5     Q.  Yes.
6     A.  -- come to our store and backflow to us.
7     Q.  Okay.
8     A.  It not coming to the street, so that's
9  why we got all water damage the entire floor.
10    Q.  In a particular area of the --
11    A.  Especially for office.
12    Q.  Especially in the office.
13    A.  Because office is low than kitchen floor
14 level.
15    Q.  Okay.
16    A.  Because we raise up the kitchen floor
17 for the drain work, but the office is about 18
18 inch lower than kitchen floor level.
19    Q.  Okay.
20    A.  So all water is basically -- most water
21 come to the kitchen, the office.
22    Q.  Okay.
23    A.  And then we have some water damage on
24 the wood floor in dining room.

136

34  (Pages 133 to 136)

A. H. SUNG

1
2   Q.   In the dining room?
3   A.   Dining room.  Both office and dining
4   room.
5   Q.   Did the flood cause you guys to close
6   the business or do anything like that?
7   A.   Fortunately, that was happening in
8   Friday.
9   Q.   Oh, okay.
10  A.   Friday -- not Friday -- Friday about
11  that's during the -- I think during the business
12  hours.  But we keep using the pump and we using
13  the vacuum to keep the water out.  And then we
14  call, you know, plumber to, you know, clear the
15  clog, you know.
16  Q.   Okay.
17  A.   But it's happening almost five hours.
18  Q.   Got it.  So this flood happened within
19  the --
20  A.   I think I got the picture for that.
21  Q.   Do you recall where in the office these
22  payment reports were maintained?
23  A.   Just our office is located behind the
24  kitchen.
25  Q.   Okay.  I guess my question is this

137

A. H. SUNG

1
2   office, if you could describe it to me, are there
3   file cabinets?
4   A.   Yeah.
5   Q.   How many file cabinets?
6   A.   We got two file cabinets.
7   Q.   Do you recall where exactly the payment
8   reports were filed?
9   A.   That I don't know.  I don't know.
10  Minchul handled it.
11  Q.   When you would visit 50 Food Corp., when
12  you would visit the Silo Cafe, would you spend
13  time in this office?
14  A.   Yeah, times I, you know, I sitting there
15  and using the computer and look at the -- this
16  kind of, you know, record.
17  Q.   Was it part of your practice to review
18  these payment reports --
19  A.   Uh-huh, yeah, sometimes I look at it.
20  Q.   -- during your visits?
21  A.   Uh-huh.
22  Q.   So where would you find these payment
23  reports to review them?
24  A.   Usually, last week, this paper is
25  sitting, still sitting Minchul's desk usually.

138

A. H. SUNG

1
2   Q.   Okay.
3   A.   You know.
4   Q.   Are you saying that the most recent
5   weeks --
6   A.   Yeah.
7   Q.   -- the payment reports were usually on
8   his desk --
9   A.   On his desk --
10  Q.   -- and that's where you would find them?
11  A.   Yeah.
12  Q.   How often do you think you would review
13  these payment reports?
14  A.   I don't remember.  Maybe not many.
15  Q.   When you would review these payment
16  reports, what specifically were you looking for?
17  A.   I just looked at it the signature,
18  that's most important things.  Each guy has a
19  signature for each pay stub.
20  Q.   Why did you think -- why for you was the
21  signature the most important?
22  A.   Because we got the lawsuit previously,
23  same happening.  Because you have to make sure
24  all the document is correct.
25  Q.   So an employee's signature would confirm

139

A. H. SUNG

1
2   that the information --
3   A.   That's right.
4   Q.   -- in the payment report --
5   A.   That this happened.
6   Q.   -- is correct?
7   A.   Yeah.
8   Q.   When Mr. Kim started as a manager of the
9   business, do you recall showing him this model --
10  A.   Yeah.
11  Q.   -- of this document?
12  A.   Yes.
13  Q.   At that time, did you instruct him to
14  use this payment report to keep track of the --
15  A.   I --
16  Q.   Let me just finish.
17  A.   Yeah.
18  Q.   Did you instruct him to keep this
19  payment report --
20  A.   Yes.
21  Q.   -- to use it --
22  A.   Yes.
23  Q.   -- to fill it out on a weekly basis?
24  A.   Yes.
25  Q.   Why was it important for you that

140

35 (Pages 137 to 140)

A. H. SUNG

1  Mr. Kim do that?
2      A.  Because this is most important thing for
3  in case we got sued from the employee about
4  this --
5      Q.  Okay.
6      A.  -- we must have the right signature for
7  each pay stub.
8      Q.  Okay.
9      A.  Because also we pay the cash.
10     Q.  Did you give him instructions -- did you
11 give Mr. Kim instructions about how to fill out
12 this payment report?
13     A.  Yes, I did.
14     Q.  Could you recall what you told him
15 exactly or what was the most important thing?
16 Did anything stand out to you as to what you
17 spoke about?
18     A.  Yeah, I just explained like the paper
19 says, the regular hours, what's the rate, what's
20 the earning for regular overtime, and, you know,
21 deduction for the lunch hour.  And then make sure
22 the sign, the signature, got it and we have to
23 must keep record.
24     Q.  I believe you indicated earlier that

141

A. H. SUNG

1  when Mr. Kim started as the manager at 50 Food
2  Corp., most of the employees, they were employees
3  already at the business?
4      A.  Yeah.
5      Q.  Right.  And those were employees that
6  were hired by the previous manager?
7      That's right.  Except Esteban.
8      Q.  Esteban, okay.  Any new employees were
9  hired by Minchul Kim?
10     A.  Minchul, yes.
11     Q.  Got it.  So was there any document that
12 referenced what the pay rates were for the
13 employees that had already been there?
14     A.  Yeah, we got LS54 form.
15     Q.  What document are you referring to?
16     A.  That form.  It shows how much per hour
17 rate was, the overtime rate. (Indicating)
18     Q.  Are you talking about a wage notice?
19     A.  Yeah.
20     Q.  Are you talking about, let's see, are
21 you talking about the second page --
22     A.  Uh-huh.
23     Q.  -- of Plaintiff's Exhibit Number 1?
24     A.  Yeah.

142

A. H. SUNG

1      MS. BARBOSA:  So just for the record,
2  Mr. Sung is referencing LS54 which is a
3  notice and acknowledgement of pay rate and
4  pay day.
5      Q.  Would you agree that this is the
6  document —
7      A.  Yes.
8      Q.  -- created by the New York State
9  Department of Labor?
10     A.  Yeah.
11     Q.  So you're saying that the pay rates were
12 documented in this notice?
13     A.  Right.
14     Q.  Can we call this the wage notice so that
15 we're consistent?
16     A.  I don't know.  Yes, I think so.
17     Q.  So when did you learn about this wage
18 notice?
19     A.  Learn about?
20     Q.  Or when did you realize that there was a
21 wage notice that was created by the New York
22 State Department of Labor?
23     A.  At the beginning.
24     Q.  At the beginning of what?

