

Douglas Varacalli <dvaracalli@vhllp.com>

---

## failure to communicate with us
1 message

---

**Douglas Varacalli** <dvaracalli@vhllp.com>  Wed, Sep 12, 2018 at 4:06 PM
To: "50 Food Corp (Silo Café)" <asung124@hotmail.com>
Cc: Abraham Hamra <AHamra@vhllp.com>

We have not heard from you and have no choice but to go to the court.


--
**Douglas Varacalli, Esq.**
*Partner*

**VARACALLI & HAMRA, LLP**
32 Broadway, Ste. 1818
New York, NY 10004
**Tel:** 646-590-0571
**Fax:** 646-619-4012
**Web:** www.vhllp.com

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. Varacalli & Hamra, LLP.

---

**4 attachments**

 **43-1.pdf**
159K

 **43-2.pdf**
144K

 **43-3.pdf**
162K

 **43-main.pdf**
124K