

Douglas Varacalli <dvaracalli@vhllp.com>

## order dated 9.12.2018
**3 messages**

---

**Douglas Varacalli** <dvaracalli@vhllp.com>  Thu, Sep 13, 2018 at 11:28 AM
To: "50 Food Corp (Silo Café)" <asung124@hotmail.com>

--
**Douglas Varacalli, Esq.**
*Partner*

**VARACALLI & HAMRA, LLP**
32 Broadway, Ste. 1818
New York, NY 10004
**Tel:** 646-590-0571
**Fax:** 646-619-4012
**Web:** www.vhllp.com

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. Varacalli & Hamra, LLP.



**Order 9.12.2018.pdf**
503K

---

**ANDY SUNG** <asung124@hotmail.com>  Thu, Sep 13, 2018 at 12:18 PM
To: Douglas Varacalli <dvaracalli@vhllp.com>

Doug

I am going to handle this case without lawyer.
You are fired.
Don't do anything with this case.

Andy

Sent from my iPhone
[Quoted text hidden]

<Order 9.12.2018.pdf>

---

**Douglas Varacalli** <dvaracalli@vhllp.com>  Thu, Sep 13, 2018 at 1:15 PM
To: ANDY SUNG <asung124@hotmail.com>

loud and clear
[Quoted text hidden]