# EXHIBIT E

Perez, et. al. v. 50 Food Corp., et. al., 17-CV-7837

Calculations of unpaid wages for Plaintiff Esteban Perez

| Period Start | Period End | Weeks | Yrs for Interest | Hrs/ Week | Wkly Salary | Hrly Rate | OT Rate | Amount Earned | Weekly owed | Total OT owed | NYLL Damages | NY Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2011 | 6/15/2012 | 35.286 | 6.68 | 47.5 | 450 | $9.47 | $ 14.21 | $485.53 | $35.53 | $1,253.57 | $1,253.57 | $753.74 |
| 6/16/2012 | 10/12/2014 | 121.14 | 5.18 | 47.5 | 450 | $9.47 | $ 14.21 | $485.53 | $35.53 | $4,303.76 | $4,303.76 | $2,005.67 |
| 10/13/2014 | 12/31/2015 | 63.429 | 3.41 | 47.5 | 480 | $10.00 | $ 15.00 | $512.50 | $32.50 | $2,061.43 | $2,061.43 | $631.81 |
| | | | | | | | | | | $7,618.76 | $7,618.76 | $3,391.22 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL | | $18,628.74 | | |

|   | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Perez, et. al. v. 50 Food Corp., et. al., 17-CV-7837 | | | | | | | | | | | | |
| 2 | Calculations of unpaid wages for Plaintiff Felix Galindo | | | | | | | | | | | | |
| 3 | | Period Start | Period End | Weeks | Yrs for Interest | Hrs/ Week | Wkly Salary | Hrly Rate | OT Rate | Amt Earned | Wkly Owed | Total OT Owed | NYLL LD | NY Interest |
| 4 | | 12/15/2013 | 10/12/2014 | 43 | 4.43 | 47.5 | 480 | $10.11 | $ 15.16 | $517.89 | $37.89 | $1,629.47 | $1,629.47 | $650.29 |
| 5 | | 10/13/2014 | 1/1/2015 | 11.42857 | 3.91 | 47.5 | 480 | $10.11 | $ 15.16 | $517.89 | $37.89 | $433.08 | $433.08 | $152.39 |
| 6 | | 1/2/2015 | 12/31/2015 | 51.85714 | 3.30 | 47.5 | 500 | $10.53 | $ 15.79 | $539.47 | $39.47 | $2,046.99 | $2,046.99 | $607.96 |
| 7 | | | | | | | | | | | | $4,109.55 | $4,109.55 | $1,410.64 |
| 8 | | | | | | | | | | | TOTAL | $9,629.73 | | |
| 9 | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Perez, et. al. v. 50 Food Corp., et. al., 17-CV-7837 | | | | | | | | | | | | |
| 2 | Calculations of unpaid wages for Plaintiff Delfino Lopez | | | | | | | | | | | | |
| 3 | Period Start | Period End | Weeks | Yrs for Interest | Hrs/ Week | Wkly Salary | Hrly Rate | OT Rate | Amt Earned | Amount owed | Total OT owed | NYLL LD | NY Interest |
| 4 | 10/12/2011 | 10/12/2014 | 156.57 | 5.52 | 47.5 | 450 | $9.47 | $ 14.21 | $485.53 | $35.53 | $5,562.41 | $5,562.41 | $2,762.31 |
| 5 | 10/13/2014 | 12/31/2015 | 63.429 | 3.41 | 47.5 | 500 | $10.53 | $ 15.79 | $539.47 | $39.47 | $2,503.76 | $2,503.76 | $767.39 |
| 6 | | | | | | | | | | | $8,066.17 | $8,066.17 | $3,529.69 |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | TOTAL | $19,662.02 | | | |