# EXHIBIT F

| | A | B | C |
|---|---|---|---|
| 1 | Attorney Hours of Magdalena Barbosa, Perez, et. al. v. 50 Food Corp., 17-CV-7837 (RJS) (BCM | | |
| 2 | | | |
| 3 | 9/26/2017 | 1 | Meeting with clients to verify facts |
| 4 | 10/11/2017 | 1.5 | Complaint Preparation |
| 5 | 10/17/2017 | 0.12 | Phone calls to Plaintiffs. TC with Esteban and Delfino about quit. Discussion with felipe about retaliation. |
| 6 | 10/20/2017 | 0.1 | Phone call with Felipe re: conversation with ER |
| 7 | 10/30/2017 | 0.1 | Phone call with Esteban re ER offer |
| 8 | 10/31/2017 | 0.1 | Left message for ER counsel |
| 9 | 11/29/2017 | 0.3 | draft initial disclosures |
| 10 | 12/1/2017 | 0.2 | reviewed defendants' answer |
| 11 | 12/1/2017 | 0.3 | draft initial disclosures |
| 12 | 12/1/2017 | 0.1 | phone call with DL re initial disclosure docs |
| 13 | 12/1/2017 | 0.1 | phone call with Felipe re: initial disclosure docs |
| 14 | 1/2/2018 | 3 | review records provided by salim |
| 15 | 1/9/2018 | 1 | met with clients to review documents |
| 16 | 1/18/2018 | 0.3 | Review Def discovery requests |
| 17 | 1/18/2018 | 1 | Draft Plaintiffs discovery requests |
| 18 | 1/19/2018 | 1 | Meeting with Delfino to respond to rogs |
| 19 | 1/23/2018 | 0.5 | Meeting with Esteban to respond to rog and demand requests |
| 20 | 2/14/2018 | 3 | responses to discovery requests |
| 21 | 2/16/2018 | 0.1 | phone call with salim |
| 22 | 2/20/2018 | 2 | settlement letter |
| 23 | 3/2/2018 | 0.1 | phone call with dv re settlement conference |
| 24 | 3/12/2018 | 0.1 | email to dv re: late discovery responses |
| 25 | 3/16/2018 | 1 | review rog responses and draft deficiency letter |
| 26 | 3/19/2018 | 0.5 | draft supplemental settlement letter |
| 27 | 3/27/2018 | 0.3 | telephone conference with DV re: discovery deficiencies |
| 28 | 3/28/2018 | 0.2 | Draft BCL notice |
| 29 | 4/2/2018 | 0.2 | review and sign stip re: FLSA coverage |
| 30 | 4/2/2018 | 1 | draft Plaintiff portion of joint discovery letter |
| 31 | 4/5/2018 | 0.1 | email to DV re: def portion of joint discovery letter |
| 32 | 4/16/2018 | 0.5 | pre motion conference |
| 33 | 4/18/2018 | 0.1 | email to DV re: depo dates |
| 34 | 4/25/2018 | 0.2 | draf depo notices and subpoena |
| 35 | 5/1/2018 | 3.5 | settlement conference |
| 36 | 5/4/2018 | 0.1 | phone call to court re: settlement recommend. |
| 37 | 5/7/2018 | 0.2 | phone call to clients re settlement |
| 38 | 5/8/2018 | 0.1 | email Douglas Varacalli |
| 39 | 5/9/2018 | 0.1 | email Douglas Varacalli |
| 40 | 5/11/2018 | 0.1 | email Douglas Varacalli |
| 41 | 5/15/2018 | 0.1 | telephone with Felipe |
| 42 | 5/18/2018 | 4 | depostion preparation for M.Kim |
| 43 | 5/22/2018 | 8.5 | deposition of Minchul Kim |
| 44 | 5/24/2018 | 2 | deposition preparation for A. Sung |
| 45 | 5/29/2018 | 3.5 | depostion of Andrew Sung |

|    | A          | B     | C                                                                       |
|----|------------|-------|-------------------------------------------------------------------------|
| 46 | 6/12/2018  | 3.5   | Defending deposition of Esteban Perez                                   |
| 47 | 6/20/2018  | 5     | Defending deposition of Felipe Galindo                                  |
| 48 | 6/25/2018  | 3     | Defending deposition of Delfino Lopez                                   |
| 49 | 6/25/2018  | 1.25  | Taking deposition of Minchul Kim                                        |
| 50 | 6/29/2018  | 0.5   | drafted and filed letter to J. Sullivan re: summary judgment            |
| 51 | 7/9/2018   | 0.5   | drafted and filed letter to J. Sullivan re: extension of time to file   |
| 52 | 7/11/2018  | 0.2   | filed deposition transcripts as per J. Sullivan's order                 |
| 53 | 7/18/2018  | 1     | Court appearance before Judge Sullivan                                  |
| 54 | 8/29/2018  | 1     | Court appearance before Judge Sullivan                                  |
| 55 | 9/17/2018  | 1     | Court appearance before Judge Sullivan                                  |
| 56 | 9/18/2018  | 1     | Meeting with Plaintiff Delfino Lopez to complete affidavit              |
| 57 | 9/19/2018  | 5     | Draft Proposed Findings of Facts                                        |
| 58 | 9/20/2018  | 4     | Draft Pre Trial Order and Memo of Law for Pre Trial Submissio           |
| 59 | 10/16/2018 | 2.5   | Draft Proposed Findings of Facts and Conclusions of Law for Inc         |
| 60 | 10/17/2018 | 5     | Draft Proposed Findings of Facgs and Conclusions of Law for Inc         |
| 61 |            | 76.77 |                                                                         |