# EXHIBIT G

Case 1:17-cv-07837-AT-BCM Document 60-8 Filed 10/19/18 Page 2 of 2

10/17/2017    Catholic Migration Services, Inc. Mail - Activity in Case 1:17-cv-07837 Perez et al v. 50 Food Corp. et al Complaint


CATHOLIC MIGRATION SERVICES

Magdalena Barbosa <mbarbosa@catholicmigration.org>

## Activity in Case 1:17-cv-07837 Perez et al v. 50 Food Corp. et al Complaint

1 message

NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>    Thu, Oct 12, 2017 at 10:47 AM
To: CourtMail@nysd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Barbosa, Magdalena on 10/12/2017 at 10:47 AM EDT and filed on 10/12/2017

**Case Name:** Perez et al v. 50 Food Corp. et al
**Case Number:** 1:17-cv-07837
**Filer:** Esteban Perez
Delfino Perez
Felipe Galindo
**Document Number:** 1

**Docket Text:**
**COMPLAINT against 50 Food Corp., Andrew Sung (AKA Hwan Seung Sung). (Filing Fee $ 400.00, Receipt Number 0208-14234413)Document filed by Esteban Perez, Delfino Perez, Felipe Galindo.(Barbosa, Magdalena)**

1:17-cv-07837 Notice has been electronically mailed to:

Magdalena Barbosa     magdalena.barbosa@maketheroadny.org, magdalenabarbosa913@gmail.com, mbarbosa@catholicmigration.org

1:17-cv-07837 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/12/2017] [FileNumber=19055277
-0] [9e4093d3b32249744ecbdeaff8f82d84f566c410f5f0a084c47711ed6d0c932cf
c61508ec557e184e2df8ec086015f16bab56ade535276b51d06f360df653fbb]]