# EXHIBIT H

# *Anke* JUDICIAL SERVICES, INC.

247 Nassau Boulevard
Garden City So., NY 11530



(516) 483-6880

FAX: (516) 486-0420

TO: MAGDALENA BARBBOSA
c/o CATHOLIC MIGRATION SERVICES
47-01 Queens Blvd
Sunnyside, NY 11104

11/14/17

ID #11-2791290

| DATE | PLAINTIFF | DEFENDANT | Mailing & Postage | Filing & Fee Chgs. | Service Charge | TOTAL |
|---|---|---|---|---|---|---|
| | | | PREVIOUS BALANCE | | | |
| 10/20 | Esteban Perez USDC South Dist | 50 Food Corp via E-mail x-tra copies made | | | 15.00 | |
| | | 50 food Corp dba Silo Cafe at 805 3rd Ave NYC (time & travel) | | | 150.00 | |
| | | at 31 E.32 St NYC (time & travel) | | | 150.00 | |
| 11/8 | | Andrew Sung (aka Hwan Seung Sung) several attempts (time & travel) HA 112 W.56 St NYC | 5.00 | | 150.00 | |
| | | | | | $ | 470.00 |

PAST DUE