# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTEBAN PEREZ, FELIPE GALINDO, and DELFINO LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>50 FOOD CORP. (D/B/A SILO CAFÉ) and ANDREW SUNG (A.K.A HWAN SEUNG SUNG),<br><br>Defendants. | Case No. 1:17-cv-07837 (RJS)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that, for the purposes of the above-captioned lawsuit only:

1. Jurisdiction of this action is conferred upon the Court by Section 17 of the Fair Labor Standards Act (29 U.S.C. § 217) and by 28 U.S.C. §§ 1331 and 1345.

2. At all relevant times, defendant 50 FOOD CORP has regulated all persons employed by it, acted directly and indirectly in the corporation's interest in relation to its employees, and thus is and has been an employer of the employees within the meaning of Section 3(d) of the Fair Labor Standards Act (29 U.S.C. § 203(d)).

3. 50 FOOD CORP employs employees at its place of business in the activities of an enterprise engaged in commerce, including employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce. 50 FOOD CORP has had an annual gross volume of sales made or business done in an amount not less than $500,000.00. Therefore, the employees are employed in an enterprise engaged in commerce within the meaning of Section 3(s)(1)(A) of the Fair Labor Standards Act (29 U.S.C. § 203(s)(1)(A)).

Dated: March 29, 2018
New York, NY

Catholic Migration Services

*[signature]*

By: Magdalena Barbosa
*Attorneys for Plaintiffs*
47-01 Queens Boulevard, Suite 201
Sunnyside, New York 11104
Telephone: (347) 472-

Varacalli & Hamra, LLP

*[signature]*

By: Douglas Varacalli (DV3756)
*Attorneys for Defendants*
32 Broadway, Suite 1818
New York, NY 10004
Tel.: (646) 590-0571
Fax.: (646) 619-4012
E-mail: dvaracalli@vhllp.com