USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ESTABAN PEREZ, *et al.*,

                  Plaintiffs,

-against-

50 FOOD CORP., *et al.*,

                  Defendants.

17 Civ. 7837 (AT) (BCM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 62, of the Honorable Barbara Moses, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, judgment is entered as follows:

(1) Plaintiffs shall be awarded damages in the aggregate amount of **$66,490.15** against both Defendants, jointly and severally, consisting of:

    a. Esteban Perez: **$25,374.62,** including (a) **$8,010.15** in unpaid overtime wages, (b) **$8,010.15** in liquidated damages under state law, (c) **$5,000** in statutory damages under state law, and (d) **$4,354.32** in prejudgment interest to date, plus additional prejudgment interest at the rate of **$1.98 per day** ($8,010.15 x .09/365) from December 4, 2019 to the date of entry of final judgment.

    b. Felipe Galindo: **$15,740.91** including (a) **$4,127.21** in unpaid overtime wages, (b) **$4,127.21** in liquidated damages under state law, (c) **$5,000** in statutory damages under state law, and (d) **$2,486.49** in prejudgment interest, plus additional prejudgment interest at the rate of **$1.02 per day** ($4,127.21 x .09/365) from December 4, 2019 to the date of entry of final judgment.

    c. Delfino Lopez: **$25,374.62**, including (a) **$8,010.15** in unpaid overtime wages, (b) **$8,010.15** in liquidated damages under state law, (c) **$5,000** in statutory damages under state law, and (d) **$4,354.32** in prejudgment interest, plus additional prejudgment interest at the rate of **$1.98 per day** ($8,010.15 x .09/365) from December 4, 2019 to the date of entry of final judgment.

(2) Plaintiffs shall be awarded attorney's fees and costs in the amount of **$23,880**.

In sum, the Court GRANTS Plaintiffs an aggregate judgment of **$90,370.15** (the total of the $66,490.15 in damages, and $23,880 in attorney's fees and costs), plus additional interest as set forth above.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: January 2, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge