**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ESTEBAN PEREZ, et al.,

      Plaintiffs,

-against-

50 FOOD CORP., et al.,

      Defendants.
-----------------------------------------------------------X

17 **CIVIL** 7837 (AT) (BCM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/3/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 2, 2020, the R&R is adopted in its entirety; accordingly, judgment is entered as follows:

(1) Plaintiffs are awarded damages in the aggregate amount of $66,490.15 against both Defendants, jointly and severally, consisting of:

 a. Esteban Perez: $25,374.62, including (a) $8,010.15 in unpaid overtime wages, (b) $8,010.15 in liquidated damages under state law, (c) $5,000 in statutory damages under state law, and (d) $4,354.32 in prejudgment interest to date, plus additional prejudgment interest at the rate of $1.98 per day ($8,010.15 x .09/365) from December 4, 2019 to the date of entry of final judgment in the amount of $61.38 for a total sum of $25,409.00.

 b. Felipe Galindo: $15,740.91 including (a) $4,127.21 in unpaid overtime wages, (b) $4,127.21 in liquidated damages under state law, (c) $5,000 in statutory damages damages under state law, and (d) 2.486.49 in prejudgment interest, plus additional prejudgment interest at the rate of $1.02 per day ($4,127.21 x .09/365) from December 4, 2019to the date of entry of judgment in the amount of $31.62 for a Total sum of $15,772.53.

c. Delfino Lopez: $25,374.62, including (a) $8,010.15 in unpaid overtime wages, (b) $8,010.15 in liquidated damages under state law, (c) $5,000 in statutory damages under state law, and (d) $4,354.32 in prejudgment interest, plus additional interest at the rate of $1.98 per day ($8,010.15 x .09/365) to the date of entry of judgment in the amount of $61.38 for a total sum of $25,409.00

(2) Plaintiffs are awarded attorney's fees and costs in the amount of $23,880.

In sum, the Court grants Plaintiffs an aggregate judgment in the amount of $90,524.53 (the total of the $66,490.15 in damages, and $23,880 in attorney's fees and costs, and including the additional interest as set forth above in the amount of $154.38; accordingly, the case is closed.

**Dated:** New York, New York
January 3, 2020

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/3/2020