143

A. H. SUNG

1      A.  For the business when I opened it.
2      Q.  At the beginning of the business, okay.
3  And who told you about your obligation to keep
4  this pay notice?
5      A.  I think it's my accountant.
6      Q.  Your accountant?
7      A.  Yeah.
8      Q.  Do you recall what he told you exactly
9  about your obligation to keep --
10     A.  Yeah, he -- I ask my accountant for the
11 payroll so what kind of paper do we need to keep
12 it.  And he suggest what we need to do.  And that
13 is one of paper, we have to keep.  He said it's
14 very important.
15     Q.  So what you're telling me is that when
16 you opened the business, when you opened Silo
17 Cafe, you had a conversation with the accountant
18 about the documents that you would need for
19 payroll, and he informed you that you should fill
20 out a pay notice, a wage notice?
21     A.  That's LS54, yeah, this paper.  But this
22 form is also changed it several times.  Sometimes
23 form is different, but anyway, you know, we keep
24 this one.

144

36  (Pages 141 to 144)

A. H. SUNG

1
2   Q.   So when would you create a wage notice
3   for each employee?
4   A.   Uh-huh.
5   Q.   When would you create it?  At what
6   point?
7   A.   When they hired.
8   Q.   When they're hired?
9   A.   Yeah.
10   Q.   Did you follow your accountant's advice
11   for each employee when they were hired?
12   A.   No.
13   Q.   No?
14   A.   No.
15   Q.   When did you start filling out these
16   wage notices --
17   A.   I don't remember.
18   Q.   -- for employees?
19   A.   That --
20   Q.   You don't remember?
21   A.   Yeah.
22   Q.   But is it correct, just correct me if
23   I'm mistaken, but were you explaining to me
24   earlier your accountant told you when you opened
25   the business that you should be filling out these

145

A. H. SUNG

1
2   wage notices for your employees?
3   A.   Yeah.  I think I got the information from
4   him that we need this kind of paper have to keep
5   record.
6   Q.   But you decided at that point not to
7   fill it out with each employee?
8   A.   No, we fill it out each employee.  This
9   one filled by each employee, every single
10   employee has this one and we got renewed employee
11   when we raised their --
12   Q.   Say that again.
13   A.   We renew this form when we raised their
14   wages, hourly rate.
15   Q.   So is it your testimony that you have a
16   wage notice for each employee for when they're
17   hired and when they're given a raise?
18   A.   Raise, yeah.  So that's when we got
19   because here shows like a $10.13 cents per hour.
20   Q.   Sure.
21   A.   So when we raise it 10.15, we have to
22   put the new one.
23   MS. BARBOSA:  Just for the record,
24   Mr. Sung was referring to the wage notice
25   that was in Plaintiff's Exhibit Number 1.

146

A. H. SUNG

1
2   Q.   So would you instruct to Mr. Kim that --
3   A.   Yeah.
4   Q.   Any time an employee was hired, that he
5   should fill out a wage notice for each employee?
6   A.   Yes.
7   Q.   Do you recall when you instructed Mr. Kim
8   to do that?
9   A.   I don't remember.  That's long time ago.
10   Q.   Would it be correct to say that you
11   instructed him to do this at the beginning of
12   Mr. Kim's employment as the manager?
13   A.   Probably about that time.
14   Q.   Probably about that time?
15   A.   Yeah.
16   Q.   Based on, you know, your knowledge, do
17   you think that Mr. Kim did this?
18   A.   Yeah.
19   Q.   That he filled out the wage notices?
20   A.   Yeah.
21   Q.   For every employee that was hired?
22   A.   Yeah.
23   Q.   And also when there were raises?
24   A.   Yeah.
25   Q.   Are you aware of what wage notices were

147

A. H. SUNG

1
2   produced by you and 50 Food Corp. in response to
3   Plaintiff's Request For Documents?
4   A.   Yeah, he asked me all the paper,
5   whatever paper.
6   Q.   Okay.
7   A.   For relate for the payroll.
8   Q.   You produced all of the wage notices
9   that related to the Plaintiffs?
10   A.   If we have it.
11   Q.   If you have it.  Why wouldn't you have
12   all of them?
13   A.   Huh?
14   Q.   Is there any reason why you wouldn't
15   have all of the wage notices?
16   A.   We got some lost from the water damage.
17   Q.   Was there a particular section --
18   A.   I don't know.
19   Q.   I didn't finish my question.  Was there
20   a particular section in the office that was
21   particularly damaged by the flood?
22   A.   No.  Water entire -- because that office
23   is about half size of this.
24   Q.   Okay.
25   A.   You know, so once water come about this

148

37  (Pages 145 to 148)

A. H. SUNG

1  much, I don't know where he keep this one, but,
2  you know, small office is very lousy and he said
3  he lost lot of paper in that point.
4      Q.  So Mr. Sung, just to be clear, is it
5  your testimony that a wage notice was filled out
6  upon hire for each of the Plaintiffs in the
7  lawsuit?
8      A.  Uh-huh.
9      Q.  And also was filled out any time they
10  received a raise?
11      A.  As long as I know.
12      Q.  As far as you know?
13      A.  Because I instructed Mr. Kim doing that
14  way.
15      Q.  Is it your understanding that some of
16  these wage notices were damaged and that's why
17  not all of them were produced in response to
18  Plaintiff's Request For Documents?
19      A.  Because whatever -- even I tried once,
20  we got sued, I tried, but I found some documents
21  we don't have it.  So I ask Mr. Kim where is the
22  papers and said he may have some damage.  He said
23  when we have the water damage, water problem, and
24  he just throw out some paper.  That's why I

149

A. H. SUNG

1  thought maybe that time so we lost a lot of
2  papers.
3      Q.  Is it Mr. Kim's responsibility to also
4  distribute employees' pay on a weekly basis?
5      A.  Yeah.
6      Q.  I think you told me earlier that pay is
7  distributed on either a Wednesday or a Friday; is
8  that right?
9      A.  Yeah.
10      Q.  What is your understanding of how
11  employees are paid?  If they're paid by hourly
12  rates, weekly salaries?
13      A.  Hourly rates.
14      Q.  Hourly rates, okay.  And who determines
15  the hourly rates of employees?
16      A.  I determine.
17      Q.  You determine them?
18      A.  Yeah.
19      Q.  So how does that work when an employee
20  is hired?  Because I think you told me earlier
21  that any new employees that weren't hired by the
22  old manager are hired by Minchul Kim; is that
23  right?
24      A.  Yeah, but he hired, but he need my

150

A. H. SUNG

1  approval how much we pay by hour.
2      Q.  So when he wants to hire somebody, does
3  he call you and say --
4      A.  Yeah, yeah.
5      Q.  -- how much should I pay this person?
6      A.  No, he say like that, he want to pay
7  something amount, it is okay?  So I said okay or
8  I say no.
9      Q.  I'm sorry, you may want to repeat that
10  just for the record.  Can you repeat your answer?
11      A.  Yeah, he asks me usually after he
12  interview someone, you know, and then he told me
13  how much, certain amount he wants pay.
14      Q.  Okay.
15      A.  It is okay to me.  So I say sometimes
16  yes or sometimes no.
17      Q.  So you determine the pay rate?
18      A.  Yeah.
19      Q.  You authorize the pay rate?
20      A.  That's correct.
21      Q.  Got it.  Do employees typically receive
22  raises?
23      A.  Yeah.
24      Q.  How often do you think employees receive

151

A. H. SUNG

1  raises?
2      A.  It depends on employee, but at least
3  they raise about one to two times a year about 25
4  cents per hour, per maybe six months.
5      Q.  Is that a policy that you have or a
6  practice?
7      A.  No, it's not policy, but it depends on
8  each employee how they work.
9      Q.  So it's discretionary?
10      A.  Yeah.
11      Q.  Who decides if somebody gets a raise?
12      A.  Minchul decided and he asked me my
13  approval.
14      Q.  So you need to authorize it?
15      A.  That's correct.
16      MS. BARBOSA:  Got it.  So if we could
17  just take a few minutes for a break.  It's
18  one o'clock right now.
19      THE WITNESS:  Can I say just one thing?
20      MS. BARBOSA:  Do you want to go off the
21  record?
22      (Whereupon, a discussion was held off
23  the record.)
24      MS. BARBOSA:  So why don't we stay on

152

A. H. SUNG

1    the record and if I need a few minutes, I'll
2    tell everybody.
3    Q.  So we've spoken about the other Silo
4    Cafe, right, the one that's located on 32nd
5    Street, and if I'm remembering correctly, I think
6    you told me that the Silo Cafe at 32nd Street was
7    open before --
8    A.  2006.
9    Q.  Was open before?
10    A.  Yeah, two years before.
11    Q.  And could I ask you what caused you to
12    open up a deli? Had you had experience running
13    deli's or working in deli's in the past?
14    A.  What caused?
15    Q.  Yes. I'm just interested to know why
16    you opened --
17    A.  Oh, why.
18    Q.  Yes.
19    A.  The reason is after I finished closed
20    the landscape business, I do a little
21    construction business.
22    Q.  Okay.
23    A.  At the city.
24    Q.  Okay.

153

A. H. SUNG

1    A.  And then I constructed some deli store
2    for others.
3    Q.  Okay.
4    A.  And then I knew deli business -- I learn
5    deli business when I construct for someone else.
6    And then those space for Silo Cafe, I found a
7    very good rent, very cheap rent for the location.
8    Q.  Okay.
9    A.  And I thought, oh, why couldn't we --
10    why couldn't I do my own business. Actually,
11    thinking is, I make those deli for my wife
12    because my wife never work until my son went to
13    college.
14    Q.  And that was in two thousand --
15    A.  2006.
16    Q.  '6?
17    A.  Yeah. And then I thought she needed
18    some kind of work so I made those deli for my
19    wife. That is a starting, you know.
20    Q.  Okay.
21    A.  So that's the reason I started.
22    Q.  I understand, you know, from our
23    conversation earlier about the Silo Cafe at 32nd
24    Street, that while your wife, you know, was very

154

A. H. SUNG

1    involved in the business, that you had managers?
2    A.  My wife also cannot handle -- the woman
3    cannot handle that side of business. That's what
4    I thought. And then she didn't have any
5    experience, so we need experience manager for
6    operating the business.
7    Q.  Would it be correct to say that you
8    provided guidance to the managers similar to the
9    guidance that you provided Minchul Kim about how
10    to track hours and to track --
11    A.  Oh, yeah.
12    Q.  -- pay?
13    A.  Sure.
14    Q.  Were any payroll and time records
15    similar records that you used at 50 Food Corp.
16    that you used at 32nd Street?
17    A.  Yeah.
18    Q.  Why were those documents similar?
19    A.  Because it was two same stores, you
20    know. It is easier to handle it.
21    Q.  So are you the one who implemented the
22    practice of using the payment reports --
23    A.  Yeah. It's all the same because we used
24    the same accountant.

155

A. H. SUNG

1    Q.  Let me just finish my question so we can
2    get a clear record. So was it your decision to
3    implement what we've been labeling as the payment
4    record? Again, just so we're all clear, when I
5    say payment report, I'm referring to the last
6    page in Plaintiff's Exhibit 1.
7    A.  We used the same form.
8    Q.  Was it your decision to use the same
9    form --
10    A.  Yes.
11    Q.  -- at the 32nd Street location --
12    A.  Yes.
13    Q.  -- and the Third Avenue location?
14    A.  That's correct.
15    Q.  At the 32nd Street location, whose
16    responsibility was it to fill out those payment
17    report --
18    A.  The manager.
19    Q.  Was that payment report used at the
20    beginning of the Silo Cafe at the East 32nd
21    Street?
22    A.  Yes.
23    Q.  Was it your practice and maybe your
24    wife's practice to review those payment reports,

156

39 (Pages 153 to 156)

A. H. SUNG

1  and --
2     A.  Yeah, yeah.
3     Q.  -- to make sure that the information was
4  accurate?
5     A.  That's correct.
6     Q.  So, I'm aware that there was a New York
7  State Department of Labor investigation at the
8  32nd Street location.
9     A.  Yeah, two times.
10     Q.  Two times.  What years do you recall
11  there being an investigation?
12     A.  I think first time it was 2007, someday.
13  I don't exactly remember.
14     Q.  Okay.
15     A.  But 2007 or 2008.
16     Q.  2007 or 2008?
17     A.  Yes.
18     Q.  What about the second investigation?
19     A.  Second one is very recent.  I think it's
20  about 2014, '15 or '14, something like that.
21     Q.  Is the investigation that initiated in
22  either 2014 or 2015, still ongoing?
23     A.  No, it's done.
24     Q.  It's been resolved?

157

A. H. SUNG

1     A.  They dismiss it.
2     Q.  It's been dismissed?
3     A.  They're same case.
4     Q.  When you say same case, what do you
5  mean?
6     A.  This means they said they didn't list
7  overtime.
8     Q.  Okay.  So same allegations?
9     A.  Same allegations.
10     Q.  Got it.  So let's talk about the
11  investigation from 2007 or 2008.  When do you
12  recall learning about the investigation?
13     A.  They send us a letter, but before that,
14  the inspector came to the store and had
15  interviews each employee.  And at that time, we
16  show them all the paperwork and it was okay, but
17  we received a letter and about three, four guys,
18  you know, keep saying they don't receive the
19  overtime.  And I went to the hearing myself
20  without the lawyer in the New York State Labor
21  Department.
22     Q.  Did you attend that, you said, a
23  hearing?
24     A.  Hearing, myself.

158

A. H. SUNG

1     Q.  Did you attend that hearing along with
2  your wife --
3     A.  No.
4     Q.  -- or any other individuals?
5     A.  Just me.
6     Q.  Why did you attend?
7     A.  They asked me to attend.
8     Q.  Who asked you to attend?
9     A.  Labor Department.
10     Q.  Did they ask you to attend --
11     A.  For the hearing.
12     Q.  Did they ask you to attend the hearing
13  in your role as an employer?
14     A.  Yeah.
15     Q.  Was your wife --
16     A.  No.
17     Q.  -- not invited to --
18     A.  Not invited.
19     Q.  -- or requested to attend?
20     A.  Just me because I am the owner of the
21  company and she didn't speak English well.
22     Q.  I guess I'm confused because I thought
23  you told me earlier that your wife was the owner?
24     A.  No, Silo 32nd, I'm the owner.

159

A. H. SUNG

1     Q.  So you're --
2     A.  But doesn't matter.  It's wife and
3  husband.
4     Q.  So just so that I'm clear, both you and
5  your wife own the 32nd Street?
6     A.  But in the name of the corporation, it's
7  my name is on there.
8     Q.  Got it.  So sometime in 2007 and 2008,
9  you attended a hearing --
10     A.  Yeah.
11     Q.  -- in your role as an employer at the
12  32nd Street Silo Cafe?
13     A.  Right.
14     Q.  Your wife did not attend?
15     A.  No.
16     Q.  You explained to me that you submitted
17  documents to them?
18     A.  Yes.
19     Q.  I think you mentioned earlier also that
20  the 32nd Street location had kept the payment
21  reports?
22     A.  Yeah.
23     Q.  So you submitted to them all those
24  payment reports?

160

40 (Pages 157 to 160)

A. H. SUNG

1
2    A.  I submitted exact same form, this one.
3  (Indicating)
4    Q.  Okay.  And you're referencing the
5  payment report; is that right?
6    A.  Yeah, this one. (Indicating)
7    Q.  What was the result of what you
8  described as a hearing?
9    A.  2007 case, they ask me -- they pushing
10  me for the settle, but even that times, I don't
11  want to settle, but they keep saying.  Because
12  that time, it's just one year after we start this
13  business so we don't know that much about the
14  labor law for the deli.  So I keep tell him I
15  just want to go to trial because I paid overtime.
16  I don't want to pay other because if I agree, I
17  settled, I become the bad person through not
18  paying the overtime.  That I cannot accept it.
19    Q.  Okay.
20    A.  So even if I pay more than what they
21  asking, I want to go to trial.
22    Q.  Okay.
23    A.  But I met one lady who is Korean lady --
24    Q.  Can you stop for a second.  You said one
25  lady?

161

A. H. SUNG

1
2    A.  One woman.
3    Q.  Okay.
4    A.  Who worked for the Labor Department.
5  She suggest me to settle.
6    Q.  Who is this person?
7    A.  I don't remember her name.  I think she
8  is still working in the department I believe.
9    Q.  Are you describing a female --
10    A.  Female.
11    Q.  -- investigator from the Department of
12  Labor?
13    A.  That's correct.
14    Q.  Was she a Korean speaking individual?
15    A.  Yes.  And then she suggest just settle.
16  Because in that point -- because the reason I
17  settle because I hired illegal employee, but that
18  is bother of me.
19    Q.  That's what?
20    A.  That bothered me.
21    Q.  That bothered you?
22    A.  Yeah, because it's not right.  Because
23  their status is not legal, you know, but I hire
24  him.  So I worry about that case.  I hired
25  illegal employee, no?  That's why I settled at

162

A. H. SUNG

1  that at that time.  So we settle about half price
2  and I paying spread about two years in payment.
3    And back to 2014 and '15s, exact same
4  case.  And at that time also the Labor Department
5  inspector came to store, had interview each
6  employee and three guys, they say they didn't pay
7  the overtime.  So in that point, I was so busy, I
8  hired one lawyer for protect me.
9    Q.  In 2014, 2015?
10    A.  Yes.
11    Q.  Is it Mr. Varacalli or another attorney?
12    A.  Another attorney.
13    Q.  Can you tell me that attorney's name?
14    A.  She is a Korean lady.
15    Q.  Is her name Diane Lee?
16    A.  Diane Lee.
17    Q.  I know her.
18    A.  But she didn't do nothing.
19    Q.  Okay.
20    A.  Actually, she did do -- you know, she
21  only representative the Labor Department, not
22  protect me.  So I fire her.
23    Q.  Okay.
24    A.  I didn't use her and then I appeared to

163

A. H. SUNG

1  myself without lawyer.  And then my three
2  employee came and then we got a hearing in front
3  of judges and I explained them.  He asked me did
4  you pay fixed pay every week, I said, yes.
5    But reason I pay fixed rate because our
6  opening business hours is always same.  So just
7  for one more extra hour, I cannot hire another
8  person so I paid overtime.  And then I -- each
9  week, that's why they paid each week in same
10  amount of wages.  So in that time, the judges
11  said fixed rate doesn't mean it's not to pay
12  overtime.
13    Q.  Okay.
14    A.  That's why the case is dismissed.
15    Q.  So let me just make sure I understand.
16  So in 2007, 2008, you actually ended settling
17  with the New York State Department of Labor?
18    A.  Yeah.
19    Q.  Do you recall how much you paid?
20    A.  I think about $25,000.
21    Q.  $25,000?
22    A.  Yeah, so I spread out about 24 months
23  paying.  It wasn't necessary.
24    Q.  Did you have an attorney represent you

164

41 (Pages 161 to 164)

A. H. SUNG

in 2007, 2008?

    A.  No.

    Q.  You represented yourself?

    A.  Yes.

6    Q.  And then in 2014, 2015, I understand for
7 that investigation, you initially did have an
8 attorney, Ms. Lee, who was advising you. She was
9 fired and then you represented yourself?
10    A.  Yes.
11    Q.  But the case was resolved and the judge
12 found that you didn't have to pay anything?
13    A.  No.
14    Q.  So you never paid anything as a result
15 of that investigation?
16    A.  No.
17    Q.  I believe you described a couple of
18 minutes ago that you had a conversation or you
19 had some conversations with a Korean-speaking
20 investigator at the New York State Department of
21 Labor?
22    A.  Correct.
23    Q.  If I understand correctly, it was based
24 on her advice to you that you actually settled
25 the case?

165

---

1               A. H. SUNG
2    A.  She said if you go all the way to trial,
3 anyways you lose the money. But what I afraid is
4 not losing the money, afraid is I using -- I hire
5 illegal employee, people who cannot work in the
6 United States.
7    Q.  Okay.
8    A.  That's what I afraid. But actually that
9 -- now I learn, that really that don't matter
10 about it.
11    Q.  What reasons did the Korean-speaking
12 Department of Labor investigator give you of why
13 you should settle the case? Did she say there
14 was anything --
15    A.  No because --
16    Q.  Let me finish. Did she say there was
17 anything the matter with your documents?
18    A.  No. She said -- I told her at the
19 beginning I want to go all the way to the trial.
20 I won't accept this. And then she said -- in
21 that time, another two English-speaking officer
22 it was together, but she explained by the Korean
23 language. So she told me if you go trial in this
24 case, you spend a lot of attorney's fees and
25 anyway you lose the money.

166

---

1               A. H. SUNG
2    But I don't afraid about that. But I
3 afraid for I hired the illegal immigrant. That
4 is what I was afraid of. But now reason I go all
5 the way to trial because now that doesn't matter.
6 That case, I used -- still this guys illegal, you
7 know, immigrant, I using him, but that doesn't
8 matter to the Labor Department.
9    Q.  Okay.
10    A.  The fact is I paid overtime. They keep
11 lying. But I may have a little lack of
12 paperwork.
13    Q.  You may have what?
14    A.  The lack of paper. We lost some paper.
15 That's the problem now.
16    Q.  So again, my understanding is that, you
17 know, you kept the same records?
18    A.  Yeah.
19    Q.  At the Silo Cafe located at 32nd Street
20 as you kept at the Silo Cafe on Third Avenue?
21    A.  Uh-huh.
22    Q.  Yet the Department of Labor in 2007 and
23 2008 found the need to investigate Silo Cafe and
24 the investigator recommended that you settle the
25 case and it was settled for 25,000?

167

---

1               A. H. SUNG
2    A.  At that time, what was the reason they
3 keep saying for we don't pay the overtime because
4 they say you pay fixed rate every week.
5    Q.  Yes.
6    A.  That means you don't pay overtime. But
7 I explain her because we got the same hours, same
8 amount of work hours every week, that's why it's
9 the same. But second case of judges, he
10 understand it, you know. He understand why we
11 pay fixed rate for every week.
12    Q.  So the payment reports that you had
13 submitted --
14    A.  Even after this case, we got some
15 conference, like conference, like seminar from
16 the Labor Department about how we can pay for the
17 payroll and then they said even if we pay some
18 round-up amount -- like lot of case we pay the
19 round-up.
20    Q.  A round-up?
21    A.  A round-up. So means we pay more. In
22 the first case they make issues for why you pay
23 the round-up.
24    Q.  Okay.
25    A.  But in the seminar when we went there

168

---

42 (Pages 165 to 168)

A. H. SUNG

1             A. H. SUNG
2  after about three years later, they said round-up
3  is not a problem.  If you pay more, it's not a
4  problem, they said in the Labor Department.  But
5  in 2010 -- '14, even if you pay fixed rate, it's
6  okay.
7       Q.   So is what you're telling me that you
8  attended this seminar that you're referencing?
9       A.   Yeah.
10       Q.   Is this something that you were invited
11  to by the New York State Department of Labor?
12       A.   Yeah, they send us a letter, you know.
13       Q.   Who attended the seminar?
14       A.   Manager, the Jhong Lee I told you.
15       Q.   At 32nd Street, the 32nd Street manager?
16       A.   Yeah.
17       Q.   Was he the only person who attended the
18  seminar?
19       A.   Yeah.
20       Q.   You did not attend?
21       A.   No.
22       Q.   Did your wife attend?
23       A.   No because he speak very well, English
24  very well and he understood English very well.
25  He is second generation immigrant.

169

1             A. H. SUNG
2       Q.   Is that what you see as well?
3       A.   Yeah.
4       Q.   Is it correct to say that this is a
5  depiction of how much was paid to employees on a
6  weekly basis and how many hours they worked per
7  day?
8       A.   Yeah.
9       Q.   It looks like this document also
10  includes in the fourth column under the heading,
11  "Wage," would it be correct to say that that's
12  the hourly rates for the employees?
13       A.   This wage area is per hour wage rate.
14       Q.   So that's the hourly rate; is that
15  right?
16       A.   Yes.
17       Q.   Then the second column is the amount of
18  hours worked that week?
19       A.   Yes, I think so.
20       Q.   Then the following column under the
21  heading, "Salaries," the actual amount paid out
22  to the employees at the end of the week?
23       A.   That's correct, yeah.
24       Q.   In looking at this document, do you have
25  any reason to believe that any of this

171

1             A. H. SUNG
2       Q.   Did any representative from the Third
3  Avenue location attend the seminar?
4       A.   No.
5       Q.   After the investigation in 2007 and 2008
6  -- did the investigation in 2007 and 2008 impact
7  how you ran the Silo Cafe at Third Avenue?  Did
8  you make any changes?
9       A.   The changes is paperwork is very
10  important.  I keep telling the manager keep the
11  old record, you know.
12       Q.   So let's look at this document again
13  what's been described as Plaintiff's Exhibit 1.
14  Let's look at the first page.  So again, the
15  first page of Plaintiff's Exhibit 1 is D001388;
16  is that right?  Do you see the number at the
17  bottom?
18       A.   I didn't see a number.
19       Q.   I'm just referencing that number there.
20  (Indicating)
21       A.   Oh, I didn't see it.
22       Q.   So my understanding, looking at this
23  document, is that this looks like a document from
24  the period April 27th to May 1, 2015?
25       A.   Uh-huh.

170

1             A. H. SUNG
2  information is not correct, is inaccurate?
3       A.   I believe because I found some the
4  Minchul's mistake, he didn't update for the wage
5  rate, you know.
6       Q.   What mistake are you referencing?
7       A.   That Minchul, when he raised the
8  employee's hourly rate, he didn't change it in
9  this form for wage.
10       Q.   Okay.
11       A.   But he just put total wage is correct,
12  you know.  But I only saw the total amount, how
13  much he paying for the by the weekly only.  But
14  sometimes he just has a different -- he
15  thought this document it shows everything.  So
16  means he didn't update this wage rate.
17       Q.   So what you're telling me is this
18  document, this looks like a weekly report of
19  wages paid and hours worked?
20       A.   Right.
21       Q.   That this document may not include
22  accurate information about the hourly rate of
23  employees?
24       A.   Maybe sometimes because he didn't -- he
25  didn't changed this, but the correct amount is --

172

43  (Pages 169 to 172)

A. H. SUNG

1    amount is correct.
2        Q.   I think you mentioned earlier that you
3    believe the payment report would reflect the
4    actual accurate --
5        A.   Because the last --
6        Q.   Let me just finish.  So the payment
7    report would accurately reflect the hourly rate
8    and the amount of hours worked; is that right?
9        A.   No, total amount is same amount over the
10   weekly wage what he paying.
11       Q.   But my question is in the payment
12   reports would that document include the correct
13   information of what a worker's hourly rate is?
14       A.   Maybe, that's -- yeah, that's correct
15   because hour is correct because hour is fixed
16   hour for every week.
17       Q.   I understand the amount of hours is
18   correct.  When I say hourly rate, it means what
19   their pay is.
20       A.   Hourly rate -- because I just know when
21   we got in the court, I didn't know before that it
22   was a mistake on it.  Because when we got the
23   hearing for the judges, she point out this is
24   wrong then compared to same day with this.  So

173

A. H. SUNG

1    that is first time I realized he didn't change
2    it, he didn't update this.
3        Q.   So it looks like what you're telling me
4    is this document we're looking at, the first page
5    of Plaintiff's Exhibit 1, probably does not
6    include accurate information?
7        A.   I don't know.  I don't know which one is
8    wrong, which one is right.
9        Q.   You don't know --
10       A.   But the paperwork I saw at the front of
11   the judges, that was wrong, I saw that.  But
12   amount of the total payment was correct.
13       Q.   If I wanted to know how much an employee
14   was earning on an hourly basis, what would be the
15   correct document for me to look at to determine?
16   Would it be the wage notice?
17       A.   This one. (Indicating)
18       Q.   So it would be the payment report?
19       A.   That's correct.
20       Q.   Earlier, we discussed the wage notices,
21   right, and we were looking at the form created by
22   the New York State Department of Labor and
23   correct me if I'm wrong, but I think you told me
24   that you would fill this document out when an

174

A. H. SUNG

1    employee was hired and when there were raises; is
2    that right?
3        A.   Yes.
4        Q.   The information in the wage notices, is
5    that information that was correct?
6        A.   Yeah, that's correct.
7        Q.   So if I wanted to look at what the
8    accurate hourly rate is for employees, I would
9    look at the wage notice?
10       A.   Yeah.
11       Q.   Or the payment report?
12       A.   Yeah.
13       Q.   Both of those documents should include
14   the accurate hourly rate?
15       A.   Yeah.
16       Q.   So if we could turn the page, the second
17   page of this Plaintiff's Exhibit Number 1, this
18   looks like a wage notice, right?
19       A.   Uh-huh.
20       Q.   Can you see the section where it has the
21   date?
22       A.   Date?
23       Q.   I read April 29, 2015, is that the same?
24       A.   This is date for sign.

175

A. H. SUNG

1        Q.   That's the date it was signed.  Would it
2    be correct to say that this is the wage notice
3    for Felix Galindo?
4        A.   Uh-huh.
5        Q.   Do you recognize Mr. Kim's signature at
6    the bottom there?
7        A.   Yes.
8        Q.   What is your understanding of what
9    Mr. Galindo's pay rate is according to this wage
10   notice?
11       A.   $10.13 cents per hour.
12       Q.   Does this wage rate match the wage rate
13   on the first page?  And it looks like it's from
14   the same period, would you agree?
15       A.   It's 9.36.  It's the same day?
16       Q.   So the date --
17       A.   That means he didn't change it.
18       Q.   Okay.
19       A.   You know, after he raise his rate.
20       Q.   Who didn't change it?
21       A.   Minchul.
22       Q.   Minchul Kim?
23       A.   Yeah.
24       Q.   So which document is accurate?

176

A. H. SUNG

1
2      A.   This one, this is accurate. (Indicating)
3      Q.   The wage notice?
4      A.   Yeah.
5      Q.   So let's turn the page.  So this is the
6  third page and this is a payment report, right?
7      A.   Uh-huh.
8      Q.   Is this also Mr. Galindo's payment
9  report?
10     A.   Yes, Felix Galindo, yeah.
11     Q.   From reading this payment report, what
12 was the date range for the payment report?
13     A.   You mean?
14     Q.   The dates that this covers.
15     A.   I think it's April 28, but there's no
16 year.  I don't know what year is this.
17     Q.   Okay.
18     A.   I got to find out from the Minchul.
19     Q.   What would be the best way to determine
20 what year this was?
21     A.   He got paid 9.75.  And here it's '15,
22 it's 10.13 and this one is '15.  I don't know.  I
23 got to check that one.
24     Q.   What do you need to check?
25     A.   This one is he didn't put the years here

                                              177

A. H. SUNG

1
2      A.   Monday to Friday and then we pay
3  Wednesday.
4      Q.   I think it's important for this exercise
5  to determine what year we're looking at for this
6  payment report, right?
7      A.   Yeah, yeah.
8      Q.   And so I brought along some calendars
9  that we could look at to maybe identify what pay
10 period this was.  Just give me a moment so I
11 could locate it.
12     A.   I think if you have --
13     THE WITNESS:  You have a bunch of this,
14 right?
15     MR. VARACALLI:  (Indicating.)
16     A.   So if you have a bunch of this, then we
17 can calculate what year this is.
18     Q.   That's exactly what I did.
19     MS. BARBOSA:  Off the record.
20     (Whereupon, a discussion was held off
21 the record.)
22     MS. BARBOSA:  So we're back on the
23 record.
24     A.   2014.
25     Q.   You believe that the payment report is

                                              179

A. H. SUNG

1
2  so I got to check what year he paying 9.75.
3      Q.   Would you be surprised to know that most
4  of the payment reports do not contain the year?
5      A.   That's why I -- Minchul did a lot of
6  mistakes for this one.  But I think this is
7  accurate because he signed it, each employee
8  signed when he received the payroll.  They know
9  how much they paid and then they signed it.  But
10 this one, it's just for inside record.  I just
11 want to check for how much total payroll.
12     Q.   Okay.
13     A.   It's not have to be exact in the cents
14 and exact in the matching.  I just want to know
15 lump sum numbers, you know.
16     Q.   I'm just going to direct your attention
17 again to the payment report, okay?  So the first
18 column, it looks like it's the time period for
19 the payment report, right?
20     A.   Uh-huh.
21     Q.   In this particular document, it's April
22 28th to May 2nd; is that your reading as well?
23     A.   Yeah.
24     Q.   What is the pay period?  What day of the
25 week does the pay period usually begin?

                                              178

A. H. SUNG

1
2  for 2014?
3      A.   Yeah.
4      Q.   How did you figure that out?
5      A.   The period of the payment is Monday to
6  Friday every week.
7      Q.   Okay.
8      A.   So if I look at the calendar --
9      Q.   Actually, why don't we make this easier.
10 I printed out a Google calendar for the years
11 2011 to 2015.
12     MS. BARBOSA:  We can enter this as an
13 exhibit so we're making sure we're both
14 looking at the same calendars.  We'll mark
15 this as Plaintiff's Exhibit 4.
16     Q.   So why don't you reference -- just so
17 we're looking at the same calendar, why don't you
18 you reference this one and I'll look at this one?
19     (Whereupon, calendars were marked
20 Plaintiff's Exhibit 4 for identification, as
21 of this date.)
22     A.   Look at April.
23     Q.   Okay.  We're looking at April of 2014,
24 right?
25     A.   Yes.

                                              180

45  (Pages 177 to 180)

A. H. SUNG

1
2    Q.   So April of 2014, so the 28th falls on a
3  Monday, right?
4    A.   Yes.
5    Q.   So that's why you believe this payment
6  report is from 2014?
7    A.   That's correct.
8    Q.   Okay, got it.  So let's turn the page.
9    A.   Next page is next week.
10    Q.   Is the following week?
11    A.   Yeah, following week.
12    Q.   So I'm reading the following week of May
13  5th through May 9th?
14    A.   That's correct.
15    Q.   Got it.  So that May 5th falls on a
16  Monday?
17    A.   That's correct.
18    Q.   So for those reasons you believe the
19  payment reports attached to Plaintiff's Exhibit
20  Number 1 is from 2014?
21    A.   Yes.
22    Q.   Got it.  So we've looked at three
23  categories of documents in this exhibit, right?
24  The first page being kind of the weekly salary
25  and the weekly hours, the second page being the

181

A. H. SUNG

1  over --
2
3    A.   I saw the envelope when he prepare,
4  because sometimes when I visit the store and I
5  open his drawer he already prepared the payroll
6  with the cash for small envelope.
7    Q.   Okay.  So an envelope was prepared for
8  each employee who's given cash?
9    A.   The name and the total amount.
10    Q.   And the total amount?
11    A.   And then this paper is attached.
12    Q.   From what you observed or, you know,
13  what you reviewed, would the amounts written on
14  the envelope match the amounts written on the
15  payment reports?
16    A.   Yeah.
17    Q.   Do you recall whether the envelopes ever
18  had any loose change in them or was it only just
19  dollar bills?
20    A.   That I don't remember really.
21    Q.   Was it always the case that you or
22  Minchul Kim would round up for weekly salaries?
23    A.   Yeah, I think like 499.68.
24    Q.   So what would you do in that instance?
25    A.   $500.

183

A. H. SUNG

1
2  wage notice, and the third and fourth pages being
3  examples of the payment reports.
4    A.   Correct.
5    Q.   I understand that it's your testimony
6  that we should really not look at this weekly
7  schedule, but that we should instead be looking
8  at the payment reports to see the accurate hourly
9  rates and weekly sums paid to the workers?
10    A.   Yes.
11    Q.   Were you ever present during pay days at
12  Silo Cafe?
13    A.   No.
14    Q.   I think you said that employees were
15  typically paid on Wednesday or Friday?
16    A.   Wednesday, Friday.
17    Q.   You were never present when Minchul Kim
18  distributed pay to you workers?
19    A.   I don't remember.  Most of time, I'm not
20  there.
21    Q.   It sounds like a lot of the workers at
22  Silo Cafe are paid off the books in cash, right?
23    A.   Yeah.
24    Q.   Do you know whether Minchul Kim deposits
25  the money in any type of envelope or does he hand

182

A. H. SUNG

1
2    Q.   $500, okay.
3    A.   Labor Department said that's okay.
4    Q.   That's okay?
5    A.   Yeah, they said that's okay.
6    Q.   You would ask the employee to sign for
7  the 499?
8    A.   Yeah.
9    Q.   We'll put aside Plaintiff's Exhibit 1
10  for now.  Let's see.  So I think you had
11  mentioned earlier that Esteban Perez was hired by
12  Minchul Kim; is that right?
13    A.   Yes.
14    Q.   Do you recall when he was hired?
15    A.   I don't remember, but long time ago.
16    Q.   A long time ago?
17    A.   Must beginning of Minchul hired.
18    Q.   Excuse me?
19    A.   I think it's the same year when Minchul
20  started working.
21    Q.   Okay.  Do you recall what Mr. Perez's
22  duty was or his position was at the cafe?
23    A.   Who?  Esteban?
24    Q.   Esteban Perez, yes.
25    A.   He was a deli man.  He made the

184

46  (Pages 181 to 184)

A. H. SUNG

1  
2  sandwich.
3      Q.  He made the sandwiches, and were his
4  hours the same as the other employees who did
5  similar work?
6      A.  I don't know, but maybe whatever he said
7  here, you know, that's his hour.
8      Q.  Do you recall being advised by Mr. Kim
9  of Mr. Perez ever receiving a raise?
10      A.  Yeah.
11      Q.  If you had to estimate, how many times
12  would you say Mr. Perez was given a raise?
13      A.  I think couple times, couple times.
14      Q.  Were there any particular times of the
15  year that you would give raises?
16      A.  No, there's no particular time.
17      Q.  Okay.
18      A.  Yeah.
19      Q.  As you may know, the labor -- the
20  minimum wage, the state minimum wage has
21  increased in the last few years on a yearly
22  basis.  Do you recall modifying his hourly rates
23  during those periods?
24      A.  Yes, we do.
25      Q.  When Mr. Perez was hired, are you

185

A. H. SUNG

1  
2  on ~~the~~ ~~payroll~~ taxes.  So
3  that happening I remember.  Maybe that was
4  Esteban.
5      Q.  But do you recall having conversations
6  with Mr. Kim at all about how Mr. Perez was as an
7  employee?
8      A.  Minchul said he's a good worker, you
9  know, and that he wants to raise his, you know,
10  pay -- the wage.  So I said okay.
11      Q.  Did you ever observe anything or ever
12  heard anything from Minchul Kim that would make
13  you think that Esteban Perez was a dishonest
14  person?
15      A.  No.
16      Q.  Delfino Lopez was somebody who was hired
17  by the first manager?
18      A.  Yes.
19      Q.  Do you recall what Delfino's role was at
20  the cafe?
21      A.  I think, he before 12 o'clock, he work
22  for helper at the kitchen.  And then after 12
23  o'clock, we have a business starting actually for
24  lunch, lunch guests coming and he helped with the
25  sandwich unit.  So he work at the kitchen and

187

A. H. SUNG

1  
2  confident that he was given a wage notice?
3      A.  Yeah.
4      Q.  That wage notice would have included his
5  correct hourly rate?
6      A.  That's correct.
7      Q.  Are you aware of whether Mr. Perez's
8  role at Silo Cafe ever changed?
9      A.  Mr. Perez is Delfino Perez?
10      Q.  Esteban.
11      A.  Oh, Esteban.  Esteban was a deli man.
12  He made sandwiches.
13      Q.  I guess my questions is was he always a
14  deli man, or did he ever do something else?
15      A.  Always same position, yeah.
16      Q.  Do you recall ever speaking with
17  Mr. Minchul Kim about Esteban Perez causing any
18  types of problems for the business?
19      A.  No.  What I heard only he want to pay
20  the taxes.
21      Q.  He wants to pay --
22      A.  He wants pay the payroll tax.  So I
23  think we -- he only paid one time the payroll tax
24  and the second time, he changed his mind, he
25  don't want to pay the taxes.  I ~~don't know how~~ he

186

A. H. SUNG

1  
2  outside in the sandwich.  That's what I remember.
3      Q.  Are you confident that the previous
4  manager filled out a wage notice for Mr. Lopez?
5      A.  I think so, yeah.
6      Q.  And any time Mr. Lopez would have
7  received a raise?
8      A.  Yeah, he raise it also.
9      Q.  Does anything stand out to you about
10  Mr. Lopez?  What was your understanding of how he
11  was as a worker?
12      A.  He was very calm guy.
13      Q.  Okay.
14      A.  You know, was okay.  So I really want to
15  raise their wages, Esteban and Delfino.
16      Q.  Say that again?
17      A.  I really want raise their hourly rate.
18      Q.  Oh, okay, you wanted to raise their
19  hourly rate.
20      A.  But the company didn't make money so
21  that's why we couldn't, you know, raise.
22      Q.  So you were happy with their performance
23  as employees?
24      A.  Oh, yeah.
25      Q.  Did you ever observe anything of

188

47  (Pages 185 to 188)

A. H. SUNG

1
2  Mr. Lopez or were you ever told anything by
3  Mr. Kim or anyone else about Mr. Lopez that would
4  make you think that he's an untruthful person?
5      A.  No.
6      Q.  Mr. Galindo was also hired by the
7  previous manager?
8      A.  No, he was working at Silo Cafe 32nd
9  Street first.
10     Q.  Oh, okay.
11     A.  And then he has a problem and I moved
12 him.
13     Q.  How long did he work at the 32nd Street
14 location?
15     A.  That is about two years.
16     Q.  He worked there for two years?
17     A.  Yeah, at the beginning and until he
18 moved to the, you know, 50 Street.
19     Q.  Did he start working at the 32nd Street
20 location when the cafe opened at the 32nd Street?
21     A.  Yeah.
22     Q.  So he had been there for a while?
23     A.  Yes.
24     Q.  What was his role at the 32nd Street
25 location?

189

A. H. SUNG

1
2  received raises during the course of his
3  employment at Silo Cafe?
4      A.  Yeah, many times.
5      Q.  And your confident that wage notices
6  were completed each time a raise was --
7      A.  Yeah, I think so, yeah.
8      Q.  Why are you confident that this was
9  done?
10     A.  Because I already instructed each
11 manager. But they know what paper have to be
12 prepared.
13     Q.  Are you aware of what wage notices were
14 produced in response to Plaintiff's Request for
15 documents?
16     A.  I think it's LS54, that form.
17     Q.  Excuse me?
18     A.  This form. (Indicating)
19     Q.  Oh, this form. I guess are you aware of
20 what years were produced.
21     A.  Oh, what year. I don't remember that.
22     Q.  Would you be surprised if I told you
23 that wage notices were only produced for the year
24 2015?
25     A.  I don't know. I don't know.

191

A. H. SUNG

1
2      A.  He was a deli man also.
3      Q.  Do you recall more or less in what year
4  you moved him to the Third Avenue location?
5      A.  I think very beginning. Just like
6  before the Minchul came to -- as a manager. So
7  2008, probably about September, I believe.
8      Q.  Besides the problem that you described
9  with Mr. Galindo at the 32nd Street location, was
10 there any other reason why you moved him to the
11 Third Avenue location?
12     A.  No, that's the only reason because
13 that's very bad. Because the girl who work as a
14 cashier, she doesn't want to work with him.
15     Q.  Okay.
16     A.  Otherwise, she want to leave. So I want
17 to move him to other new store. So I noticed him
18 because we still have a mark in the bathroom.
19     Q.  Are you confident that when Mr. Galindo
20 was hired by the Silo Cafe at 32nd Street that
21 you filled out a notice for him --
22     A.  I don't know. That is very beginning,
23 hired by the first manager at Silo Cafe at 32nd
24 Street. I don't remember, you know, what he did.
25     Q.  Do you recall whether Mr. Galindo

190

A. H. SUNG

1
2      Q.  You don't know?
3      A.  Yeah.
4      Q.  Any wage notices we don't have, the
5  reason we wouldn't have them is because they were
6  lost in the flood?
7      A.  I think so. That was just guessing
8  actually. Because there's no paper because we
9  had it, but it's not in the space now.
10     Q.  When the 32nd Street location was
11 investigated by the New York State Department of
12 Labor, you indicated you submitted payment
13 reports to them?
14     A.  Yes.
15     Q.  The same payment reports that you have
16 kept at 805 Third Avenue?
17     A.  Yes.
18     Q.  Did you also submit to the Department of
19 Labor wage notices?
20     A.  Yeah.
21     Q.  So it was your practice also at 32nd
22 Street to keep wage notices when employees were
23 hired and when employees received raises?
24     A.  Yes.
25     Q.  So even though you had those payment

192

A. H. SUNG

1
2  reports and wage notices, you still decided to
3  settle the case?
4      A.   Because they keep saying we round up the
5  number.  They say when you round the number up,
6  that means you don't pay the overtime.  They keep
7  tolding(sic) me, but I say it's wrong.  That's
8  why I want to go all the way to the trial.
9      Q.   Okay.
10     A.   Okay.  But the reason I told you, the
11  reason I made a settle b~~~~~~~~~~~~~~~~~
12  ~~~~~~~.  That I broke the law also, you know.
13     Q.   So you, at that time, you were
14  uncomfortable with the idea that you had employed
15  ~~~~~~~~~~~~ --
16     A.   That's right.
17     Q.   -- at 32nd Street?
18     A.   That's the only reason I settled.  Once
19  this one goes to court, people knows I hired
20  ~~~~~~~~~.  That's what I afraid of.
21     Q.   Besides the investigations that we've
22  been speaking about at 32nd Street, have any of
23  your other businesses ever been investigated --
24     A.   No.
25     Q.   -- by any other government entity?

193

A. H. SUNG

1
2      MS. BARBOSA:  Okay.  I'm just going to
3  go off the record just for five minutes.
4      (Whereupon, a discussion was held off
5  the record.)
6      Q.   So I've reviewed my notes and reviewed
7  the documents.  I don't have any further
8  questions.  I don't know if there's anything
9  additional that you would like to share with me
10  while we're on the record?
11     A.   Off the record, with the record, it
12  doesn't matter to me.  The fact is I paid
13  overtime.  I don't want to settle because I don't
14  agree I'm not paying the overtime.  I don't break
15  the rules, okay.  They lying to you.
16      So think about it.  Felix still working
17  in my store.  If we paid -- we not paying
18  overtime, he paying less money than five years
19  ago, okay.  So I like those three guys, but I
20  know why they do this way because they like money.
21  I understand, I like money too.
22      But if they wants money, just $5,000,
23  whatever, I can pay.  But if they say you don't
24  paid overtime, give me money, I don't even pay
25  one dollar.  Even if I pay hundred thousand

195

A. H. SUNG

1
2      A.   No.
3      Q.   Not by the Department of Labor?
4      A.   No.
5      Q.   Not by any other government agency?
6      A.   No, nothing.
7      Q.   Do employees at Silo Cafe receive sick
8  days?
9      A.   Uh-huh.
10     Q.   When did you receive -- have they always
11  received sick days or is that something that was
12  implemented --
13     A.   No, when they ask.  So the by law, we
14  got to give 40 hours paid sick days.
15     Q.   Okay.
16     A.   So we follow the law.
17     Q.   Do you use any documents or any
18  documents --
19     A.   We have record.  Each manager has a
20  record.
21     Q.   So they record when an employee is
22  taking off time off --
23     A.   Yeah.
24     Q.   -- for a sick day?
25     A.   Right.

194

A. H. SUNG

1
2  dollars legal fee, okay.  Because once I agree,
3  once I settle, my reputation is means, you know,
4  I don't paid overtime.  I don't want to be a bad
5  guy.  That's the whole thing.
6      Q.   How would you describe your reputation
7  right now?
8      A.   My reputation, I'm a good guy, good
9  employer.
10     Q.   Okay.
11     A.   All the employees like me, they wants
12  work with me, okay.  I really care this guys
13  generously.  I always paid the bonus in the
14  holidays season, you know, but this is not
15  right.
16     Q.   Okay.
17     A.   That's all I want to say.
18      MS. BARBOSA:  Okay.  Well, I appreciate
19  you being here today.
20      (Continued on the following page.)
21
22
23
24
25

196

**Page 197**

```
1              A. H. SUNG
2        MR. VARACALLI:  Defendants reserve the
3   right to review the transcript and make
4   corrections if necessary.
5        MS. BARBOSA:  Okay.  Very good.  Thank
6   you so much.
7        (Whereupon, the examination of this
8   witness was concluded at 1:55 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                          197
```

**Page 199**

```
1
2                   INDEX
3
4
5   EXAMINATION OF      BY          PAGES
6   Andrew H. Sung    Ms. Barbosa    4-197
7
8
9            E X H I B I T S
10
11  PLAINTIFF'S       DESCRIPTION        PAGE
12     1         Document marked D001388    47
13
14     2         Package of documents
                 entitled Recording
15               Working Hours By Employer 104
16     3         Plaintiff's Request For
                 Documents              114
17
18     4         Calendars              180
19
20
21
22
23
24
25
                                          199
```

**Page 198**

```
1
2        A C K N O W L E D G M E N T
3
4   STATE OF NEW YORK)
5                    ) ss.:
6   COUNTY OF        )
7        I, Andrew H. Sung, hereby certify
8   that I have read the transcript of my testimony
9   taken under oath in my deposition of May 29,
10  2018; that the transcript is a true, complete
11  and correct record of what was asked, answered
12  and said during this deposition, and that the
13  answers on the record as given by me are true
14  and correct.
15
16
17        _____
18            ANDREW H. SUNG
19  Subscribed and sworn to
20  before me this _____ day
21  of _____, 2018.
22
23  _____
24  NOTARY PUBLIC
25
                                          198
```

**Page 200**

```
1
2         C E R T I F I C A T I O N
3
4        I, CHAYA EZAGUI, a Notary Public of the
5   State of New York do hereby certify:
6        That the testimony in the within
7   proceeding was held before me at the aforesaid
8   time and place.
9        That said witness was duly sworn before
10  the commencement of the testimony, and that the
11  testimony was taken stenographically by me, then
12  transcribed under my supervisor, and that the
13  within transcript is a true record of the
14  testimony of said witness.
15       I further certify that I am not related
16  to any of the parties to this action by blood or
17  marriage, that I am not interested directly or
18  indirectly in the matter in controversy, nor am I
19  in the employ of any of the counsel.
20       IN WITNESS WHEREOF, I have hereunto set
21  my hand this 11th day of June, 2018.
22
23
24       _____
25            CHAYUA EZAGUI
                                          200
```